UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Randolph S. Koch**    )
                       )
   Plaintiff           )
                       )
   v.                  )  Civil Action No. 06-0656 (PLF)
                       )
**Christopher Cox**    )
                       )
   Defendant.          )

## AFFIDAVIT OF SERVICE

I, Randolph S. Koch, mailed the Summons, Complaint and any attachments or exhibits filed with the Complaint to Christopher Cox, Chairman of the U.S. Securities and Exchange Commission, and to Attorney General Alberto Gonzales, on August 3, 2006.

Attached herewith are proofs of delivery to the respective agencies on August 7, 2006.

August 9, 2006
Date

Randolph S. Koch
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
301-656-0645

RECEIVED
AUG 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Christopher Cox
Chairman, U.S. Securities and
Exchange Commission
100 F St., N.E.
Washington, DC 20549

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7006 0810 0001 1179 2742

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 07 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave, NW.
Washington, DC 20530

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7006 0810 0001 1179 2735

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540