UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                              )
RANDOLPH S. KOCH,             )
  7701 Woodmont Ave., Apt. 807)
  Bethesda, MD 20814,         )
          Plaintiff,          )
                              )
          v.                  )  Civil No. 06-0656 PLF
                              )
CHRISTOHPER COX,              )
  CHAIRMAN,                   )
  U.S. SECURITIES AND         )
  EXCHANGE COMMISSION,        )
  100 F Street, N.E.          )
  Washington, D.C. 20549,     )
                              )
          Defendant.          )
_____)
```

<u>PRAECIPE</u>

The Clerk of this Court will please **enter** the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendant in this case.

MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Praecipe was served upon plaintiff by U.S. mail, addressed to:

Mr. Randolph Koch
7701 Woodmont Ave., Apt. 807
Bethesda, MD 20814

on this 10th   day of October, 2006.


MARINA UTGOFF BRASWELL, D.C. Bar #416587
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226