UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANDOLPH S. KOCH,<br>　7701 Woodmont Ave., Apt. 807<br>　Bethesda, MD 20814,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTOHPER COX,<br>　CHAIRMAN,<br>　U.S. SECURITIES AND<br>　EXCHANGE COMMISSION,<br>　100 F Street, N.E.<br>　Washington, D.C. 20549,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 06-0656 PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S MOTION FOR EXTENSION OF TIME

　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time of two business days to respond to the Complaint in this case. Defendant intends to respond with a dispositive motion, but was unable to complete it in time for filing today, due to the absence from the office of defendant's lead counsel, Assistant U.S. Attorney Marina Utgoff Braswell. Ms. Braswell had to undergo cataract surgery October 4th and just returned to the office today. Accordingly, the time sought is to enable counsel to complete the dispositive motion in a thorough manner, and allow for appropriate review.

　　Plaintiff did not return defense counsel's telephone call today asking for his position on this motion.

　　Nonetheless, for the foregoing reasons, defendant

respectfully requests that this motion for a brief two-day extension of time be granted.

          Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Motion for Extension of Time was served upon plaintiff by U.S. mail, addressed to:

>  Mr. Randolph Koch
>  7701 Woodmont Ave., Apt. 807
>  Bethesda, MD 20814

on this  10th   day of October, 2006.

>  MARINA UTGOFF BRASWELL, D.C. Bar #416587
>  Assistant United States Attorney
>  United States Attorney's Office
>  Civil Division
>  555 4th Street, N.W.
>  Washington, D.C. 20530
>  (202) 514-7226