DEFENDANT'S EXHIBIT

# A

CIVIL NO. O6-O656 PLF

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Randolph S. Koch** | ) | |
| 7701 Woodmont Avenue, Apt. 807 | ) | |
| Bethesda, MD 20814 | ) | |
| phone: (301) 656-0645, | ) | |
| | ) | CASE NUMBER 1:06CV00656 |
| Plaintiff | ) | |
| v. | ) | JUDGE: Paul L. Friedman |
| | ) | |
| **Christopher Cox** | ) | DECK TYPE: Employment Discrimination |
| in his capacity as Chairman | ) | |
| U.S. Securities and Exchange Commission | ) | |
| 100 F Street, N.E. | ) | |
| Washington, D.C. 20549, | ) | |
| | ) | |
| Defendant | ) | |

## DECLARATION OF FRANK JOHN DONATY, JR.

I, **Frank John Donaty, Jr.**, Assistant Director, Division of Investment Management, United States Securities and Exchange Commission ("SEC"), pursuant to 28 U.S.C. §1746, do hereby declare:

1.    Plaintiff is a grade 12 Financial Analyst with the SEC's Division of Investment Management, Office of Disclosure and Review #2. *See* Notification of Personnel Action, attached hereto as Tab1. I was Plaintiff's first-line supervisor, until October 1998. Thereafter, Branch Chief Richard Pfordte was Plaintiff's first line supervisor and I was Plaintiff's second-line supervisor. The Office of Disclosure and Review #2 consists of approximately 15 employees.

2.    The Collective Bargaining Agreement between the SEC and the National Treasury Employee Union ("CBA"), Article 25, Section I, mandates the creation of a Student Loan Repayment Program ("Program") in accordance with 5 CFR Section 537 "to attract or retain

highly qualified professional, technical, and administrative individuals by assisting them in repaying their outstanding federally insured student loans." *See* CBA, Art. 25, attached hereto as Tab 2.

3.      Under the CBA, employees must satisfy one or more of the following criteria to be eligible for the Program:

- Contribution to the Agency's Mission - unusually high or unique qualifications contributing to the Agency's mission to protect investors and maintain the integrity of the securities markets;

- Customer Service - providing unusually high or unique quality of service to internal and external customers;

- Leadership - unusually high or unique influence or guidance of others in achieving or surpassing the Agency's goals; or

- Teamwork - unusually high or unique efforts to advance team goals towards the Agency's mission, supporting the team and individual team members or supporting organization units.

*See* Tab 2 (Sections 2 and 4).

4.      On July 30, 2003, Plaintiff nominated himself for the Program and submitted his application to me for completion. *See* July 30, 2003 Memorandum from Plaintiff to Donaty Re: Student Loan Repayment Program, attached hereto as Tab 3. In a memorandum dated July 31, 2003, I advised Plaintiff that I was not recommending Plaintiff to OAPM for participation in the Program. *See* July 31, 2003 Memorandum from Donaty to Plaintiff Re: Request for Student Loan Repayment, attached hereto at Tab 4.

5.      I declined to recommend Plaintiff for participation in the Program because, based upon Plaintiff's performance, I could not certify that Plaintiff: was an employee with high or unique qualifications; met a special Agency need; was likely to leave the Agency if he did not participate in the Program; or was an employee whose retention was essential. Tab 4.

6.    I based my decision on Plaintiff's performance evaluations from 1998-2002, during which time Plaintiff received four "Fully Successful" ("FS") ratings and one "Unsatisfactory" rating. *See* Plaintiff's 1998 to 2002 Performance Reviews, attached hereto as Tabs 5 through 9. In addition, Plaintiff had never received a rating higher than FS during the previous ten years and had received one "Minimally Successful" rating. The highest possible rating that an employee could obtain under the Agency's rating system during this period was "Outstanding," followed by "Exceeds Fully Successful," "Fully Successful," "Minimally Successful" and "Unsatisfactory."

7.    Even on occasions in which Plaintiff received an FS rating, his performance evaluations discussed his failure to meet certain requirements. For example, on Plaintiff's 1998 performance review, I noted that Plaintiff "needs to work on making fewer inappropriate comments." Tab 5 at p. 12. In addition, I noted that Plaintiff

> does not manage the timeliness of the comment process very well. The Office's policy is to give comments on new registration statements and on post-effective amendments in 30 and 45 days, respectively. During the rating period, [Plaintiff] gave comments on new registration statements in an average of 39 days. Although he gave comments on post-effective amendments in an average of 42 days, he gave comments on 28 of the 50 amendments he reviewed during the rating period after 45 days.

Tab 5 at p. 13. Richard Pfordte and I made similar observations in subsequent years. In Plaintiff's 1999 review, we noted that "Plaintiff's filings required close scrutiny by his branch chief. We also observed that Plaintiff "could improve his analytical skills if he consulted more with other staff members regarding staff positions and precedents [and] that Plaintiff's comment letters contain errors when first submitted to the branch chief." Ex 6 at p. 12. In addition, we again noted that "[Plaintiff] did not manage time deadlines very well" and that he "did not keep the branch chief apprised of his work priorities and time deadlines." Tab 6 at p. 13. In his 2000

performance review, we noted that Plaintiff did not keep appraised of new developments and changes and remained isolated in his office for extended periods of time, rarely working with other members of the office, except when instructed to do so. Tab 7 at pp. 12-13. In addition, we observed that Plaintiff "continued to mismanage the timeliness of deadlines and his comments on filings were often far beyond the time standards set forth by the Office of Disclosure and Review." Tab 7 at p. 14. During this rating period, his average time to give comments on new registration statements was 70 days and 60 days for post-effective amendments. *Id.* We made similar observations regarding Plaintiff's performance deficiencies and timeliness problems on Plaintiff's 2001 and 2002 performance reviews as well. Tab 8 at pp. 12-13; Tab 9 at pp. 13-14.

8.      Only one other employee in the Office of Disclosure and Review, "KCR" (age 51, physical disability), a grade 14 Senior Accountant in Mr. Pfordte's branch applied for the Program.

9.      Mr. Pfordte and I recommended KCR for the Program and forwarded KCR's application to OAPM along with a detailed justification memorandum. *See* July 30, 2003 Memorandum From Donaty and Pfordte to Jayne L Seidman and Marcia B. Spillane Re: Nomination for Student Loan Repayment Program for KCR, attached hereto as Tab10.   In this memorandum, we described KCR as a "highly qualified member of the Division of Investment Management's staff" who "participates, leads and plays a critical role in reviewing the annual reports to shareholders, registration statements, amendments to registration statements, proxy statements and other filings of investment companies and business development companies." *Id.* The memo noted that KCR "is known throughout the Office for his skills in analyzing difficult fund accounting issues, and he kindly provides assistance on difficult or novel

accounting issues to others in the Office and the Division." *Id.* The memorandum further described KCR as "an important part of this office" whose "departure would have a signficant impact on our accounting and disclosure review program, a critical part of the SEC's mission, as further evidenced by his brief departure in 1999." *Id.* Additionally, the memorandum noted that KCR "gladly assumes the non-supervisory, ministerial duties of branch chief," assists in training other staff, many of whom solicit his advice on complex issues. *Id.*

10.    The July 30 memorandum further noted that KCR previously left the Agency on one occasion and that "his experience at the SEC and unique skills as a CPA and attorney would make him a valuable addition for an accounting firm, law firm or fund complex. If he leaves the SEC, he could reasonably expect to obtain at least double his current salary." Tab 10.

11.    Finally, the July 30 memorandum noted that KCR had received an "Outstanding" rating for each rating period while employed by the SEC. Tab 10.

12.    I did not consider Plaintiff's religion, age, disability or past EEO activity when I denied Plaintiff's request to participate in the Program.

13.    I am aware that KCR is 51 years old and suffers from a physical impairment caused by sleep apnea.

I declare under the penalty of perjury that this declaration is true, correct and complete to the best of my knowledge and belief.

Executed on September *13*, 2006                   *Frank John Donaty, Jr.*
                                                   Frank John Donaty, Jr.

Attachment 1

NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|
| FITCH, RANDULPH S | | | 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 | 05-17-47 | 12-15-91 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A Code | 5-B Nature of Action | 6-A Code | 6-B Nature of Action |
| 140 | REINS — CAREER | | |
| 5-C Code | 5-D Legal Authority | 6-C Code | 6-D Legal Authority |
| KUM | REG 315.401 | | |
| 5-E Code | 5-F Legal Authority | 6-E Code | 6-F Legal Authority |

| 7. FROM Position Title and Number | | | | | | | 15. TO: Position Title and Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | IM 0440 FINANCIAL ANALYST |

| 8. Pay Plan | 9. Occ Code | 10. Grade or Level | 11. Step or Rate | 12. Salary | | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GS | 01160 | 12 | 07 | $44,752 | PA |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | S5091 DIVISION OF INVESTMENT MANAGEMENT BRANCH OF DISCLOSURE AND REVIEW NO 16 |

EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 — None   2 — 5 Point   3 — 10 Point/Disability   4 — 10 Point/Compensable   5 — 10 Point/Other   6 — 10 Point/Compensable/30% | | | 1    0 — None   1 — Permanent   2 — Conditional   3 — Indefinite | 1 | YES [ ]   NO [X] |
| 1 | | | | | |

| 27. FEGLI | | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|---|
| BASIC LIFE ONLY | | | 9 | | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| FERS & FICA | 10-10-85 | F    1 — Intermittent   2 — Full-time   0 — FT Seasonal   4 — Part-time   0 — PT Seasonal   J — INT Seasonal   H — FT On Call   R — PT On Call | |

POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1    1 — Competitive Service   2 — Excepted Service   3 — SES General   4 — SES Career Reserved | E    E — Exempt   N — Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City — County — State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON D C    DIST OF COLUMBIA    DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 0499-92-P1 | 520900 | 9870 | 00000   3 | PROBATION PERIOD:   CMPLTD |

45. Remarks

AMPT AFFIDAVIT EXECUTED 12-16-91. PREVIOUS RETIREMENT COVERAGE: PREV
COVERED. CREDITABLE MILITARY SERVICE: NONE. PREVIOUSLY EMPLOYED AS A
GS 13. STEP 01 AT $41,121.00 PA. ELIGIBLE FOR HEALTH BENEFITS AND
LIFE INSURANCE. SELECTED FROM MPF #134-91.

SERVICE COUNTING TOWARD CAREER (OR PERM) TENURE FROM:   08-24-83   08-24-86

| 46. | 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|---|
| 49. Department or Agency SECURITIES AND EXCHANGE COMMISSION | SE00 | 1057 | 12/18/91 | JU... *[signature]* OFFICE OF HUMAN RESOURCES MGMT |

TURN OVER FOR IMPORTANT INFORMATION
Part 50-313

1—Employee Copy—Keep for Future Reference

Editions Prior To 4/87 Are Unusable After 9/30/88
NSN 7540-01-248-1811

Attachment 2

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

## THE UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION

## AND

## THE NATIONAL TREASURY
## EMPLOYEES UNION

# Table of Contents

1.  Recognition and Coverage
2.  Effect of Law and Regulation
3.  Employee Rights
4.  Union Rights
5.  Employer Rights
6.  Mid-term Bargaining
7.  Work Schedules
8.  Part-time Employment
9.  Assignment of Work
10. Overtime and Compensatory Time
11. Telework
12. Travel
13. Performance Appraisal
14. Employee Recognition Program
15. Career Ladder Promotions
16. Merit Promotions
17. Reassignments
18. Details
19. Training
20. Employee Orientation
21. Equal Employment Opportunity
22. Health and Safety
23. Public Transportation Subsidies
24. Childcare Subsidies
25. Student Loan Repayment Program
26. Attire
27. Annual Leave
28. Sick Leave
29. Family Leave
30. Excused Absences/Administrative Leave
31. Other Leave
32. Grievance Procedure
33. Arbitration
34. Disciplinary Actions
35. Adverse Actions
36. Unacceptable Performance
37. Reduction in Force
38. Union Access to Employer Space, Services and Bulletin Boards

**Article 25**
**STUDENT LOAN REPAYMENT PROGRAM**

**Section 1**

The Employer will establish a Student Loan Repayment Program in accordance with 5 CFR § 537 and other applicable rules and regulations, and subject to the availability of funds. The Program's purpose is to attract or retain highly qualified professional, technical, and administrative individuals by assisting them in repaying their outstanding federally insured student loans. The Employer will tailor the Program to facilitate its recruitment and retention objectives.

There is no entitlement to participation in the Program. Repayment of student loans by the Employer is subject to budgetary considerations and is at the Employer's discretion. Nevertheless, when selecting employees to receive loan repayment benefits, the Employer will adhere to merit system principles and take into consideration the need to maintain a balanced workforce in which women and members of racial and ethnic minority groups are appropriately represented in government service.

The Parties will create a joint committee from each side that will meet at least annually to review the operations of the Agency's program, and to make recommendations to the Employer regarding how the program might be improved.

**Section 2**

At least 20 percent of the funds allocated to this program in any given fiscal year will be reserved for the grant of student loan benefits to eligible employees in non-professional job series positions.

All nominations made pursuant to this Section must be supported by written justification, which shall refer to the relevant criteria. An employee's supervisor may nominate a particular employee for the Program, otherwise employees may nominate themselves for selection in the Program.

Employees, who meet the eligibility requirements in Section 5, may be selected who meets one or more of the following additional eligibility criteria:

99

- Contribution to the Agency's Mission – unusually high or unique qualifications contributing to the Agency's mission to protect investors and maintain the integrity of the securities markets;

- Customer Service – providing unusually high or unique quality service to internal and external customers;

- Leadership – unusually high or unique influence or guidance of others in achieving or surpassing the Agency's goals; or

- Teamwork – unusually high or unique efforts to advance team goals towards the Agency's mission, supporting the team and individual team members or supporting organizational units.

**Section 3**

Each year, the Employer will consider whether it needs to address recruitment and retention issues in a particular job series and/or particular Division/Office/Field Office(s) through the student loan program. As applicable, the Employer will notify the Union of its intent to offer student loan benefits to all employees within the target group(s), and the reasons therefor.

The Employer will offer a student loan benefit to an employee from the target group(s) who meets the eligibility requirements in Section 5.

**Section 4**

In addition, and depending on budgetary considerations, the Employer may grant a student loan benefit to any other employee who meets the eligibility requirements in Section 5 as well as one or more of the following eligibility criteria:

- Contribution to the Agency's Mission – unusually high or unique qualifications contributing to the Agency's mission to protect investors and maintain the integrity of the securities markets;

- Customer Service – providing unusually high or unique quality service to internal and external customers;

100

- Leadership – unusually high or unique influence or guidance of others in achieving or surpassing Agency goals; or

- Teamwork – unusually high or unique efforts to advance team goals towards the Agency's mission, supporting the team and individual team members, or supporting organizational units.

All nominations made pursuant to this Section must be supported by written justification, which shall refer to the relevant criteria. An employee's supervisor may nominate a particular employee for the Program, otherwise employees may nominate themselves for selection in the Program.

## Section 5

To be eligible for participation in the Student Loan Repayment Program, an employee must have completed one year of service with the Employer, maintained an acceptable level of performance, and signed a service agreement, in which he/she agrees to:

1. complete three years of service with the Employer which will commence on the date of the first repayment;
2. complete one additional year of service with the Employer for each additional year of repayment received if the loan repayments continue beyond the first twelve months; and
3. reimburse the Employer for loan repayments under such circumstances as set forth in Section 3 below, 5 CFR § 537.109, and other applicable laws, rules and regulations.

## Section 6

An employee who receives loan repayments and fails to complete the required service as set forth in Section 2 above because he/she is separated involuntarily for misconduct or unacceptable performance or leaves the Employer voluntarily, will be indebted to the Federal Government and must reimburse the Employer for the total amount of any student loan repayments he/she received, except that:

1. An employee who fails to complete the period of employment established under a service agreement because he/she leaves the

101

Employer voluntarily to enter into the service of another federal agency will not be required to reimburse the Employer for the amount of any student loan repayment benefits he/she received.

2.  A right of recovery of an employee's debt may be waived, in whole or in part, if an employee demonstrates to the Employer that recovery would be against equity and good conscience or against the public interest.

An employee who fails to complete the period of employment because he/she is involuntarily separated for reasons other than misconduct or performance will not be required to reimburse the Employer.

## Section 7

Subject to budgetary considerations, the amount of loan repayment paid by the Employer on behalf of an employee participating in the Program will be up to the maximum yearly limit provided by 5 CFR §537.106(c) per employee, (less taxes due). Within these limits, the Employer may repay more than one eligible loan for a recipient.

With the exception of the 20 percent of the student loan program budget allocated to employees in non-professional job positions, the Employer will determine how much of the program's budget will be allocated between the classes of eligible employees described in Sections 3 and 4.

If insufficient funds are allocated to the Program for all selected employees to receive the maximum yearly limit or the maximum amount they are eligible for, they will receive all repayment amounts allocated to the Program (including any funds reimbursed to the Employer under Section 6, any undistributed funds from the amount allocated pursuant to Section 2 or 3, or funds made available due to the withdrawal of a participant) on a pro rata basis.

## Section 8

An employee participating in the Program will be responsible for making loan repayments on the portion of the loan(s) that continues to be the employee's responsibility. Loan repayments by the Employer will not

102

exempt an employee from his/her responsibility or liability for any of his/her loans. Student loan repayments made on behalf of an employee are taxable.

The Employer will strive to honor any request made by an employee regarding the form and timing of any tax withholdings, however, the Employer does not have the discretion to make tax payments outside IRS regulations.

**Section 9**

The Employer will make loan repayments under the Program by direct payment to the holder of the loan on behalf of the employee.

103

Attachment 3

01/12/2004 MON 11:17 FAX 202 628 9002    SEC IM    002

## MEMORANDUM

July 30, 2003

TO:        Frank J. Donaty, Jr.
           Assistant Director

FROM:      Randolph S. Koch

SUBJECT:   Student Loan Repayment Program

Enclosed herewith is an application for the SEC Student Loan Repayment Program.

I hereby apply for participation in the program.

In Richard Pfordte's absence and because tomorrow, July 31st, is the deadline, I am submitting the application to you.

I have started to fill out the application with some relevant information. The rest must be completed by my supervisor, in this case, you.

I note from Article 25, Section 4 of the collective bargaining agreement, that one condition for acceptance may be completion of a service agreement. I have not been given the opportunity to complete such an agreement. I will be willing to complete such an agreement as a condition for participation in the program, or I request that such an agreement be offered to me.

I am attaching today's agency email setting forth the deadlines and the names of the persons to whom the application should be sent.

Enclosures

01/12/2004 MON 11:18 FAX 202 628 9002    SEC IM    ☒003

## U.S. SECURITIES AND EXCHANGE COMMISSION
### STUDENT LOAN REPAYMENT
### RECOMMENDATION AND APPROVAL

*(Please review attached instructions before completing)*

1. Name of Employee: _____ Randolph S. Koch

2. Position Title: _____ Financial Analyst

3. Pay Plan, Grade, Step, Salary: _____ SK-12-19

4. Organization: _____ Office of Disclosure and Review/Div. of Investment Management

5. Total Amount of Student Loan Repayment Benefits Requested: $____ 5284.81

6. Justification (Please attach justification memorandum)


_____          _____
Signature of Recommending Official          Date


_____          _____
Signature of Reviewing Official (If Required)          Date


_____          _____
Signature of Associate Executive Director, OAPM          Date
(Review and certification of funds availability)


_____          _____
Signature of Executive Director          Date
(If Required)


| FOR OAPM USE ONLY |
| --- |

Total Amount of Student Loan Repayment Benefits Authorized: $_____

Approved: _____          Date: _____

SEC 2497 (5-03)

## Koch, Randolph S.

| | |
|---|---|
| **From:** | SEC Administrative Notices |
| **Sent:** | Wednesday, July 30, 2003 2:39 PM |
| **Subject:** | Student Loan Repayment Program Deadline |
| **Importance:** | High |

### REMINDER                REMINDER

This is to remind all employees that the deadline for receipt of applications for the Student Loan Repayment Program is July 31, 2003. Employees interested in applying should complete SEC Form 2497, Student Loan Recommendation and Approval (attached), and forward it to his or her manager to complete the requ...d recommendation. Managers should then forward the signed form and recommendation to OAPM, to the attention of either Donna Hymes or Marcia Spillane no later than July 31, 2003. Questions can be directed to Ms. Hymes on 202-942-4103 or Ms. Spillane at 202-942-4067.



SEC2497.pdf

1

Attachment 4

# MEMORANDUM

July 31, 2003

**TO:**    Randolph S. Koch

**FROM:**    Frank J. Donaty
Assistant Director

**SUBJECT:**    Request for Student Loan Repayment

This is in response to the application (SEC Form 2497) you submitted on July 30, 2003 for participation in the Student Loan Repayment Program.

In order for an employee to receive benefits under the Student Loan Repayment Program, the agency must certify that the employee is deemed to have high or unique qualifications, meets a special need within the agency, is considered likely to leave the Federal Government if such benefits are not received, and retention of the employee is deemed essential. In light of the aforementioned criteria and concerns regarding your performance, specifically as reflected in your performance ratings for the last several years, authorization for you to receive benefits under this Program is not recommended. This decision does not preclude you from reapplying for benefits under the Program at a later date.

.

Attachment 5

## U.S. SECURITIES AND EXCHANGE COMMISSION
## PERFORMANCE MANAGEMENT RECORD AND INSTRUCTIONS

| Name | Social Security # |
|---|---|
| Randolph Koch | *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* |

| Title | Organization |
|---|---|
| Financial Analyst | Investment Management/Office of Disclosure & Review |

Pay Plan, Series, Grade/Step

GS-1160-12

Rating Period

May 1, 1997 through April 30, 1998

| Employee Covered by: | ■ General Schedule | ☐ Prevailing Rate | ☐ Senior Executive Service |
|---|---|---|---|

Check appropriate box: ■ Paper copy of job elements and performance standards attached.

☐ Electronic copy of job elements and performance standards were transmitted on _____ and receipt by employee was certified electronically on _____.

### SUPERVISORY POSITION CERTIFICATION AND AUTHORIZATION OF PERFORMANCE PLAN

I have reviewed the position description of record and certify that it is (check appropriate box below):

**ACCURATE**

■ Less than 4 years old

☐ Over 4 years old; send new coversheet to the Office of Administrative and Personnel Management (OAPM).

**INACCURATE**

☐ Minor pen and ink changes attached.

☐ Major changes; rewrite must be submitted to the OAPM within 45 days. If this box is checked, please send a photocopy of this page to OAPM as soon as signatures are obtained.

☐ This performance plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

| Name, Title, and Signature of First Line Supervisor/Rating Official | Date |
|---|---|
| Frank J. Donaty, Jr. Branch Chief    *Frank J Donaty Jr* | *8-28-97* |

APPROVAL BY REVIEWING OFFICIAL I agree with the certification of the position description and approve the performance plan.

| Name, Title, and Signature of Reviewing Official | Date |
|---|---|
| Barry Miller Assistant Director    *Barry Miller* | *8/28/97* |

EMPLOYEE ACKNOWLEDGEMENT My signature *only acknowledges* discussion of the position description and receipt and discussion of the performance plan, and *does not necessarily signify my agreement.*

| Employee Signature | Date |
|---|---|
| Randolph Koch    *Randolph Koch* | *10-29-97* |

### PROGRESS REVIEW At least one progress review is required. Written documentation can be attached, if appropriate. During the review, each element should be discussed.

| 1st Progress Review | Employee's Initials *RK 4-10-98* | Supervisor's Initials *JW* | Date *4-10-98* |
|---|---|---|---|
| 2nd Progress Review (Optional) | Employee's Initials | Supervisor's Initials | Date |
| 3rd Progress Review (Optional) | Employee's Initials | Supervisor's Initials | Date |

PRIVACY ACT STATEMENT Disclosure of your Social Security Number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

SEC 2331 (Rev. 3/96)    - 1 -

Name: Randolph Koch     Division/Office: Investment Management/Office of Disclosure and Review

| Assigned Weight: | 25% | ☒ Critical  ☐ Non-Critical | Element No.  1  of  7 |
|---|---|---|---|

### FINANCIAL ANALYST
### GS-12

1. **REVIEW AND ANALYSIS**                                    Critical - 25%

Minimally Satisfactory:

Reviews and analyzes filings with some assistance from supervisors. On all filings, most comments are material (i.e., addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements, or policy) are infrequent.

On routine filings, most pertinent comments are made with additional comments required by supervisors. On filings of average/moderate difficulty, most routine comments are made and a few novel comments are made; additional comments are identified by the supervisory staff.

With some supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments. In consultation with supervisors, develops appropriate lines of inquiry for most routine filings and some difficult ones. With many exceptions and some supervisory assistance, recommends appropriate resolutions for routine disclosure issues. In close consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

Fully Successful

Reviews and analyzes filings with little assistance from supervisors. On all filings comments are material (i.e., examiner addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements or policy) are infrequent.

On routine filings, nearly all pertinent comments are made and some additional comments are required by supervisors. On difficult filings most routine and some novel comments are made by the examiner; additional comments may be identified by the supervisory staff.

With little supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments. Develops appropriate lines of inquiry for all routine issues with limited supervisory assistance. In consultation with supervisors, develops appropriate lines of inquiry for nearly all complex and novel issues.

With some exceptions, recommends appropriate resolutions for routine disclosure issues with limited supervisory assistance. In consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

2

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No.    1    of    7

#### Exceeds Fully Successful

Fully Successful plus - Identifies nearly all complex or novel issues raised by assignments. Generally develops appropriate lines of inquiry with little supervisory assistance for complex and novel issues. Recognizes instances where Commission precedent conflicts, identifies possible means to resolve such conflict, and where resolution is not satisfactory, sometimes suggests new approaches to problem, consistent with statutory and Commission policy. Presents recommendations on disclosure issues that are well-reasoned, cogent and helpful in reaching conclusions.

3

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:    20% | ☒ Critical    ☐ Non-Critical | Element No.    2 | of    7 |

2.    **WRITTEN COMMUNICATIONS**                                    Critical - 20%

Minimally Satisfactory

Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

After a discussion of the filing with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of moderate quality as to substance and style. Comment letters that relate to novel issues require several revisions by supervisors to improve their substance and style.

Draft memoranda generally are well reasoned. With supervisory assistance, exposition of issues and possible solution usually are logical and complete. With many exceptions, memoranda are clear and accurate but some sometimes require extensive revising and editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

Fully Successful

Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

After a discussion of filings with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of high quality as to substance and moderate quality as to style so that the changes are primarily of style. After a discussion of a novel issue with supervisor(s), frequently prepares a comment that is of high quality as to substance and moderate quality as to style that requires some revision by the supervisor(s).

Draft memoranda generally are well reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With some exceptions, memoranda are clear and accurate, but sometimes require some revising or editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

4

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

#### Exceeds Fully Successful

Written work product consistently demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents conform to Office and Commission technical requirements. Factual statements in work product are supported by the record.

As directed, with some discussion of the filing, prepares a comment concerning a routine issue, that is of high quality, as to substance and moderate quality as to style so that the few changes are primarily of style. After a discussion with the supervisor(s) which confirms the employee's understanding of a novel issue, prepares a written product which is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style.

Draft memoranda generally are well reasoned and organized. With some supervisory assistance, exposition of issues, recommended courses of action, and alternatives generally are logical and complete. With few exceptions, memoranda are clear, accurate, and concise, but sometimes may require some revising or editing. Documents generally reflect sensitivity to the manner in which issues are presented in light of the intended reader. Demonstrates ability to revise work in response to general, as well as specific, comments by supervisors. Assumes responsibility for ensuring that final product is adequately proofread.

S

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:    15% | ■ Critical  ☐ Non-Critical | Element No.  3 | of  7 |

3.    **NEGOTIATION/RESOLUTION OF ISSUES/COMMENTS**          **Critical - 15%**

Minimally Satisfactory

Regularly, with supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and obtains responses that substantially resolve Branch comments. Sometimes knows when and with whom to refer comments and how to obtain response that is required.

Fully Successful

With little supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and obtains responses that completely resolve Branch comments. With some exceptions, knows when and with whom to refer comments and how to obtain response that is required.

Exceeds Fully Successful

With very little supervision, exercises professional judgment in dealing with outside counsel and other SEC staff; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and obtains responses that completely resolve Branch comments. With few exceptions, knows when and to whom to refer comments/issues and how to get back what is required.

6

Name: Randolph Koch     Division/Office: Investment Management/Office of Disclosure and Review

| Section I  JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | |
|---|---|---|
| Assigned Weight:     15% | ■ Critical   ☐ Non-Critical | Element No.   4   of   7 |

4.    **ORAL COMMUNICATION**                                     Critical - 15%

Minimally Satisfactory

   Attends and participates in staff and Commission meetings, meetings with registrants and private counsel, and conferences as required. In discussions and meetings, adequately discusses most routine and some complex or novel issues raised by assignments. Generally discusses relevant precedent and how assignments differ from precedent. Adequately responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Usually makes appropriate written records of oral communications. Responds to public inquiries accurately and in a timely fashion or, when appropriate, directs inquirer to appropriate source of assistance.

Fully Successful

   In addition to Minimally Satisfactory, effectively discusses most complex or novel issues raised by assignments and usually suggests possible alternative courses of action. Thoroughly discusses relevant precedent and how assignments differ from precedent. Clearly and effectively responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Effectively represents the Commission in discussions with registrants and their counsel on all routine and many complex or novel matters.

Exceeds Fully Successful

In addition to Fully Successful, persuasively and effectively discusses the vast majority of complex and novel issues raised by assignments. Demonstrates the ability to articulately and persuasively address issues raised by complex and novel proposals and to suggest possible solutions to such issues by reference to analogous precedent. Clearly and effectively represents the Commission in discussions with registrants and their counsel on all routine and most complex or novel matters.

SEC 2331 (Rev. 3/96)                                 - A -

7

Name: Randolph Koch     Division/Office: Investment Management/Office of Disclosure and Review

Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET   Use one form for each element.
Use reverse side to continue.

| Assigned Weight: | 15% | ■ Critical   ☐ Non-Critical | Element No.   5   of   7 |
|---|---|---|---|

5.     **PERSONAL INTERACTIONS**                              Critical - 15%

Minimally Satisfactory

Generally, responds constructively to supervisors' editorial comments and criticisms. With direction from supervisor, coordinates work assignments with other essential staff and makes use of agency resources. Under supervision, provides follow-through on work assignments. For example, after problem is identified, employee determines appropriate office to which problem should be referred; gathers necessary background information; and submits recommendation to Branch Chief for disposition. Works courteously with other staff on all assignments. Gives clear and reasonable guidance to support staff and is willing to coordinate needs for support staff time with those of other members of the staff. When requested, assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

Fully Successful

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and shows initiative in the coordination of the needs for their time with members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Investment Management, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

SEC 2331 (Rev. 3/96)                              - A -

8

Name: Randolph Koch        Division/Office: Investment Management/Office of Disclosure and Review

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No. ___5___ of ___7___

### Exceeds Fully Successful

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With very little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadline. Gives clear and reasonable guidance to support staff and, where appropriate, coordinates the needs for their time with other members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Investment Management, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays tact and sensitivity, in addition to professional demeanor and courtesy, when dealing with Commission personnel, other government agencies, and the public.

C 2331 (Rev. 3/96)                            - A2 -

9

Name: Randolph Koch     Division/Office: Investment Management/Office of Disclosure and Review

| Assigned Weight: | 10% | ☒ Critical    ☐ Non-Critical | Element No.    6    of    7 |
|---|---|---|---|

**6.     TIME/PROJECT MANAGEMENT**                              **Critical - 10%**

Minimally Satisfactory

With supervision, manages the timeliness of the comment process  so that resolution generally falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).  Generally allocates time so that special assignments are completed within established deadlines. Generally completes assignments with no established deadlines within a reasonable amount of time.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

Fully Successful

With some supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution nearly always falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).  Nearly always allocates time so that special assignments are completed within established deadlines.  Nearly always completes assignments with no established deadlines within a reasonable amount of time.  With supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

Exceeds Fully Successful

With little supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s). Nearly always allocates time so that special assignments are completed within established deadlines.  Absent unusual difficulties, completes assignments with no established deadlines within a reasonable amount of time. With some supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.  Projects subject to short deadlines nearly always are completed on time.

10

Name: Randolph Koch     Division/Office: Investment Management/Office of Disclosure and Review

**Section 1—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue.**

| Assigned Weight: | 5% | ☒ Critical   ☐ Non-Critical | Element No. | 7 | of | 7 |

7.    **INTERNAL PROCEDURES AND CONTROLS**                    **Critical - 5%**

<u>Minimally Satisfactory</u>

Demonstrates a working knowledge of Commission and office systems such as employee time records, STATS, EDGAR, and Office Tracking System. Accurately prepares and submits reports in accordance with established procedures and deadlines. Generally updates Tracking and EDGAR Systems in a timely manner to reflect progress of assignments. Completed travel vouchers are submitted within two weeks of traveler's return.

<u>Fully Successful</u>

In addition to Minimally Satisfactory, prepares and submits accurate and timely reports on own initiative and with little supervision. Familiarity with Commission procedures is used successfully to resolve disclosure legal issues.

<u>Exceeds Fully Successful</u>

Fully Satisfactory plus demonstrates a thorough knowledge of control procedures and office reporting systems and performs duties with little or no supervision on his/her own initiative.

SEC 2331 (Rev. 3/96)                    - A -

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

Section II – PERFORMANCE ACCOMPLISHMENTS  Please discuss employee's accomplishments in terms of each element.  Continue on reverse and attach additional sheets if necessary.  A completed copy of this page must be sent to the OAPM at the end of the rating period along with the completed page C.

1.    **Review and Analysis**

Mr. Koch's review and analysis is generally thorough and complete.  He generally recognizes disclosure deficiencies and, in some cases, suggests appropriate solutions.  With moderate supervision, Mr. Koch generally makes most pertinent comments on easy and moderate filings, although the Branch Chief does make some additional comments.  Mr. Koch does need to work on making fewer inappropriate comments.

Mr. Koch has a good working knowledge of forms, rules, releases and precedents.  With limited assistance from the Branch Chief, he generally makes referrals of legal and accounting issues to appropriate members of the staff.

2.    **Written Communications**

Mr. Koch's comment letters relating to routine matters generally demonstrate good writing skills, including command of grammar, punctuation and ability to express thoughts in an effective manner. Although his letters require some revision by the Branch Chief, the letters are generally above-average in quality in terms of both style and substance.  His letters relating to complex or novel matters generally require some revision by the Branch Chief as to substance and style.

3.    **Negotiation/Resolution of Issues/Comments**

With minimum supervision, Mr. Koch generally exercises sound judgment in dealing with registrants, outside counsel and other members of the staff.  Generally, he clearly relates staff comments and positions to correct deficiencies found in the examination of filings.  With moderate supervision, Mr. Koch uses sound judgment in negotiating a satisfactory resolution of all comments.  With some exceptions, he knows when and to whom to refer issues and how to get back what is required.

4.    **Oral Communication**

In his interactions with his Branch Chief, Mr. Koch generally presents issues clearly and succinctly. With some supervision, he gives comments and explains the basis for staff positions in a clear and concise manner.  In most cases, he clearly and effectively responds to inquiries concerning facts, form requirements, issues presented and recommended solutions.  He generally represents the Commission effectively in discussions with registrants and their counsel on many complex and novel matters.

C 2331 (Rev. 3/96)                            - B -

12

Name: Randolph Koch     Division/Office: Investment Management/Office of Disclosure & Review # 1

**Section II—PERFORMANCE ACCOMPLISHMENTS (Continued)**

5.   **Personal Interactions**

Mr. Koch responds constructively to supervisors' editorial comments and suggestions.  He generally works effectively with support staff, peers, supervisors, and staff of other Offices and Divisions.  With moderate supervision, he generally consults with essential staff members, obtains necessary background information and discusses results with Branch Chief.  He displays professional demeanor and courtesy when dealing with members of the staff and the public.

6.   **Time/Project Management**

Mr. Koch does not manage the timeliness of the comment process very well.  The Office's policy is to give comments on new registration statements and on post-effective amendments in 30 and 45 days, respectively.  During the rating period Mr. Koch gave comments on new registrations statements in an average of 39 days.  Although he gave comments on post-effective amendments in an average of 42 days, he gave comments on 28 of the 50 amendments he reviewed during the rating period after 45 days.

7.   **Internal Procedures and Controls**

Mr. Koch has a good working knowledge of internal control procedures, such as STATS, Commission databases (e.g. WRKD and the office's disclosure tracking system).  Although he generally prepares and submits accurate and timely reports on his own initiative and with little supervision, he needs to be more diligent in submitting his leave slips in a timely fashion.

SEC 2331 (Rev. 3/96)                 - B2 -

13

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

## SECTION III—PERFORMANCE SUMMARY AND RATING

| Job Element (Identify title) | Critical or Non-Critical (C or NC) | Priority Weight | Element Rating (1-5) | Score |
|---|---|---|---|---|
| 1. Review and Analysis | C | 25% | 3 | 75 |
| 2. Written Communications | C | 20% | 3 | 60 |
| 3. Negotiation/Resolution of Issues/Comments | C | 15% | 3 | 45 |
| 4. Oral Communication | C | 15% | 4 | 60 |
| 5. Personal Interactions | C | 15% | 4 | 60 |
| 6. Time/Project Management | C | 10% | 2 | 20 |
| 7. Internal Procedures and Controls | C | 5% | 3 | 15 |

| The PERFORMANCE RATING is based on your total score except if a critical element is Unsatisfactory, the overall rating is Unsatisfactory. | TOTAL SCORE: | 335 |
|---|---|---|

## OVERALL PERFORMANCE RATING

| ☐ Outstanding (450—500) | ☐ Exceeds Fully Successful (380—449) | ■ Fully Successful (285—379) | ☐ Minimally Satisfactory (200—284) | ☐ Unsatisfactory (100—199) |
|---|---|---|---|---|

| Rating Official's Signature and Title _Frank J. Donaty_ | Date 8-26-98 |
|---|---|
| Frank J. Donaty, Jr., Branch Chief | |

| Reviewing Official's Signature and Title _Barry Miller_ | Date 8-26-98 |
|---|---|
| Barry Miller, Associate Director | |

| Employee's Signature (Indicates appraisal meeting held) _Randolph S Koch_ | Date 8-27-98 | Employee Comments Attached ☐ Yes ☒ No |
|---|---|---|
| Randolph Koch | | |

## SECTION IV—PERFORMANCE RECOGNITION (See Section V on reverse side for SES employees.)

| ☐ Recommended Quality Step Increase (QSI) (Outstanding rating required)  Applies only to GS employees.  I expect employee's performance to continue at this level. | ☐ Recommended Performance Award.  Applies to GS and PR employees.  $ _____ or % _____ |
|---|---|

Has the employee been promoted within the last 4 months?  ☐ Yes  ☐ No   If yes, the rating official should contact the servicing personnel specialist in the Office of Administrative and Personnel Management.

| Rating Official's Signature and Title | Date |
|---|---|
| | |

| Reviewing Official's Signature and Title | Date |
|---|---|
| | |

| Division Director/Office Head/Regional Administrator's Signature | Date |
|---|---|
| | |

| OAPM/Executive Director/Chairman Approval (as appropriate) | Date |
|---|---|
| | |

| Payment authorized by Office of Administrative and Personnel Management | Date | OAPM Code |
|---|---|---|
| | | |

SEC 2331 (Rev. 3/96)                    - C -

14

Attachment 6

## U.S. SECURITIES AND EXCHANGE COMMISSION
## PERFORMANCE MANAGEMENT RECORD AND INSTRUCTIONS

| Name | Social Security # |
|---|---|
| Randolph Koch | |
| **Title** | **Organization** |
| Financial Analyst | Investment Management/Office of Disclosure & Review |

**Pay Plan, Series, Grade/Step**

GS-1160-12

**Rating Period**

May 1, 1998 through April 30, 1999

| Employee covered by: | ■ General Schedule | ☐ Prevailing Rate | ☐ Senior Executive Service |
|---|---|---|---|

Check appropriate box:    ■ Paper copy of job elements and performance standards attached.

☐ Electronic copy of job elements and performance standards were transmitted on _____ and receipt by employee was certified electronically on _____.

### SUPERVISORY POSITION CERTIFICATION AND AUTHORIZATION OF PERFORMANCE PLAN

I have reviewed the position description of record and certify that it is (check appropriate box below):

**ACCURATE**

**INACCURATE**

■ Less than 4 years old

☐ Minor pen and ink changes attached.

☐ Over 4 years old; send new coversheet to the Office of Administrative and Personnel Management (OAPM).

☐ Major changes; rewrite must be submitted to the OAPM within 45 days. If this box is checked, please send a photocopy of this page to OAPM as soon as signatures are obtained.

■ This performance plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

| Name, Title, and Signature of First Line Supervisor/Rating Official | Date |
|---|---|
| Frank J. Donaty, Jr.    *Frank J. Donaty Jr.*<br>Branch Chief | 8-27-98 |

APPROVAL BY REVIEWING OFFICIAL I agree with the certification of the position description and approve the performance plan.

| Name, Title, and Signature of Reviewing Official | Date |
|---|---|
| Barry Miller    *Barry Miller*<br>Associate Director | 8-27-98 |

EMPLOYEE ACKNOWLEDGEMENT My signature *only acknowledges* ~~discussion of the position description and~~ receipt ~~and discussion~~ of the performance plan, and *does not necessarily signify my agreement.*

| Employee Signature | Date |
|---|---|
| Randolph Koch    *Randolph Koch* | 9-09-98 |

**PROGRESS REVIEW** At least one progress review is required. Written documentation can be attached, if appropriate. During the review, each element should be discussed.

| 1st Progress Review | Employee's Initials | Supervisor's Initials | Date |
|---|---|---|---|
| **2nd Progress Review** *(Optional)* | Employee's Initials | Supervisor's Initials | Date |
| **3rd Progress Review** *(Optional)* | Employee's Initials | Supervisor's Initials | Date |

**PRIVACY ACT STATEMENT** Disclosure of your Social Security Number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

SEC 2331 (Rev. 3/96)                                    - 1 -

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

| Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:  25% | ☒ Critical   ☐ Non-Critical | Element No.   1   of   7 | |

## FINANCIAL ANALYST
### GS-12

1.    **REVIEW AND ANALYSIS**

   Minimally Satisfactory

   Reviews and analyzes filings with some assistance from supervisors. On all filings, most comments are material (i.e., addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements, or policy) are infrequent.

   On routine filings, most pertinent comments are made with additional comments required by supervisors. On filings of average/moderate difficulty, most routine comments are made and a few novel comments are made; additional comments are identified by the supervisory staff.

   With some supervision, identifies, obtains and verifies facts necessary to evaluate issues relevant to assignments. In consultation with supervisors, develops appropriate lines of inquiry for most routine filings and some difficult ones. With many exceptions and some supervisory assistance, recommends appropriate resolutions for routine disclosure issues. In close consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

   Fully Successful

   Reviews and analyzes filings with little assistance from supervisors. On all filings comments are material (i.e., examiner addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements or policy) are infrequent.

   On routine filings, nearly all pertinent comments are made and some additional comments are required by supervisors. On difficult filings most routine and some novel comments are made by the examiner; additional comments may be identified by the supervisory staff.

   With little supervision, identifies, obtains and verifies facts necessary to evaluate issues relevant to assignments. Develops appropriate lines of inquiry for all routine issues with limited supervisory assistance. In consultation with supervisors, develops appropriate lines of inquiry for nearly all complex and novel issues.

   With some exceptions, recommends appropriate resolutions for routine disclosure issues with limited supervisory assistance. In consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

2

Name: Randolph Koch        Division/Office: Investment Management/Office of Disclosure and Review

Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)
Element No.    1    of    7

**Exceeds Fully Successful**

Fully Successful plus -  Identifies nearly all complex or novel issues raised by assignments.  Generally develops appropriate lines of inquiry with little supervisory assistance for complex and novel issues.  Recognizes instances where Commission precedent conflicts, identifies possible means to resolve such conflict, and where resolution is not satisfactory, sometimes suggests new approaches to problem, consistent with statutory and Commission policy.  Presents recommendations on disclosure issues that are well-reasoned, cogent and helpful in reaching conclusions.

SEC 2331 (Rev. 3/96)                                - A2 -

3

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

| Section I  JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | |
|---|---|---|
| Assigned Weight:        20% | ■ Critical   ☐ Non-Critical | Element No.   2      of   7 |

## 2.   WRITTEN COMMUNICATIONS

### Minimally Satisfactory

Written work product generally demonstrates good writing skills, including command of grammar, punctuation and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

After a discussion of the filing with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of moderate quality as to substance and style. Comment letters that relate to novel issues require several revisions by supervisors to improve their substance and style.

Draft memoranda generally are well-reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With many exceptions, memoranda are clear and accurate, but some sometimes require extensive revising and editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

### Fully Successful

Written work product generally demonstrates good writing skills, including command of grammar, punctuation and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

After a discussion of filings with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of high quality as to substance and moderate quality as to style so that the changes are primarily of style. After a discussion of a novel issue with supervisor(s), frequently prepares a comment that is of high quality as to substance and moderate quality as to style that requires some revision by the supervisor(s).

Draft memoranda generally are well-reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With some exceptions, memoranda are clear and accurate, but sometimes require some revising or editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

4

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No. ___2___ of ___7___

#### Exceeds Fully Successful

Written work product consistently demonstrates good writing skills, including command of grammar, punctuation and ability to express thoughts in an effective manner. Memoranda and other documents conform to Office and Commission technical requirements. Factual statements in work product are supported by the record.

As directed, with some discussion of the filing, prepares a comment concerning a routine issue that is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style. After a discussion with the supervisor(s) which confirms the employee's understanding of a novel issue, prepares a written product that is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style.

Draft memoranda generally are well-reasoned and organized. With some supervisory assistance, exposition of issues, recommended courses of action and alternatives generally are logical and complete. With few exceptions, memoranda are clear, accurate and concise, but sometimes may require some revising or editing. Documents generally reflect sensitivity to the manner in which issues are presented in light of the intended reader. Demonstrates ability to revise work in response to general, as well as specific, comments by supervisors. Assumes responsibility for ensuring that final product is adequately proofread.

SEC 2331 (Rev. 3/96)                           - A2 -

5

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:    15% | ■ Critical   ☐ Non-Critical | Element No.   3 | of   7 |

**3.    NEGOTIATION/RESOLUTION OF ISSUES/COMMENTS**

<u>Minimally Satisfactory</u>

Regularly, with supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that substantially resolve Branch comments. Sometimes knows when and to whom to refer comments and how to obtain response that is required.

<u>Fully Successful</u>

With little supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With some exceptions, knows when and to whom to refer comments and how to obtain response that is required.

<u>Exceeds Fully Successful</u>

With very little supervision, exercises professional judgment in dealing with outside counsel and other SEC staff; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and obtains responses that completely resolve Branch comments. With few exceptions, knows when and to whom to refer comments/issues and how to get back what is required.

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

| Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:    15% | ■ Critical   ☐ Non-Critical | Element No.   4   of   7 | |

### 4.    ORAL COMMUNICATION

#### Minimally Satisfactory

Attends and participates i  staff and Commission meetings, meetings with registrants and private counsel and conferences as required. In discussions and meetings, adequately discusses most routine and some complex or novel issues raised by assignments. Generally discusses relevant precedent and how assignments differ from precedent. Adequately responds to inquiries concerning facts, form requirements, issues presented and recommended solutions. Usually makes appropriate written records of oral communications. Responds to public inquiries accurately and in a timely fashion or, when appropriate, directs inquirer to appropriate source of assistance.

#### Fully Successful

In addition to Minimally Satisfactory, effectively discusses most complex or novel issues raised by assignments and usually suggests possible alternative courses of action. Thoroughly discusses relevant precedent and how assignments differ from precedent. Clearly and effectively responds to inquiries concerning facts, form requirements, issues presented and recommended solutions. Effectively represents the Commission in discussions with registrants and their counsel on all routine and many complex or novel matters.

#### Exceeds Fully Successful

In addition to Fully Successful, persuasively and effectively discusses the vast majority of complex and novel issues raised by assignments. Demonstrates the ability to articulate and persuasively address issues raised by complex and novel proposals and to suggest possible solutions to such issues by reference to analogous precedent. Clearly and effectively represents the Commission in discussions with registrants and their counsel on all routine and most complex or novel matters.

SEC 2331 (Rev. 3/96)                        - A -

7

Name: Randolph Koch      Division/Office: Investment Management/Office of Disclosure and Review

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | | | |
|---|---|---|---|---|---|
| Assigned Weight: | 15% | ☒ Critical   ☐ Non-Critical | Element No. | 5 | of 7 |

5.     **PERSONAL INTERACTIONS**

Minimally Satisfactory

Generally responds constructively to supervisors' editorial comments and criticisms. With direction from supervisor, coordinates work assignments with other essential staff and makes use of agency resources. Under supervision, provides follow-through on work assignments. For example, after problem is identified, employee determines appropriate office to which problem should be referred; gathers necessary background information; and, submits recommendation to Branch Chief for disposition. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Generally gives clear and reasonable guidance to support staff and is willing to coordinate needs for support staff time with those of other members of the staff. When requested, assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies and the public.

Fully Successful

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and shows initiative in the coordination of the needs for their time with members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Investment Management, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies and the public.

SEC 2331 (Rev. 3/96)                              - A -

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No.    5    of    7

**Exceeds Fully Successful**

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With very little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and, where appropriate, coordinates the needs for their time with other members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Investment Management, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays tact and sensitivity, in addition to professional demeanor and courtesy, when dealing with Commission personnel, other government agencies and the public.

SEC 2331 (Rev. 3/96)                      - A2 -

9

Name:  Randolph Koch      Division/Office:  Investment Management/Office of Disclosure and Review

| Assigned Weight: | 10% | ■ Critical   □ Non-Critical | Element No. | 6 | of | 7 |
|---|---|---|---|---|---|---|

**6.     TIME/PROJECT MANAGEMENT**

Minimally Satisfactory

With supervision, manages the timeliness of the comment process so that resolution generally falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).  Generally allocates time so that special assignments are completed within established deadlines.  Generally completes assignments with no established deadlines within a reasonable amount of time.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress or events that may impact completion.

Fully Successful

With some supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution nearly always falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).  Nearly always allocates time so that special assignments are completed within established deadlines.  Nearly always completes assignments with no established deadlines within a reasonable amount of time.  With supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress or events that may impact completion.

Exceeds Fully Successful

With little supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).  Nearly always allocates time so that special assignments are completed within established deadlines.  Absent unusual difficulties, completes assignments with no established deadlines within a reasonable amount of time.  With some supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress or events that may impact completion.  Projects subject to short deadlines nearly always are completed on time.

SEC 2331 (Rev. 3/96)                                   - A -

10

Name:  Randolph Koch    Division/Office:  Investment Management/Office of Disclosure and Review

| Section I — JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:    5% | ☒ Critical    ☐ Non-Critical | Element No.    7    of    7 | |

7.    **INTERNAL PROCEDURES AND CONTROLS**

<u>Minimally Satisfactory</u>

D. .1onstrates a working knowledge of Commission and office systems, such as employee time records, STATS, EDGAR and Office Tracking System.  Accurately prepares and submits reports in accordance with established procedures and deadlines.  Generally updates Tracking and EDGAR Systems in a timely manner to reflect progress of assignments.  Completed travel vouchers are submitted within two weeks of traveler's return.

<u>Fully Successful</u>

In addition to Minimally Satisfactory, prepares and submits accurate and timely reports on own initiative and with little supervision.  Familiarity with Commission procedures is used successfully to resolve disclosure issues.

<u>Exceeds Fully Successful</u>

Fully Satisfactory plus demonstrates a thorough knowledge of control procedures and office reporting systems and performs duties with little or no supervision on his/her own initiative.

SEC 2331 (Rev. 3/96)                    - A -

II

1.  **Review and Analysis**

During the rating period, Mr. Koch regularly wrote "scanned" on the facing page of post-effective he was assigned to fully review. Nevertheless, it appears that Mr. Koch did attempt to review the filings so marked. In the beginning of 1999, when the branch chief started reviewing his work, Mr. Koch missed many issues and comments related to the new, revised Form N-1A. For that reason, Mr. Koch's filings required close scrutiny by his branch chief. As the rating period progressed, Mr. Koch became more familiar with the new form. At the end of the rating period, Mr. Koch's review generally included pertinent comments and only some comments were required by his supervisors.

Mr. Koch's analysis of the issues he identifies is generally thorough and complete. He could improve his analytical skills if he consulted more with other staff members regarding staff positions and precedents. To improve his skills, the branch chief recommends that Mr. Koch attend future training sessions concerning the revised Form N-1A and disclosure related issues in general.

Mr. Koch has a good working knowledge of the rules, releases and precedents under the Investment Company Act of 1940. With limited assistance from the branch chief, he generally makes referrals of legal and accounting issues to appropriate members of the staff.

2.  **Written Communications**

Mr. Koch's e-mails concerning work assignments show good writing skills, including command of grammar, punctuation and ability to express thoughts in an effective manner. The e-mails tend to be long, however.

Mr. Koch's comment letters required some revisions and corrections by the branch chief. Mr. Koch could improve the quality of his comment letters by providing more explanation of why he requests registrants to make changes, rather than merely asking them to delete, move or add disclosure. After discussing an issue with his supervisors and confirming his understanding of novel or complex issues, Mr. Koch prepared written comments that were of high quality. Mr. Koch's comment letters contain errors when first submitted to the branch chief. Mr. Koch's comment letters could be outstanding if he took more time to review them before submitting the letters to his branch chief.

3.  **Negotiation/Resolution of Issues/Comments**

With very little supervision, Mr. Koch exercised professional judgment in dealing with outside counsel and other members of the staff. Mr. Koch clearly relates staff comments and positions to correct deficiencies found in filings. With only moderate supervision, Mr. Koch exercises sound judgment in negotiating satisfactory resolutions of all comments. When complex legal or accounting issues are involved, with some supervision Mr. Koch knows when and to whom to refer these issues and how to obtain the needed information.

4.  **Oral Communication**

Mr. Koch is articulate and can present issues clearly and succinctly. With little or no supervision, in his comments to registrants Mr. Koch represented the Commission effectively on complex matters. Mr. Koch clearly and effectively responded to public inquiries.

Mr. Koch persuasively and effectively discusses issues with his branch chief and recommends solutions.

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

## Section II—PERFORMANCE ACCOMPLISHMENTS (Continued)

5.    **Personal Interactions**

Mr. Koch responds constructively to supervisors' editorial comments and criticisms. He generally works effectively with peers and supervisors. Mr. Koch could improve his other skills and knowledge needed to perform at a higher level if he interacted more with his branch chief, assistant branch chief, and assistant director. Of all the staff members of the branch, Mr. Koch interacted with his branch chief the least. Often many days would go without any contact with Mr. Koch. With some supervision, Mr. Koch consulted with essential staff members and obtained necessary background information in order to complete his assignments. In those instances, he reported his discussions with others to his branch chief. He displays professional demeanor and courtesy when dealing with the public.

6.    **Time/Project Management**

Mr. Koch did not manage time deadlines very well. The Office's policy is to give comments on new registration statements and on post-effective amendments in 30 and 45 days, respectively. Too often filings were submitted late to the branch chief for review. For example a Pacific Global filing of Feb. 12, 1999, was submitted to the branch chief on April 27, 1999. Mr. Koch did not keep the branch chief apprised of his work priorities and time deadlines. On more than one occasion the branch chief was informed by a registrant that they had not been given comments on a filing, even though the 45th day had passed. Accordingly, Mr. Koch needs to work at improving his skills of setting priorities and completing work on time.

7.    **Internal Procedures and Controls**

Mr. Koch has a working knowledge of the Commission's and Division's internal control procedures. While Mr. Koch prepares accurate entries into databases, such as the disclosure tracking system and EDGAR, he needs to improve the timeliness of the data entry. For example, a survey of his EDGAR inbox showed many filings for which disposition codes had not been entered. In the early part of 1999, Mr. Koch did not keep current in submitting leave slips. Mr. Koch began to show improvements in this regard at the end of the rating period.

13

## SECTION III—PERFORMANCE SUMMARY AND RATING

| Job Element *(identify title)* | Critical or Non-Critical (C or NC) | Priority Weight | Element Rating (1-5) | Score |
|---|---|---|---|---|
| 1. Review and Analysis | C | 25% | 3 | 75 |
| 2. Written Communications | C | 20% | 4 | 80 |
| 3. Negotiation/Resolution of Issues/Comments | C | 15% | 4 | 60 |
| 4. Oral Communication | C | 1 % | 4 | 60 |
| 5. Personal Interactions | C | 10% | 3 | 30 |
| 6. Time/Project Management | C | 10% | 2 | 20 |
| 7. Internal Procedures and Controls | C | 5% | 2 | 10 |

The PERFORMANCE RATING is based on your total score except if a critical element is Unsatisfactory, the overall rating is Unsatisfactory. **TOTAL SCORE: 335**

## OVERALL PERFORMANCE RATING

| ☐ Outstanding (450—500) | ☐ Exceeds Fully Successful (380—449) | ■ Fully Successful (285—379) | ☐ Minimally Satisfactory (200—284) | ☐ Unsatisfactory (100—199) |
|---|---|---|---|---|

| Rating Official's Signature and Title | | Date 8-10-99 |
|---|---|---|
| Richard Pfordte, Branch Chief | | |
| Reviewing Official's Signature and Title | | Date 8-10-99 |
| Frank J. Donaty, Jr., Assistant Director | | |
| Employee's Signature *(Indicates appraisal meeting held.)* | Date 8-11-99 | Employee Comments Attached ☐ Yes ☒ No |
| Randolph Koch | | |

## SECTION IV—PERFORMANCE RECOGNITION *(See Section V on reverse side for SES employees.)*

☐ Recommended Quality Step Increase (QSI) *(Outstanding rating required)* Applies only to GS employees. I expect employee's performance to continue at this level.

☐ Recommended Performance Award. Applies to GS and PR employees. $ _____ or % _____

Has the employee been promoted within the last 4 months? ☐ Yes ☐ No *If yes, the rating official should contact the servicing personnel specialist in the Office of Administrative and Personnel Management.*

| Rating Official's Signature and Title | Date |
|---|---|
| Reviewing Official's Signature and Title | Date |
| Division Director/Office Head/Regional Administrator's Signature | Date |
| OAPM/Executive Director/Chairman Approval (as appropriate) | Date |

| Payment authorized by Office of Administrative and Personnel Management | Date | OAPM Code |
|---|---|---|

SEC 2331 (Rev. 3/96)     - C -

14

Attachment 7

## U.S. SECURITIES AND EXCHANGE COMMISSION
## PERFORMANCE MANAGEMENT RECORD AND INSTRUCTIONS

| Name | Social Security # |
|---|---|
| Randolph S. Koch | |

| Title | Organization *16* |
|---|---|
| Financial Analyst | IM Branch of Disclosure and Review ~~123~~ |

**Pay Plan, Series, Grade/Step**

GS-1160-12

**Rating Period**

September 24, 1999 - April 30, 2000

| Employee Covered by: | ■ General Schedule | ☐ Prevailing Rate | ☐ Senior Executive Service |
|---|---|---|---|

Check appropriate box:  ■ Paper copy of job elements and performance standards attached.

☐ Electronic copy of job elements and performance standards were transmitted on _____ and receipt by employee was certified electronically on _____.

---

**SUPERVISORY POSITION CERTIFICATION AND AUTHORIZATION OF PERFORMANCE PLAN**

I have reviewed the position description of record and certify that it is (check appropriate box below):

**ACCURATE**

■ Less than 4 years old

☐ Over 4 years old; send new coversheet to the Office of Administrative and Personnel Management (OAPM).

**INACCURATE**

☐ Minor pen and ink changes attached.

☐ Major changes; rewrite must be submitted to the OAPM within 45 days. If this box is checked, please send a photocopy of this page to OAPM as soon as signatures are obtained.

■ This performance plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

| Name, Title, and Signature of First Line Supervisor/Rating Official | Date |
|---|---|
| Richard Pfordte | 9-24-99 |

APPROVAL BY REVIEWING OFFICIAL I agree with the certification of the position description and approve the performance plan.

| Name, Title, and Signature of Reviewing Official | Date |
|---|---|
| Frank J. Donaty, Jr., Assistant Director | 9-24-99 |

EMPLOYEE ACKNOWLEDGEMENT My signature *only acknowledges* discussion of the position description and receipt and discussion of the performance plan, and *does not necessarily signify my agreement.*

| Employee Signature | Date |
|---|---|
| Randolph S. Koch | 9-24-99 |

---

**PROGRESS REVIEW** At least one progress review is required. Written documentation can be attached, if appropriate. During the review, each element should be discussed.

| 1st Progress Review | Employee's Initials RSK | Supervisor's Initials | Date 2-10-00 |
|---|---|---|---|
| 2nd Progress Review *(Optional)* | Employee's Initials | Supervisor's Initials | Date |
| 3rd Progress Review *(Optional)* | Employee's Initials | Supervisor's Initials | Date |

---

PRIVACY ACT STATEMENT Disclosure of your Social Security Number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

SEC 2331 (Rev. 3/96)                   - 1 -

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue.

| Assigned Weight: | 25% | ☒ Critical | ☐ Non-Critical | Element No. | 1 | of | 7 |

### FINANCIAL ANALYST
### GS-12

**1.    REVIEW AND ANALYSIS**

<u>Minimally Satisfactory</u>

Quality of review and analysis is generally adequate, but needs some improvement.

Reviews and analyzes filings with some assistance from supervisors.  On all filings, most comments are material (i.e., addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements, or policy) are infrequent.

On routine filings, most pertinent comments are made with additional comments required by supervisors.  On filings of average/moderate difficulty, most routine comments are made and a few novel comments are identified by the supervisory staff.

With some supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments.  In consultation with supervisors, develops appropriate lines of inquiry for most routine filings and some difficult ones.  With many exceptions and some supervisory assistance, recommends appropriate resolutions for routine disclosure issues.  In close consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

<u>Fully Successful</u>

Quality of review and analysis is average.

Reviews and analyzes filings with little assistance from supervisors.  On all filings comments are material (i.e., examiner addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements or policy) are infrequent.

On routine filings, nearly all pertinent comments are made and some additional comments are required by supervisors.  On difficult filings most routine and some novel comments are made by the examiner; additional comments may be identified by the supervisory staff.

With little supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments.  Develops appropriate lines of inquiry for all routine issues with limited supervisory assistance.  In consultation with supervisors, develops appropriate lines of inquiry for nearly all complex and novel issues.

With some exceptions, recommends appropriate resolutions for routine disclosure issues with limited supervisory assistance.  In consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

Z

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No. ___1___ of ___7___

Exceeds Fully Successful

Fully Successful plus - Quality of review and analysis is above-average. Identifies many complex or novel issues raised by assignments. Generally develops appropriate lines of inquiry with little supervisory assistance for complex and novel issues. Recognizes instances where Commission precedent conflicts, identifies possible means to resolve such conflict, and where resolution is not satisfactory, sometimes suggests new approaches to problem, consistent with statutory and Commission policy. Presents recommendations on disclosure issues that are generally well-reasoned, cogent and helpful in reaching conclusions.

SEC 2331 (Rev. 3/96)                    - A2 -

3

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue.

| Assigned Weight: | 15% | ☒ Critical ☐ Non-Critical | Element No. | 2 | of | 7 |

2.    **WRITTEN COMMUNICATIONS**

   Minimally Satisfactory

   Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

   After a discussion of the filing with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of moderate quality as to substance and style. Comment letters that relate to novel issues require several revisions by supervisors to improve their substance and style.

   Draft memoranda generally are well-reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With many exceptions, memoranda are clear and accurate but sometimes require extensive revising and editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

   Fully Successful

   Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

   After a discussion of filings with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of above-average quality as to substance and moderate quality as to style so that the changes are primarily of style. After a discussion of a novel issue with supervisor(s), frequently prepares a comment that is of above-average quality as to substance and moderate quality as to style that requires some revision by the supervisor(s).

   Draft memoranda generally are well-reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With some exceptions, memoranda are clear and accurate, but sometimes require some revising or editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

SEC 2331 (Rev. 3/96)                    - A -

4

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

Exceeds Fully Successful

Written work product consistently demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents conform to Office and Commission technical requirements. Factual statements in work product are supported by the record.

As directed, with some discussion of the filing, prepares a comment concerning a routine issue, that is of high quality, as to substance and moderate quality as to style so that the few changes are primarily of style. After a discussion with the supervisor(s) which confirms the employee's understanding of a novel issue, prepares a written product which is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style.

Draft memoranda are generally well-reasoned and organized. With some supervisory assistance, exposition of issues, recommended courses of action, and alternatives generally are logical and complete. With few exceptions, memoranda are clear, accurate, and concise, but sometimes may require some revising or editing. Documents generally reflect sensitivity to the manner in which issues are presented in light of the intended reader. Demonstrates ability to revise work in response to general, as well as specific, comments by supervisors. Assumes responsibility for ensuring that final product is adequately proofread.

SEC 2331 (Rev. 3/96)                        - A2 -

5

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET   Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:          15% | ☒ Critical    ☐ Non-Critical | Element No.      3         of    7 | |

3.      **NEGOTIATION/RESOLUTION OF ISSUES/COMMENTS**

Minimally Satisfactory

Negotiation and resolution of issues and/or comments is generally of below average quality.

Regularly, with supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that substantially resolve Branch comments. Sometimes knows when and to whom to refer comments and how to obtain response that is required.

Fully Successful

Negotiation and resolution of issues and/or comments is generally of average quality.

With little supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With some exceptions, knows when and to whom to refer comments and how to obtain response that is required.

Exceeds Fully Successful

Quality of negotiation and resolution of issues and/or comments is generally above-average.

With very little supervision, exercises professional judgment in dealing with outside counsel and other SEC staff; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With few exceptions, knows when and to whom to refer comments/issues and how to get back what is required.

SEC 2331 (Rev. 3/96)                              - A -

6

Name: Randolph S. Koch                  Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:          15% | ☒ Critical   ☐ Non-Critical | Element No.     4 | of    7 |

**4.     ORAL COMMUNICATION**

Minimally Satisfactory

Quality of oral communication is generally adequate, but needs improvement.

Attends and participates in staff and Commission meetings, meetings with registrants and private counsel, and conferences as required. In discussions and meetings, adequately discusses most routine and some complex or novel issues raised by assignments. Generally discusses relevant precedent and how assignments differ from precedent. Adequately responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Generally makes appropriate written records of oral communications. Responds to public inquiries accurately and in a timely fashion or, when appropriate, directs inquirer to appropriate source of assistance.

Fully Successful

In addition to Minimally Satisfactory, effectively discusses many complex or novel issues raised by assignments and usually suggests possible alternative courses of action. Thoroughly discusses relevant precedent and how assignments differ from precedent. Clearly and effectively responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Effectively represents the Commission in discussions with registrants and their counsel on all routine and some complex or novel matters. Oral communication is generally of average quality.

Exceeds Fully Successful

In addition to Fully Successful, persuasively and effectively discusses the vast majority of complex and novel issues raised by assignments. Demonstrates the ability to articulately and persuasively address issues raised by complex and novel proposals and to suggest possible solutions to such issues by reference to analogous precedent. Clearly and effectively represents the Commission in discussions with registrants and their counsel on all routine and many complex or novel matters. The quality of oral communication is generally above-average.

SEC 2331 (Rev. 3/96)                              - A -

7.

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | | | |
|---|---|---|---|---|---|
| Assigned Weight: | 10% | ☒ Critical  ☐ Non-Critical | | Element No.  5 | of  7 |

5.    **PERSONAL INTERACTIONS**

Minimally Satisfactory

Generally responds constructively to supervisors' editorial comments and criticisms. With direction from supervisor, coordinates work assignments with other essential staff and makes use of agency resources. Under supervision, provides follow-through on work assignments. For example, after problem is identified, employee determines appropriate office to which problem should be referred; gathers necessary background information; and, submits recommendation to Branch Chief for disposition. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Generally gives clear and reasonable guidance to support staff and is willing to coordinate needs for support staff time with those of other members of the staff. When requested, assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

Fully Successful

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With some supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and shows initiative in the coordination of the needs for their time with members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

SEC 2331 (Rev. 3/96)                    - A -

8

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No.    5    of    7

### Exceeds Fully Successful

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With very little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and, where appropriate, coordinates the needs for their time with other members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays tact and sensitivity, in addition to professional demeanor and courtesy, when dealing with Commission personnel, other government agencies, and the public.

9

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | | |
|---|---|---|---|---|
| Assigned Weight: | 15% | ☒ Critical   ☐ Non-Critical | Element No. | 6    of   7 |

6.    **TIME/PROJECT MANAGEMENT**

Minimally Satisfactory

    With supervision, manages the timeliness of the comment process so that resolution generally falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/  Generally allocates time so that special assignments are completed within established deadlines.  Generally completes assignments with no established deadlines within a reasonable amount of time. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

Fully Successful

    With some supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution nearly always falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/  Usually allocates time so that special assignments are completed within established deadlines. Nearly always completes assignments with no established deadlines within a reasonable amount of time.  With supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

Exceeds Fully Successful

    With little supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/ Nearly always allocates time so that special assignments are completed within established deadlines.  Absent unusual difficulties, completes assignments with no established deadlines within a reasonable amount of time. With some supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.  Projects subject to short deadlines nearly always are completed on time.

1/ Currently the Division's policy is to give comments on (1) new registration statements within 30 days of filing; (2) post-effective amendments within 45 days of filing; (3) proxies within 10 days of filing; and, profiles, not filed with new funds, within 20 days of filing.

SEC 2331 (Rev. 3/96)                    - A -

10

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

| Section 1—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET Use one form for each element. Use reverse side to continue. | | | | |
|---|---|---|---|---|
| Assigned Weight: | 5% | ☒ Critical   ☐ Non-Critical | Element No.   7 | of   7 |

7.    **INTERNAL PROCEDURES AND CONTROLS**

   Minimally Satisfactory

   Demonstrates a working knowledge of Commission and office systems, such as employee time records, STATS, EDGAR, and the Disclosure Tracking System. Accurately prepares and submits reports in accordance with established procedures and deadlines. Generally updates Tracking and EDGAR Systems every week (or more often as requested by supervisors) to reflect progress of assignments. Completed travel vouchers are submitted within two weeks of traveler's return.

   Fully Successful

   In addition to Minimally Satisfactory, prepares and submits accurate and timely reports on own initiative and with little supervision. Familiarity with Commission procedures is used successfully to resolve disclosure issues.

   Exceeds Fully Successful

   Fully Satisfactory plus demonstrates a thorough knowledge of control procedures and office reporting systems and performs duties with little or no supervision on his/her own initiative.

Section II—PERFORMANCE ACCOMPLISHMENTS  Please discuss employee's accomplishments in terms of each element. Continue on reverse and attach additional sheets if necessary.  A completed copy of this page must be sent to the OAPM at the end of the rating period along with the completed page C.

1.  **Review and Analysis**

The quality of Mr. Koch's review and analysis during the rating period was not consistent.  For example, in a filing made by the Firsthand Funds on July 16, 1999, Mr. Koch missed some routine comments and he was advised of it at the time.  On other filings, for example a registration statement filed by the Discover Brokerage Index Series on June 16, 1999, and the Jacob Internet Fund, Mr. Koch's review was more complete.  At the very end of the rating period, when Mr. Koch appeared to have a bett   understanding of the objectives and requirements of the new Form N-1A, the branch chief saw an improvement in Mr. Koch's ability to review and analyze filings under the new form.

With regard to matters not relating to the new Form, Mr. Koch identified most routine issues in filings. Mr. Koch typically required some supervision to identify, evaluate and develop appropriate lines of inquiry.  At the beginning of the rating period, Mr. Koch would write many questions on the filings he reviewed instead of identifying the issues and recommending appropriate resolution of the routine disclosure issues.  After Mr. Koch was advised by the branch chief of this matter, Mr. Koch showed some improvement in this regard.

While Mr. Koch generally knows the rules, releases and precedents under the Investment Company Act of 1940, he did not keep appraised of new developments and changes in staff positions.  For example, he was not aware of the new requirement for funds to file a code of ethics.  Mr. Koch's could improve the quality of his review if he consulted more with his branch chief and other staff members regarding new staff positions and current developments.  In this regard, the branch chief established bi-weekly meetings with Mr. Koch in order to discuss his filings and other work.  During those meetings, various issues were discussed and lines of inquiry were developed.  Discussing the requirements of the new Form N-1A also enhanced his abilities to apply the requirements of the new Form.

With limited assistance from the branch chief, he generally makes referrals of legal and accounting issues to appropriate members of the staff.

2.  **Written Communications**

Mr. Koch's comment letters generally demonstrate good writing skills, however, they required some revisions and corrections by the branch chief.  At the beginning of the rating period, the branch chief found errors in Mr. Koch's comment letters that could have been avoided by better proofreading.  For example, in a draft comment letter for the Jacob Internet Fund, it appeared that Mr. Koch did not assume the primary responsibility for ensuring that the letter was adequately proofed.  Towards the end of the rating period, Mr. Koch applied himself more and the number of proofreading errors decreased.

Mr. Koch's comment letters could be improved if he consulted more with his branch chief before writing a comment letter.

SEC 2331 (Rev. 3/96)      - B1 -

12

12

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

| Section II—PERFORMANCE ACCOMPLISHMENTS (Continued) |
|---|

**3.**    **Negotiation/Resolution of Issues/Comments**

With very little supervision, Mr. Koch exercised professional judgment in dealing with outside counsel and other members of the staff. Mr. Koch clearly relates staff comments and positions to correct deficiencies found in filings. With only moderate supervision, Mr. Koch exercised sound judgment in negotiating satisfactory resolutions of routine comments. After negotiating a resolution, however, he did not ordinarily follow up the process and verify that a registrant complied with the comments. During the rating period the branch chief directed Mr. Koch to obtain drafts from the registrants of the revised disclosure. After directing Mr. Koch to get and review revised disclosure, the branch chief did not see much improvement in this regard. Mr. Koch needs to follow through on his comments to see that the responses by registrants are those sought by the staff.

Mr. Koch generally knows when and to whom to refer these issues and how to obtain the needed information. There were instances, however, when the branch chief directed Mr. Koch to consult with certain staff members on technical issues, such as prior performance.

**4.**    **Oral Communication**

Mr. Koch is articulate and can present issues clearly and succinctly. With little or no supervision, in his comments to registrants Mr. Koch represented the Commission effectively on routine matters. Mr. Koch can respond to public inquiries, however, he needs to work on promptly responding to telephone calls. The branch chief did receive during the rating period complaints from registrants on the difficulty of reaching Mr. Koch, or on his delay in responding to telephone calls. The branch chief believes Mr. Koch needs to work on more promptly responding to telephone calls from registrants.

When he attends meetings, Mr. Koch can effectively discuss issues with his branch chief, other supervisors and staff.

**5.**    **Personal Interactions**

During the rating period, the branch chief saw Mr. Koch remain isolated in his office for extended periods of time. He rarely worked with other members of the office, except when instructed to do so. On several occasions, the branch chief directed Mr. Koch not to engage in day-to-day branch business by emails. Mr. Koch resisted that directive and continued to send long emails regarding routine issues. In an attempt to help correct this problem, the branch chief established a schedule of regular meetings with Mr. Koch in order to discuss work. Mr. Koch was informed at his progress review on February 10, 2000, of his need for improvement in this area. After the progress review, the branch chief did not notice any significant improvement in this regard.

Mr. Koch could improve his skills and knowledge needed to perform at a higher level if he interacted more with his branch chief, assistant branch chief, and other staff members. The regularly scheduled meetings with the branch chief helped, but they are only a first step. Mr. Koch needs to demonstrate more initiative in coordinating his assignments with, and gathering necessary background information from, other members of the staff.

13

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

Section II—PERFORMANCE ACCOMPLISHMENTS (Continued)

6. **Time/Project Management**

Mr. Koch continued to mismanage the timeliness of deadlines and his comments on filings were too often far beyond the time standards set forth by the Office of Disclosure and Review. Currently, the Office's policy is to give comments on new registration statement, and on post-effective amendments in 30 and 45 days, respectively. According to the internal tracking records of the Office, during the period Sept. 24, 1999, to April 30, 2000, Mr. Koch gave comments on only 3 new registration statements, one of which was a limited or selective review. His average time to give comments was 70 days. For post-effective amendments, during this period Mr. Koch received a total of 32 filings, of which he gave comments on only 7, 3 of which he gave only limited review. His average time to give comments was 60 days. For the period May 1, 1999, to April 30, 2000, Mr. Koch's average time to give comments on new registration statements was 76 days, and 59 days for post-effective amendments.

Mr. Koch regularly submitted filings to his branch chief late and failed to keep the branch chief apprised of his inability to meet the office deadlines. In order to remedy the excessive number of late filings, the branch chief took the extraordinary step of giving a due date on EDGAR to each filing assigned to Mr. Koch. During the rating period it was necessary for the branch chief to take the extraordinary step of transferring a registration statement from Mr. Koch to another member of the branch because Mr. Koch had not started his review before the due date given to him.

Mr. Koch was informed at his progress review on February 10, 2000, of his need for improvement in this area. The branch chief did not notice any significant improvement in this area after the progress review. Mr. Koch needs to work at improving his skills of setting priorities and completing work on time. The branch chief has recommended to Mr. Koch that he take courses offered by the SEC in order to improve his skills, and a course on time management is in order.

7. **Internal Procedures and Controls**

While Mr. Koch knows the Commission's and Office internal procedures and control systems, he does not timely update his records. Mr. Koch has a responsibility to keep the EDGAR system current with the dates he gives comments and the dates filings go effective ("disposition codes"). On many occasions the branch chief urged Mr. Koch to keep current with his EDGAR responsibilities, particularly disposition codes. These codes are critical because they are immediately reflected on the Commission's primary filing computer system. The public has access to the computer system and failure to enter a disposition code after a filing has gone effective would make it appear that the filing had not gone effective.

Because Mr. Koch did not enter EDGAR disposition codes on a timely basis, and because Mr. Koch's EDGAR inbox had far too many old filings to be manageable, the branch chief took the extraordinary step of requiring Mr. Koch to complete out and enter disposition codes for a certain number of filings each week. Only after this plan was implemented did Mr. Koch's EDGAR inbox have a manageable number of filings.

Another system Mr. Koch did not keep current was the Office's tracking system. During the rating period Mr. Koch was told of this problem and was given "error reports" from the tracking system.

Mr. Koch was informed at his progress review on February 10, 2000, of his need for significant improvement with respect to tracking and EDGAR disposition codes. Mr. Koch needs to devote more time and effort towards keeping EDGAR and the tracking system current.

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

### SECTION III—PERFORMANCE SUMMARY AND RATING

| Job Element (Identify title) | Critical or Non-Critical (C or NC) | Priority Weight | Element Rating (1-5) | Score |
|---|---|---|---|---|
| 1. Review and Analysis | C | 25% | 3 | 75 |
| 2. Written Communications | C | 15% | 4 | ~~80~~ 60 |
| 3. Negotiation/Resolution of Issues/Comments | C | 15% | 3 | 45 |
| 4. Oral Communication | C | 15% | 4 | 60 |
| 5. Personal Interactions | C | 10% | 2 | 20 |
| 6. Time/Project Management | C | 15% | 1 | 15 |
| 7. Internal Procedures and Controls | C | 5% | 1 | 5 |

The PERFORMANCE RATING is based on your total score except if a critical element is Unsatisfactory, the overall rating is Unsatisfactory.    **TOTAL SCORE:** 280 ~~310~~

### OVERALL PERFORMANCE RATING

| ☐ Outstanding (450–500) | ☐ Exceeds Fully Successful (380–449) | ☐ Fully Successful (285–379) | ☐ Minimally Satisfactory (200–284) | ■ Unsatisfactory (100–199) |
|---|---|---|---|---|

| Rating Official's Signature and Title | *[signature]* | Date *Sept 18, 2000* |
|---|---|---|
| Richard Pfordte, Branch Chief | | |

| Reviewing Official's Signature and Title | *Frank J. Donaty* | Date *Sept. 18, 2000* |
|---|---|---|
| Frank J. Donaty, Jr., Assistant Director | | |

| Employee's Signature (Indicates appraisal meeting held.) | *Randolph Koch* | Date *9-18-00* | Employee Comments Attached ☐ Yes ☒ No |
|---|---|---|---|
| Randolph Koch | | | |

### SECTION IV—PERFORMANCE RECOGNITION (See Section V on reverse side for SES employees.)

| ☐ Recommended Quality Step Increase (QSI) (Outstanding rating required) Applies only to GS employees. I expect employee's performance to continue at this level. | ☐ Recommended Performance Award. Applies to GS and PR employees. $ _____ or % _____ |
|---|---|

Has the employee been promoted within the last 4 months? ☐ Yes ☐ No  *If yes, the rating official should contact the servicing personnel specialist in the Office of Administrative and Personnel Management.*

| Rating Official's Signature and Title | Date |
|---|---|
| Reviewing Official's Signature and Title | Date |
| Division Director/Office Head/Regional Administrator's Signature | Date |
| OAPM/Executive Director/Chairman Approval (as appropriate) | Date |

| Payment authorized by Office of Administrative and Personnel Management | Date | OAPM Code |
|---|---|---|

SEC 2331 (Rev. 3/96)    – C –

15

Attachment 8

# U.S. SECURITIES AND EXCHANGE COMMISSION
## PERFORMANCE MANAGEMENT RECORD AND INSTRUCTIONS

| Name | Social Security # |
|------|-------------------|
| Randolph S. Koch | |

| Title | Organization |
|-------|--------------|
| Financial Analyst | IM Branch of Disclosure and Review #16 |

Pay Plan, Series, Grade/Step

GS-1160-12

Rating Period

May 1, 2000 to April 30, 2001

| Employee Covered by: | ☒ General Schedule | ☐ Prevailing Rate | ☐ Senior Executive Service |
|---|---|---|---|

Check appropriate box:   ☒ Paper copy of job elements and performance standards attached.

☐ Electronic copy of job elements and performance standards were transmitted on _____ and receipt by employee was certified electronically on _____

### SUPERVISORY POSITION CERTIFICATION AND AUTHORIZATION OF PERFORMANCE PLAN

I have reviewed the position description of record and certify that it is (check appropriate box below):

**ACCURATE**

☒ Less than 4 years old

☐ Over 4 years old; send new coversheet to the Office of Administrative and Personnel Management (OAPM).

**INACCURATE**

☐ Minor pen and ink changes attached.

☐ Major changes; rewrite must be submitted to the OAPM within 45 days. If this box is checked, please send a photocopy of this page to OAPM as soon as signatures are obtained.

☒ This performance plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

| Name, Title, and Signature of First Line Supervisor/Rating Official | Date |
|---|---|
| Richard Pfordte | 11-3-2000 |

APPROVAL BY REVIEWING OFFICIAL I agree with the certification of the position description and approve the performance plan.

| Name, Title, and Signature of Reviewing Official | Date |
|---|---|
| Frank J. Donaty, Jr., Assistant Director | 11-3-00 |

EMPLOYEE ACKNOWLEDGEMENT My signature *only acknowledges* discussion of the position description and receipt and discussion of the performance plan, and *does not necessarily signify my agreement.*

| Employee Signature | Date |
|---|---|
| Randolph S. Koch | 11-03-00 |

PROGRESS REVIEW At least one progress review is required. Written documentation can be attached, if appropriate. During the review, each element should be discussed.

| 1st Progress Review | Employee's Initials RSK (3-01-01) | Supervisor's Initials | Date 2-15-01 |
|---|---|---|---|
| 2nd Progress Review *(Optional)* | Employee's Initials | Supervisor's Initials | Date |
| 3rd Progress Review *(Optional)* | Employee's Initials | Supervisor's Initials | Date |

PRIVACY ACT STATEMENT Disclosure of your Social Security Number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

SEC 2331 (Rev. 3/96)      - 1 -

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

---

**Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET**  Use one form for each element. Use reverse side to continue.

| Assigned Weight: | 25% | ☒ Critical ☐ Non-Critical | Element No.  1  of  7 |
|---|---|---|---|

**FINANCIAL ANALYST**
**GS-12**

1.    **REVIEW AND ANALYSIS**

Minimally Satisfactory

Quality of review and analysis is generally adequate, but needs some improvement.

Reviews and analyzes filings with some assistance from supervisors.  On all filings, most comments are material (i.e., addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements, or policy) are infrequent.

On routine filings, most pertinent comments are made with additional comments required by supervisors.  On filings of average/moderate difficulty, most routine comments are made and a few novel comments are made; additional comments are identified by the supervisory staff.

With some supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments.  In consultation with supervisors, develops appropriate lines of inquiry for most routine filings and some difficult ones.  With many exceptions and some supervisory assistance, recommends appropriate resolutions for routine disclosure issues.  In close consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

Fully Successful

Quality of review and analysis is average.

Reviews and analyzes filings with little assistance from supervisors.  On all filings comments are material (i.e., examiner addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements or policy) are infrequent.

On routine filings, nearly all pertinent comments are made and some additional comments are required by supervisors.  On difficult filings most routine and some novel comments are made by the examiner; additional comments may be identified by the supervisory staff.

With little supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments.  Develops appropriate lines of inquiry for all routine issues with limited supervisory assistance.  In consultation with supervisors, develops appropriate lines of inquiry for nearly all complex and novel issues.

With some exceptions, recommends appropriate resolutions for routine disclosure issues with limited supervisory assistance.  In consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

SEC 2331 (Rev. 3/96)                    - A -

2

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No. ___1___ of ___7___

### Exceeds Fully Successful

Fully Successful plus - Quality of review and analysis is above-average. Identifies many complex or novel issues raised by assignments. Generally develops appropriate lines of inquiry with little supervisory assistance for complex and novel issues. Recognizes instances where Commission precedent conflicts, identifies possible means to resolve such conflict, and where resolution is not satisfactory, sometimes suggests new approaches to problem, consistent with statutory and Commission policy. Presents recommendations on disclosure issues that are generally well-reasoned, cogent and helpful in reaching conclusions.

SEC 2331 (Rev. 3/96)                    - A2 -

3

Name: Randolph S. Koch                     Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:          15% | ☒ Critical    ☐ Non-Critical | Element No.    2    of    7 | |

2.    **WRITTEN COMMUNICATIONS**

   <u>Minimally Satisfactory</u>

   Written work product generally demonstrates goo⸱⸱ writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner.  Memoranda and other documents usually conform to Office and Commission technical requirements.  Factual statements in work product generally are supported by the record.

   After a discussion of the filing with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of moderate quality as to substance and style.  Comment letters that relate to novel issues require several revisions by supervisors to improve their substance and style.

   Draft memoranda generally are well-reasoned.  With supervisory assistance, exposition of issues and possible solutions usually are logical and complete.  With many exceptions, memoranda are clear and accurate but sometimes require extensive revising and editing.  Generally uses language appropriate to the nature of the work product and its intended reader.  Revisions to documents usually reflect supervisors' comments.  Assumes primary responsibility for ensuring that final product is adequately proofread.

   <u>Fully Successful</u>

   Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner.  Memoranda and other documents usually conform to Office and Commission technical requirements.  Factual statements in work product generally are supported by the record.

   After a discussion of filings with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of above-average quality as to substance and moderate quality as to style so that the changes are primarily of style.  After a discussion of a novel issue with supervisor(s), frequently prepares a comment that is of above-average quality as to substance and moderate quality as to style that requires some revision by the supervisor(s).

   Draft memoranda generally are well-reasoned.  With supervisory assistance, exposition of issues and possible solutions usually are logical and complete.  With some exceptions, memoranda are clear and accurate, but sometimes require some revising or editing.  Generally uses language appropriate to the nature of the work product and its intended reader.  Revisions to documents usually reflect supervisors' comments.  Assumes primary responsibility for ensuring that final product is adequately proofread.

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

---

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No.    2    of    7

---

### Exceeds Fully Successful

Written work product consistently demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents conform to Office and Commission technical requirements. Factual statements in work product are supported by the record.

As directed, with some discussion of the filing, prepares a comment concerning a routine issue, that is of high quality, as to substance and moderate quality as to style so that the few changes are primarily of style. After a discussion with the supervisor(s) which confirms the employee's understanding of a novel issue, prepares a written product which is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style.

Draft memoranda are generally well-reasoned and organized. With some supervisory assistance, exposition of issues, recommended courses of action, and alternatives generally are logical and complete. With few exceptions, memoranda are clear, accurate, and concise, but sometimes may require some revising or editing. Documents generally reflect sensitivity to the manner in which issues are presented in light of the intended reader. Demonstrates ability to revise work in response to general, as well as specific, comments by supervisors. Assumes responsibility for ensuring that final product is adequately proofread.

---

SEC 2331 (Rev. 3/96)                    - A2 -

5

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | | |
|---|---|---|---|---|
| Assigned Weight:        15% | ☒ Critical   ☐ Non-Critical | | Element No.    3      of    7 | |

3.      **NEGOTIATION/RESOLUTION OF ISSUES/COMMENTS**

Minimally Satisfactory

Negotiation and resolution of issues and/or comments is generally of below average quality.

Regularly, with supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that substantially resolve Branch comments. Sometimes knows when and to whom to refer comments and how to obtain response that is required.

Fully Successful

Negotiation and resolution of issues and/or comments is generally of average quality.

With little supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With some exceptions, knows when and to whom to refer comments and how to obtain response that is required.

Exceeds Fully Successful

Quality of negotiation and resolution of issues and/or comments is generally above-average.

With very little supervision, exercises professional judgment in dealing with outside counsel and other SEC staff; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With few exceptions, knows when and to whom to refer comments/issues and how to get back what is required.

SEC 2331 (Rev. 3/96)                                        – A –

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | |
|---|---|---|
| Assigned Weight:          15% | ☒ Critical   ☐ Non-Critical | Element No.   4        of   7 |

4.      **ORAL COMMUNICATION**

Minimally Satisfactory

Quality of oral communication is generally adequate, but needs improvement.

Attends and participates in staff and Commission meetings, meetings with registrants and private counsel, and conferences as required.  In discussions and meetings, adequately discusses most routine and some complex or novel issues raised by assignments.  Generally discusses relevant precedent and how assignments differ from precedent.  Adequately responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions.  Generally makes appropriate written records of oral communications.  Responds to public inquiries accurately and in a timely fashion or, when appropriate, directs inquirer to appropriate source of assistance.

Fully Successful

In addition to Minimally Satisfactory, effectively discusses many complex or novel issues raised by assignments and usually suggests possible alternative courses of action.  Thoroughly discusses relevant precedent and how assignments differ from precedent.  Clearly and effectively responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions.  Effectively represents the Commission in discussions with registrants and their counsel on all routine and some complex or novel matters.  Oral communication is generally of average quality.

Exceeds Fully Successful

In addition to Fully Successful, persuasively and effectively discusses the vast majority of complex and novel issues raised by assignments.  Demonstrates the ability to articulately and persuasively address issues raised by complex and novel proposals and to suggest possible solutions to such issues by reference to analogous precedent.  Clearly and effectively represents the Commission in discussions with registrants and their counsel on all routine and many complex or novel matters.  The quality of oral communication is generally above-average.

SEC 2331 (Rev. 3/96)                                         - A -

7

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

Section I — JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue.

| Assigned Weight: | 10% | ☒ Critical | ☐ Non-Critical | Element No. | 5 | of | 7 |

5.    **PERSONAL INTERACTIONS**

Minimally Satisfactory

Generally responds constructively to supervisors' editorial comments and criticisms.  With direction from supervisor, coordinates work assignments with other essential staff and makes use of agency resources.  Under supervision, provides follow-through on work assignments.  For example, after problem is identified, employee determines appropriate office to which problem should be referred; gathers necessary background information; and, submits recommendation to Branch Chief for disposition.  Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines.  Generally gives clear and reasonable guidance to support staff and is willing to coordinate needs for support staff time with those of other members of the staff.  When requested, assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines.  Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

Fully Successful

Responds constructively to supervisors' editorial comments and criticisms.  Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources.  With some supervision, provides follow-through on work assignments.  Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines.  Gives clear and reasonable guidance to support staff and shows initiative in the coordination of the needs for their time with members of the staff.  Develops contacts within the Division and the Commission (e.g., Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office.  Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines.  Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

SEC 2331 (Rev. 3/96)                          - A -

8

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No.    5    of    7

Exceeds Fully Successful

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With very little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and, where appropriate, coordinates the needs for their time with other members of the staff. Develops contacts within the Division and the Commission (e.g., Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays tact and sensitivity, in addition to professional demeanor and courtesy, when dealing with Commission personnel, other government agencies, and the public.

SEC 2331 (Rev. 3/96)                              - A2 -

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET · Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:          15% | ☒ Critical    ☐ Non-Critical | Element No.    6 | of    7 |

6.     **TIME/PROJECT MANAGEMENT**

Minimally Satisfactory

        With supervision, manages the timeliness of the comment process so that rr ·olution generally falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/  Generally allocates time so that special assignments are completed within established deadlines.  Generally completes assignments with no established deadlines within a reasonable amount of time. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.


Fully Successful

        With some supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution nearly always falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/ Usually allocates time so that special assignments are completed within established deadlines. Nearly always completes assignments with no established deadlines within a reasonable amount of time.  With supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.


Exceeds Fully Successful

        With little supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/ Nearly always allocates time so that special assignments are completed within established deadlines.  Absent unusual difficulties, completes assignments with no established deadlines within a reasonable amount of time. With some supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.  Projects subject to short deadlines nearly always are completed on time.


1/ Currently the Division's policy is to give comments on (1) new registration statements within 30 days of filing; (2) post-effective amendments within 45 days of filing; (3) proxies within 10 days of filing; and, profiles, not filed with new funds, within 20 days of filing.

SEC 2331 (Rev. 3/96)                          - A -

10

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

---

**Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET**  Use one form for each element. Use reverse side to continue.

| Assigned Weight: | 5% | ☒ Critical | ☐ Non-Critical | Element No. | 7 | of | 7 |

---

7.    **INTERNAL PROCEDURES AND CONTROLS**

<u>Minimally Satisfactory</u>

Demonstrates a working knowledge of Commission and office systems, such as employee time records, STATS, EDGAR, and the Disclosure Tracking System.  Accurately prepares and submits reports in accordance with established procedures and deadlines.  Generally updates Tracking and EDGAR Systems every week (or more often as requested by supervisors) to reflect progress of assignments.  Completed travel vouchers are submitted within two weeks of traveler's return.

<u>Fully Successful</u>

In addition to Minimally Satisfactory, prepares and submits accurate and timely reports on own initiative and with little supervision.  Familiarity with Commission procedures is used successfully to resolve disclosure issues.

<u>Exceeds Fully Successful</u>

Fully Satisfactory plus demonstrates a thorough knowledge of control procedures and office reporting systems and performs duties with little or no supervision on his/her own initiative.

---

SEC 2331 (Rev. 3/96)                    - A -

Section II—PERFORMANCE ACCOMPLISHMENTS  Please discuss employee's accomplishments in terms of each element. Continue on reverse and attach additional sheets if necessary.  A completed copy of this page must be sent to the OAPM at the end of the rating period along with the completed page C.

**1.**     **Review and Analysis**

Mr. Koch is able to review and analyze filings with some assistance from his branch chief.  On routine filings, Mr. Koch generally identifies the pertinent comments.  Filings with more difficult issues required more attention from his branch chief or assistant director.  Also, with some supervision, he develops appropriate lines of inquiry for routine issues.  For example, Mr. Koch identified routine comments on a f ng by Liquid Institutional Reserves but did not, however, pursue the correct lines of inquiry concerning the fee table presentation of a new class as opposed to a new series.  His supervisor also asked him to question the registrant regarding the lack of disclosure about the "other risks" mentioned in the prospectus.

In a proxy filing by Commonwealth International Series Trust, Mr. Koch identified most of the routine issues, but required assistance in pursuing the appropriate lines of inquiry concerning the 12b-1 disclosure by the fund and whether the plan or plans by the fund had an expense ceiling.  Similarly, Mr. Koch needed some supervisory assistance in developing appropriate comments in a post-effective amendment filed by Blackrock Funds.   While Mr. Koch identified the routine issues, he did not make comments regarding the use of all-caps in a standard prospectus legend.  Also, he did not note the supplemental definitions included in Item 2 which, under Form N-1A, should be moved to a position after Item 3 or relegated to a sidebar.

Mr. Koch's review and analysis would be greatly improved if he more fully developed the issues he identifies and, after research and consultation with appropriate members of the staff, recommends solutions to the issues.  On too many filings, Mr. Koch presents questions to the branch chief on issues, rather than affirmatively stating the issue, the relevant precedent, and a proposed solution.  In general, Mr. Koch does not consult with his branch chief about his filings unless they involve critical issues of timing or effectiveness.  The branch chief believes that Mr. Koch's ability to review and analyze filings would be substantially improved if Mr. Koch consulted more with other members of the staff about issues in his filings.

**2.**     **Written Communications**

Mr. Koch's written work consistently demonstrates good writing skills, including command of grammar, punctuation, and an ability to express his thoughts effectively.  The corrections made by the branch chief, if any, usually relate to substance (the nature of the comment) and not the form of the comment (writing ability).  When corrections are needed, they are usually made to make Mr. Koch's comments more specific.

**3.**     **Negotiation/Resolution of Issues/Comments**

With little supervision, Mr. Koch exercises professional judgment in dealing with outside counsel. Although  Mr. Koch exercises professional judgment, on more than one occasion Mr. Koch asked his branch chief to deal with the registrant directly instead of dealing with the issue himself.  Mr. Koch does not regularly discuss substantive work issues with other staff members, but to the extent he does so, he does so with sound professional judgment.  The branch chief generally needs to ask or direct Mr. Koch to discuss issues with, for example, the accounting office on issues relating to financial statements.  Or, in the case of prior performance, the branch chief asked Mr. Koch to discuss the matter with another branch chief.  In those instances, Mr. Koch clearly related the issues and obtained responses that resolve the issues.

**Section II—PERFORMANCE ACCOMPLISHMENTS (Continued)**

The branch chief continues to believe that Mr. Koch needs to improve his "follow through" on issues. After negotiating a resolution to issues, either alone or with the assistance of his branch chief, Mr. Koch does not ordinarily follow-up to verify that a registrant complied with the comments.

4.    **Oral Communication**

Mr. Koch clearly and effectively discusses issues raised by his assignments. At time Mr. Koch also suggests possible alternative courses of action in response to the issues raised. With little or no supervision, Mr. Koch represents the Commission effectively on routine matters.

When he attends meetings, Mr. Koch can effectively discuss issues with his branch chief, other supervisors and staff.

5.    **Personal Interactions**

Mr. Koch continues to remain in his office for extended periods of time and does not interact with the branch chief, except when compelled by critical issues. He rarely works with other members of the office, except when instructed to do so by his branch chief or assistant director. The branch chief advised Mr. Koch of his need for improvement in this area in his last evaluation and in his mid-year progress review.

As noted in last year's evaluation, Mr. Koch could improve his skills and knowledge needed to perform at a higher level if he interacts more with his branch chief and other staff members. The branch chief discontinued regularly scheduled meetings with Mr. Koch to discuss his filings with the expectation that Mr. Koch would take steps to improve on his own initiative. That did not happen and the branch chief intends to reinstate the regularly scheduled meetings.

6.    **Time/Project Management**

Compared to the previous year, Mr. Koch improved his management of meeting time deadlines. The branch chief continued to put deadlines on filings assigned to Mr. Koch in order to help him improve in this regard, and Mr. Koch showed, for much of the rating period, a genuine good faith effort to meet the deadlines.   The standards for the Office of Disclosure and Review are to give comments on new registration statements and on post-effective amendments in 30 and 45 days, respectively. According to the internal tracking records of the Office, during this rating period, Mr. Koch gave comments on only 12 new registration statements, 7 of which he gave selective review. His average time to give comments was 34 days, an average of 4 days over the 30-day standard.  During this rating period, Mr. Koch was assigned a total of 63 post-effective amendments, for which he gave comments on 41 filings, 15 of which were limited review. His average time to give comments was 47 days, on average two days over the office standards. On proxies, however, Mr. Koch met the office standards, reviewing 24 proxies, with an average of 7 days in which to give comments.  He did not ever go over the 10 day period.

Mr. Koch needs to continue improving on his time project management. The branch chief has recommended, and continues to recommend, that Mr. Koch take a course on time project management.

13

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review

---

**Section II—PERFORMANCE ACCOMPLISHMENTS (Continued)**

7.    **Internal Procedures and Controls**

Mr. Koch generally knows the internal procedures and controls used by the Commission and the Office, such as employee time records, STATS, EDGAR and the Disclosure Tracking System. During the rating period, Mr. Koch made an attempt to improve the timeliness of his updates to the Disclosure Tracking System. Mr. Koch also improved the timeliness of his EDGAR responsibilities, such as entering the dates he gives comments and the dates filings go effective ("disposition codes"). While he made improvements in this element, he could improve the timeliness of his updates. A random search of his reviewable filings shows some filings for which a disposition code is needed. The branch chief expects Mr. Koch to continue to improve on timely entries on EDGAR.

Mr. Koch also made greater effort to update the Office's Disclosure Tracking System. During the rating period, Mr. Koch was told of his need to improve in this area in his progress review and the branch chief saw a greater effort to keep the Tracking System current.

---

14

## SECTION III—PERFORMANCE SUMMARY AND RATING

| Job Element (Identify title) | Critical or Non-Critical (C or NC) | Priority Weight | Element Rating (1-5) | Score |
|---|---|---|---|---|
| 1. Review and Analysis | C | 25% | 3 | 75 |
| 2. Written Communications | C | 15% | 4 | 60 |
| 3. Negotiation/Resolution of Issues/Comments | C | 15% | 3 | 45 |
| 4. Oral Communication | C | 15% | 4 | 60 |
| 5. Personal Interactions | C | 10% | 2 | 20 |
| 6. Time/Project Management | C | 15% | 2 | 30 |
| 7. Internal Procedures and Controls | C | 5% | 3 | 15 |

| The PERFORMANCE RATING is based on your total score except if a critical element is Unsatisfactory, the overall rating is Unsatisfactory. | TOTAL SCORE: | 305 |
|---|---|---|

### OVERALL PERFORMANCE RATING

| ☐ Outstanding (450—500) | ☐ Exceeds Fully Successful (380—449) | X Fully Successful (285—379) | ☐ Minimally Satisfactory (200—284) | Unsatisfactory (100—199) |
|---|---|---|---|---|

| Rating Official's Signature and Title | Date |
|---|---|
| Richard Pfordte, Branch Chief | July 18, 2001 |

| Reviewing Official's Signature and Title | Date |
|---|---|
| Frank J. Donaty, Jr., Assistant Director | July 19, 2001 |

| Employee's Signature (Indicates appraisal meeting held.) | Date | Employee Comments Attached ☐ Yes ☐ No |
|---|---|---|
| Randolph Koch | 7-20-01 | |

### SECTION IV—PERFORMANCE RECOGNITION (See Section V on reverse side for SES employees.)

| ☐ Recommended Quality Step Increase (QSI) (Outstanding rating required) Applies only to GS employees. I expect employee's performance to continue at this level. | ☐ Recommended Performance Award. Applies to GS and PR employees.  $ _____ or ___ % |
|---|---|

Has the employee been promoted within the last 4 months? ☐ Yes ☐ No  *If yes, the rating official should contact the servicing personnel specialist in the Office of Administrative and Personnel Management.*

| Rating Official's Signature and Title | Date |
|---|---|
| | |
| Reviewing Official's Signature and Title | Date |
| | |
| Division Director/Office Head/Regional Administrator's Signature | Date |
| | |
| OAPM/Executive Director/Chairman Approval (as appropriate) | Date |
| | |

| Payment authorized by Office of Administrative and Personnel Management | Date | OAPM Code |
|---|---|---|
| | | |

SEC 2331 (Rev. 3/96)     - C -

15

Attachment 9

## U.S. SECURITIES AND EXCHANGE COMMISSION
### PERFORMANCE MANAGEMENT RECORD AND INSTRUCTIONS

| Name | Social Security # |
|------|-------------------|
| Randolph S. Koch | 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 |

| Title | Organization |
|-------|--------------|
| Financial Analyst | Investment Management/Office of Disclosure & Review |

**Pay Plan, Series, Grade/Step**

GS-1160-12

**Rating Period**

May 1, 2001 through April 30, 2002

| Employee Covered by: | ■ General Schedule | ☐ Prevailing Rate | ☐ Senior Executive Service |
|---|---|---|---|

Check appropriate box:    ■ Paper copy of job elements and performance standards attached.

☐ Electronic copy of job elements and performance standards were transmitted on _____ and receipt by employee was certified electronically on _____.

### SUPERVISORY POSITION CERTIFICATION AND AUTHORIZATION OF PERFORMANCE PLAN

I have reviewed the position description of record and certify that it is (check appropriate box below):

**ACCURATE**

■ Less than 4 years old

☐ Over 4 years old; send new coversheet to the Office of Administrative and Personnel Management (OAPM).

**INACCURATE**

☐ Minor pen and ink changes attached.

☐ Major changes; rewrite must be submitted to the OAPM within 45 days. If this box is checked, please send a photocopy of this page to OAPM as soon as signatures are obtained.

■ This performance plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

| Name, Title, and Signature of First Line Supervisor/Rating Official | Date |
|---|---|
| Richard Pfordte<br>Branch Chief | August 17, 2001 |

APPROVAL BY REVIEWING OFFICIAL I agree with the certification of the position description and approve the performance plan.

| Name, Title, and Signature of Reviewing Official | Date |
|---|---|
| Frank J. Donaty, Jr.<br>Assistant Director | August 17, 2001 |

EMPLOYEE ACKNOWLEDGEMENT My signature *only acknowledges* discussion of the position description and receipt and discussion of the performance plan, and *does not necessarily signify my agreement.*

| Employee Signature | Date |
|---|---|
| Randolph S. Koch | 8-17-01 |

PROGRESS REVIEW At least one progress review is required. Written documentation can be attached, if appropriate. During the review, each element should be discussed.

| 1st Progress Review | Employee's Initials | Supervisor's Initials | Date 1-15-02 |
|---|---|---|---|
| 2nd Progress Review (Optional) | Employee's Initials | Supervisor's Initials | Date |
| 3rd Progress Review (Optional) | Employee's Initials | Supervisor's Initials | Date |

PRIVACY ACT STATEMENT Disclosure of your Social Security Number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

SEC 2331 (Rev. 3/96)

Name:- Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

---

| Section I--JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | |
|---|---|---|
| Assigned Weight:          25% | ☒ Critical   ☐ Non-Critical | Element No.    1    of   7 |

### FINANCIAL ANALYST
### GS-12

**1.    REVIEW AND ANALYSIS**

Minimally Satisfactory

Quality of review and analysis is generally adequate, but needs some improvement.

Reviews and analyzes filings with some assistance from supervisors. On all filings, most comments are material (i.e., addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements, or policy) are infrequent.

On routine filings, most pertinent comments are made with additional comments required by supervisors. On filings of average/moderate difficulty, most routine comments are made and a few novel comments are made; additional comments are identified by the supervisory staff.

With some supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments. In consultation with supervisors, develops appropriate lines of inquiry for most routine filings and some difficult ones. With many exceptions and some supervisory assistance, recommends appropriate resolutions for routine disclosure issues. In close consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

Fully Successful

Quality of review and analysis is average.

Reviews and analyzes filings with little assistance from supervisors. On all filings comments are material (i.e., examiner addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements or policy) are infrequent.

On routine filings, nearly all pertinent comments are made and some additional comments are required by supervisors. On difficult filings most routine and some novel comments are made by the examiner; additional comments may be identified by the supervisory staff.

With little supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments. Develops appropriate lines of inquiry for all routine issues with limited supervisory assistance. In consultation with supervisors, develops appropriate lines of inquiry for nearly all complex and novel issues.

With some exceptions, recommends appropriate resolutions for routine disclosure issues with limited supervisory assistance. In consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

---

SEC 2331 (Rev. 3/96)                                    - A -

2

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

**Section 1—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)**

Element No.   __1__   of   __7__

#### Exceeds Fully Successful

Fully Successful plus - Quality of review and analysis is above-average. Identifies many complex or novel issues raised by assignments. Generally develops appropriate lines of inquiry with little supervisory assistance for complex and novel issues. Recognizes instances where Commission precedent conflicts, identifies possible means to resolve such conflict, and where resolution is not satisfactory, sometimes suggests new approaches to problem, consistent with statutory and Commission policy. Presents recommendations on disclosure issues that are generally well-reasoned, cogent and helpful in reaching conclusions.

SEC 2331 (Rev. 3/96)                    - A2 -

3

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | |
|---|---|---|
| Assigned Weight:           15% | ☒ Critical   ☐ Non-Critical | Element No.    2    of   7 |

2.      **WRITTEN COMMUNICATIONS**

Minimally Satisfactory

Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner.  Memoranda and other documents usually conform to Office and Commission technical requirements.  Factual statements in work product generally are supported by the record.

After a discussion of the filing with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of moderate quality as to substance and style. Comment letters that relate to novel issues require several revisions by supervisors to improve their substance and style.

Draft memoranda generally are well-reasoned.  With supervisory assistance, exposition of issues and possible solutions usually are logical and complete.  With many exceptions, memoranda are clear and accurate but sometimes require extensive revising and editing.  Generally uses language appropriate to the nature of the work product and its intended reader.  Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

Fully Successful

Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner.  Memoranda and other documents usually conform to Office and Commission technical requirements.  Factual statements in work product generally are supported by the record.

After a discussion of filings with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of above-average quality as to substance and moderate quality as to style so that the changes are primarily of style.  After a discussion of a novel issue with supervisor(s), frequently prepares a comment that is of above-average quality as to substance and moderate quality as to style that requires some revision by the supervisor(s).

Draft memoranda generally are well-reasoned.  With supervisory assistance, exposition of issues and possible solutions usually are logical and complete.  With some exceptions, memoranda are clear and accurate, but sometimes require some revising or editing.  Generally uses language appropriate to the nature of the work product and its intended reader.  Revisions to documents usually reflect supervisors' comments.  Assumes primary responsibility for ensuring that final product is adequately proofread.

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No. __2__ of __7__

Exceeds Fully Successful

Written work product consistently demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents conform to Office and Commission technical requirements. Factual statements in work product are supported by the record.

As directed, with some discussion of the filing, prepares a comment concerning a routine issue, that is of high quality, as to substance and moderate quality as to style so that the few changes are primarily of style. After a discussion with the supervisor(s) which confirms the employee's understanding of a novel issue, prepares a written product which is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style.

Draft memoranda are generally well-reasoned and organized. With some supervisory assistance, exposition of issues, recommended courses of action, and alternatives generally are logical and complete. With few exceptions, memoranda are clear, accurate, and concise, but sometimes may require some revising or editing. Documents generally reflect sensitivity to the manner in which issues are presented in light of the intended reader. Demonstrates ability to revise work in response to general, as well as specific, comments by supervisors. Assumes responsibility for ensuring that final product is adequately proofread.

SEC 2331 (Rev. 3/96)                    - A2 -

5

Name: Randolph S. Koch                          Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | | | |
|---|---|---|---|---|---|
| Assigned Weight: | 15% | ☒ Critical | ☐ Non-Critical | Element No. | 3     of    7 |

3.      **NEGOTIATION/RESOLUTION OF ISSUES/COMMENTS**

   Minimally Satisfactory

   Negotiation and resolution of issues and/or comments is generally of below average quality.

   Regularly, with supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that substantially resolve Branch comments. Sometimes knows when and to whom to refer comments and how to obtain response that is required.

   Fully Successful

   Negotiation and resolution of issues and/or comments is generally of average quality.

   ; With little supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With some exceptions, knows when and to whom to refer comments and how to obtain response that is required.

   Exceeds Fully Successful

   Quality of negotiation and resolution of issues and/or comments is generally above-average.

   With very little supervision, exercises professional judgment in dealing with outside counsel and other SEC staff; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With few exceptions, knows when and to whom to refer comments/issues and how to get back what is required.

SEC 2331 (Rev. 3/96)                          - A -

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. |||||||
|---|---|---|---|---|---|---|
| Assigned Weight: | 15% | ☒ Critical | ☐ Non-Critical | Element No. | 4 | of    7 |

4.    ORAL COMMUNICATION

Minimally Satisfactory

Quality of oral communication is generally adequate, but needs improvement.

Attends and participates in staff and Commission meetings, meetings with registrants and private counsel, and conferences as required. In discussions and meetings, adequately discusses most routine and some complex or novel issues raised by assignments. Generally discusses relevant precedent and how assignments differ from precedent. Adequately responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Generally makes appropriate written records of oral communications. Responds to public inquiries accurately and in a timely fashion or, when appropriate, directs inquirer to appropriate source of assistance.

Fully Successful

In addition to Minimally Satisfactory, effectively discusses many complex or novel issues raised by assignments and usually suggests possible alternative courses of action. Thoroughly discusses relevant precedent and how assignments differ from precedent. Clearly and effectively responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Effectively represents the Commission in discussions with registrants and their counsel on all routine and some complex or novel matters. Oral communication is generally of average quality.

Exceeds Fully Successful

In addition to Fully Successful, persuasively and effectively discusses the vast majority of complex and novel issues raised by assignments. Demonstrates the ability to articulately and persuasively address issues raised by complex and novel proposals and to suggest possible solutions to such issues by reference to analogous precedent. Clearly and effectively represents the Commission in discussions with registrants and their counsel on all routine and many complex or novel matters. The quality of oral communication is generally above-average.

SEC 2331 (Rev. 3/96)                    - A -

7

Name: Randolph S. Koch                   Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:          10% | ☒ Critical    ☐ Non-Critical | Element No.    5    of    7 | |

**5.    PERSONAL INTERACTIONS**

<u>Minimally Satisfactory</u>

Generally responds constructively to supervisors' editorial comments and criticisms.  With direction from supervisor, coordinates work assignments with other essential staff and makes use of agency resources.  Under supervision, provides follow-through on work assignments.  For example, after problem is identified, employee determines appropriate office to which problem should be referred; gathers necessary background information; and, submits recommendation to Branch Chief for disposition.  Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines.  Generally gives clear and reasonable guidance to support staff and is willing to coordinate needs for support staff time with those of other members of the staff.  When requested, assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines.  Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

<u>Fully Successful</u>

Responds constructively to supervisors' editorial comments and criticisms.  Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources.  With some supervision, provides follow-through on work assignments.  Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines.  Gives clear and reasonable guidance to support staff and shows initiative in the coordination of the needs for their time with members of the staff.  Develops contacts within the Division and the Commission (e.g., Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office.  Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines.  Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

SEC 2331 (Rev. 3/96)                          - A -

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

---

Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)

Element No.  __5__  of  __7__

Exceeds Fully Successful

Responds constructively to supervisors' editorial comments and criticisms.  Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources.  With very little supervision, provides follow-through on work assignments.  Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines.  Gives clear and reasonable guidance to support staff and, where appropriate, coordinates the needs for their time with other members of the staff.  Develops contacts within the Division and the Commission (e.g., Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office.  Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines.  Displays tact and sensitivity, in addition to professional demeanor and courtesy, when dealing with Commission personnel, other government agencies, and the public.

---

SEC 2331 (Rev. 3/96)                    - A2 -

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | | | |
|---|---|---|---|---|
| Assigned Weight: | 15% | ⊠ Critical   ☐ Non-Critical | Element No.   6 | of   7 |

## 6.    TIME/PROJECT MANAGEMENT

### Minimally Satisfactory

With supervision, manages the timeliness of the comment process so that resolution generally falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/  Generally allocates time so that special assignments are completed within established deadlines.  Generally completes assignments with no established deadlines within a reasonable amount of time.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

### Fully Successful

With some supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution nearly always falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/  Usually allocates time so that special assignments are completed within established deadlines.  Nearly always completes assignments with no established deadlines within a reasonable amount of time.  With supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

### Exceeds Fully Successful

With little supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/  Nearly always allocates time so that special assignments are completed within established deadlines.  Absent unusual difficulties, completes assignments with no established deadlines within a reasonable amount of time.  With some supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines.  Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.  Projects subject to short deadlines nearly always are completed on time.

1/ Currently the Division's policy is to give comments on (1) new registration statements within 30 days of filing; (2) post-effective amendments within 45 days of filing; (3) proxies within 10 days of filing; and, profiles, not filed with new funds, within 20 days of filing.

10

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET  Use one form for each element. Use reverse side to continue. | | |
|---|---|---|
| Assigned Weight:        5% | ☒ Critical   ☐ Non-Critical | Element No.    7    of    7 |

7.    **INTERNAL PROCEDURES AND CONTROLS**

Minimally Satisfactory

Demonstrates a working knowledge of Commission and office systems, such as employee time records, STATS, EDGAR, and the Disclosure Tracking System.  Accurately prepares and submits reports in accordance with established procedures and deadlines.  Generally updates Tracking and EDGAR Systems every week (or more often as requested by supervisors) to reflect progress of assignments.  Completed travel vouchers are submitted within two weeks of traveler's return.

Fully Successful

In addition to Minimally Satisfactory, prepares and submits accurate and timely reports on own initiative and with little supervision.  Familiarity with Commission procedures is used successfully to resolve disclosure issues.

Exceeds Fully Successful

Fully Satisfactory plus demonstrates a thorough knowledge of control procedures and office reporting systems and performs duties with little or no supervision on his/her own initiative.

SEC 2331 (Rev. 3/96)                              - A -

11

**Section II** PERFORMANCE ACCOMPLISHMENTS  Please discuss employee's accomplishments in terms of each element. Continue on reverse and attach additional sheets if necessary.  A completed copy of this page must be sent to the OAPM at the end of the rating period along with the completed page C.

### Review and Analysis

The quality of Mr. Koch's review and analysis overall during the rating period was above-average.  Mr. Koch was able to identify many complex or novel issues raised by his assignments.  He was able to review and analyze filings more fully with some assistance from his immediate supervisor (branch chief) or the assistant director.  On routine filings, Mr. Koch generally identified the pertinent comments.  Filings with more difficult issues required attention from his branch chief or assistant director.  Also, with some assistance, Mr. Koch will develop appropriate lines of inquiry on complex issues and generally does not require any assistance on routine issues.

In his review of a registration statement filed by Belstar Trust, Mr. Koch was able to identify many of the issues and lines of inquiry.  His draft comment letter included over 40 comments.  Mr. Koch needed some assistance, however, with respect to disclosure in the risk summary section of the prospectus, referred to as Item 2 of Form N-1A.  Some of the assistance related to specifically identifying the securities in which the fund invested and eliciting from the registrant more specific disclosure of the fund's strategies.  Mr. Koch's supervisor made similar comment with respect to several of Mr. Koch's filings during the rating period.  In a filing by TT International, Mr. Koch identified numerous issues and only required some assistance from the branch chief.  For example, Mr. Koch needed some assistance in the definition of a foreign company for purposes of the "80 percent test."

During the rating period, Mr. Koch continued to pose questions to the branch chief in his filings rather than writing affirmative comments to be given to the registrant.  As noted last year in Mr. Koch's performance appraisal, Mr. Koch's review and analysis would be improved if he more fully developed the issues he identified and, after research and consultation with appropriate members of the staff, recommended solutions to the issues.  Mr. Koch would also improve his review and analysis if he consulted more with his branch chief, or other members of the staff, to discuss his filings.

### 2.    Written Communications

Throughout the rating period, Mr. Koch's written work demonstrated good writing skills, including command of grammar, punctuation, and an ability to express his thoughts effectively.    Mr. Koch has an excellent ability to handle long comment letters with minimal number of errors. The corrections made by the branch chief, if any, usually related to substance (the nature of the comment) and not the form of the comment (writing ability).  When corrections were needed, they were usually made to make Mr. Koch's comments more specific.

12

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

| Section II PERFORMANCE ACCOMPLISHMENTS (Continued) |

3.    **Negotiation/Resolution of Issues/Comments**

With some supervision, Mr. Koch was able to exercise sound judgment in dealing with outside counsel.   On issues that are complex, or where the staff was in disagreemr it with the views of the registrant, Mr. Koch needed supervisory assistance.   A typical example was where a registrant, Blackrock, proposed to move up the time at which the fund priced shares on the days when the Bond Market Association recommended funds close early. Counsel for the fund was adamant that they could move up the time of pricing.  The negotiations over the issue were difficult and contentious.  In those circumstances, N r. Koch required assistance.

On routine issues, Mr. Koch was able to exercise sound professional judgment and was able to deal with representatives from funds.   One area where Mr. Koch continued to need improvement, however, was on "follow through" on the issues raised in his assignments. After giving a comment or commencing negotiations on an issue, either alone or in with the assistance of his branch chief, Mr. Koch did not  regularly follow up the process to verify that a registrant has complied with the comments.  The Blackrock matter, for instance, where the fund was told to change its policy with respect to pricing, Mr. Koch did not follow-up on the issue and it remained dormant until immediately prior to the filing going effective.   At that time it became a critical issue and the office considered whether to issue a "stop-order" to delay the effectiveness of the filings.  With more follow-up on the issues,  Mr. Koch could improve his ability to negotiate and resolve issues.  The branch chief recommends that Mr. Koch attend training in this area to improve his skills.

4.    **Oral Communication**

Mr. Koch clearly and effectively discussed issues raised by his assignments.  Mr. Koch at times also suggested possible alternative courses of action in response to the issues raised. With little or no supervision, Mr. Koch represented the Commission effectively on routine matters.

When he attended meetings, Mr. Koch could effectively discuss issues with his branch chief, other supervisors and staff.

5.    **Personal Interactions**

While Mr. Koch made some progress during the rating period in making contact with his branch chief and other members of the staff, he continued to remain in his office for long periods of time and did not interact with the branch chief except when compelled by critical issues or time constraints.  He generally did not work with other members of the office, except when instructed to do so by the branch chief or assistant director.  Mr. Koch could dramatically improve in this area if he consciously made an effort to discuss disclosure issues and communicate regularly with his branch chief and other members of the staff.

13

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

Section II PERFORMANCE ACCOMPLISHMENTS (Continued)

6.    **Time/Project Management**

Mr. Koch improved his management of meeting deadlines.  Nevertheless, the branch chief
needed to assign deadlines on his filings in order to assist Mr. Koch on meeting his
deadlines.   On several occasions, Mr. Koch was late in submitting his filings to the branch
chief for review.  The standards for the Office of Disclosure and Review are to give
comments on new registration statements and on post-effective amendments in 30 and 45
days, respectively.  According to the internal tracking records of the office, during the period
May 1, 2001, to April 30, 2002, Mr. Koch gave comments on only 4 new registration
statements, 1 of which he gave selective review.  His average time to give comments was
28 days, and on one occasion he exceeded the 30 day standard.  During this rating period,
according to the internal tracking records, Mr. Koch was assigned a total of 33 post-effective
amendments, for which he gave comments on 23 filings, 9 of which were limited review.  His
average time to give comments was 46 days.  On proxies, however, Mr. Koch met the office
standards, reviewing 27 proxies, with an average of 7 days in which to give comments.  He
did not ever go over the 10 day period.

The branch chief  believes that Mr. Koch has the ability to be more timely on his filings if he
were to give more attention to the matter.  If a course on time project management is offered
by the Commission, the branch chief will recommend that Mr. Koch attend.

7.    **Internal Procedures and Controls**

Mr. Koch generally knows the internal procedures and controls used by the Commission and
the Office, such as employee time records, STATS, EDGAR and the Disclosure Tracking
System.   The branch chief needed to remind  Mr. Koch, however, to update the Disclosure
Tracking System.   The assistant director regularly handed out "error reports" from the
tracking system, a report which indicates omission of material data.   The list of items for Mr.
Koch to correct or update was always the longest among all persons in the branch.
Mr. Koch also needs to improve the timeliness of his EDGAR responsibilities, including
updating his EDGAR inbox and entering the dates he gave comments and the dates filings
went effective ("disposition codes").  The branch chief made several EDGAR queries during
the rating period and saw filings assigned to Mr. Koch for which no disposition codes were
entered.   Mr. Koch should make a more determined effort to keep his EDGAR filings
current.

14

SECTION III  PERFORMANCE SUMMARY AND RATING

| Job Element *(Identify title)* | Critical or Non-Critical (C or NC) | Priority Weight | Element Rating (1-5) | Score |
|---|---|---|---|---|
| 1. Review and Analysis | C | 25% | 4 | 100 |
| 2. Written Communications | C | 15% | 5 | 75 |
| 3. Negotiation/Resolution of Issues/Comments | C | 15% | 3 | 45 |
| 4. Oral Communication | C | 15% | 4 | 60 |
| 5. Personal Interactions | C | 10% | 3 | 30 |
| 6. Time/Project Management | C | 15% | 3 | 45 |
| 7. Internal Procedures and Controls | C | 5% | 3 | 15 |

| The PERFORMANCE RATING is based on your total score except if a critical element is Unsatisfactory, the overall rating is Unsatisfactory. | TOTAL SCORE: | 370 |
|---|---|---|

OVERALL PERFORMANCE RATING

| Outstanding (450 500) | Exceeds Fully Successful (380 449) | Fully Successful (285 379) | Minimally Satisfactory (200 284) | Unsatisfactory (100 199) |
|---|---|---|---|---|
| | ⊠ | | | |

| Rating Official's Signature and Title | Date |
|---|---|
| Richard Pfordte, Branch Chief | Aug 23, 2002 |

| Reviewing Official's Signature and Title | Date |
|---|---|
| Frank J. Donaty, Jr., Assistant Director | August 23, 2002 |

| Employee's Signature *(Indicates appraisal meeting held.)* | Date | Employee Comments Attached |
|---|---|---|
| Randolph Koch | 9-06-02 | Yes  (No) |

SECTION IV  PERFORMANCE RECOGNITION *(See Section V on reverse side for SES employees.)*

| Recommended Quality Step Increase (QSI) *(Outstanding rating required)* Applies only to GS employees. I expect employee's performance to continue at this level. | Recommended Performance Award. Applies to GS and PR employees. $ _____ or % |
|---|---|

Has the employee been promoted within the last 4 months?   Yes   No   *If yes, the rating official should contact the servicing personnel specialist in the Office of Administrative and Personnel Management.*

| Rating Official's Signature and Title | Date |
|---|---|
| | |

| Reviewing Official's Signature and Title | Date |
|---|---|
| | |

| Division Director/Office Head/Regional Administrator's Signature | Date |
|---|---|
| | |

| OAPM/Executive Director/Chairman Approval (as appropriate) | Date |
|---|---|
| | |

| Payment authorized by Office of Administrative and Personnel Management | Date | OAPM Code |
|---|---|---|
| | | |

15

Attachment 10

OFFICE MEMORANDUM

July 30, 2003

TO:       Jayne L. Seidman
               Associate Executive Director
               Office of Administrative and Personnel Management

               Marcia B. Spillane
               Office of Administrative and Personnel Management

FROM:     Frank J. Donaty
               Assistant Director
               Division of Investment Management .

               Richard Pfordte
               Branch Chief
               Division of Investment Management

SUBJECT:    Nomination for Student Loan Repayment Program for · KCR :

Pursuant to Article 25 of the Collective Bargaining Agreement between the SEC and the NTEU, we nominate KCR Senior Accountant, for the Student Loan Repayment Program. KCR : is currently employed as a Senior Accountant, SK 510, Grade 14, Step 26. He joined the SEC as a Staff Accountant in September 1992 and, with the exception of a few months in 1999, has continuously worked as an accountant in the Office of Disclosure and Review in the Division of Investment Management. As noted below, KCR : is also an attorney. The justification for this nomination is explained below.

KCR : is a highly qualified member of the Division of Investment Management's staff. As an experienced senior accountant, he participates, leads and plays a critical role in reviewing the annual reports to shareholders, registration statements, amendments to registration statements, proxy statements and other filings of investment companies and business development companies. In fact, ' KCR : is responsible for reviewing all of the financial statements and other financial information contained in the filings by investment companies assigned to the Branch. KCR : is known throughout the Office for his skills in analyzing difficult fund accounting issues, and he kindly provides assistance on difficult or novel accounting issues to others in the Office and Division. Because of his expertise in fund accounting and disclosure, the Office of Compliance Inspections and Examinations and certain regional/district offices have asked KCR t to assist and/or participate in some inspections of investment companies. In addition, ne regularly assists the Branch Chief in reviewing the work of others and training new employees. In the Branch Chief's absence, KCR gladly assumes the non-supervisory, ministerial duties of branch chief and sees that the Branch continues to function normally. KCR : is the person to ask if a filing raises a complex accounting or disclosure question. As such, KCR is an important part of this office and his departure would significantly impact our fund accounting and disclosure review program, a critical part of the SEC's mission.

While KCR has not indicated that he has immediate plans to leave the SEC, he has been with this office and the SEC for almost eleven years. He did, however, leave for a few months in 1999, which significantly affected the Branch's accounting and disclosure review program. In addition, since returning to the SEC, KCR has received his law degree and passed the bar exam. His experience at the SEC and unique skills as a CPA and attorney would make him a valuable addition for an accounting firm, law firm or fund complex. If he leaves the SEC, he could reasonably expect to obtain at least double his

current salary. Considering his qualifications and experience and these other factors, it is likely that KCR will again consider leaving the Federal Government if not offered this type of pay incentive.

Qualifications/Education: KCR has an undergraduate degree in accounting and political science, a Master's of Business Administration and a law degree (J.D.). He is a CPA and a member of the Maryland bar.

Training: KCR has attended numerous accounting training programs sponsored by the SEC, the Chief Accountant's Office and the Division's Office of Chief Accountant, including auditor independence, overview of FASB #133, Accounting for Derivative Instruments and Hedging Activities, and Form N-14 – Reviewing for Accounting Issues, as well as numerous conferences sponsored by the Investment Company Institute, the American Institute of Certified Public Accountants, and the SEC Institute. KCR also generally attends the monthly update meetings conducted by the SEC's Office of the Chief Accountant. In addition, much of the training for the job performed by accountant-examiners within this office is based upon experience obtained on the job. An accountant-examiner in this office learns to identify the important accounting and disclosure issues by reviewing filings and analyzing the myriad of issues raised. We estimate that, generally, it takes 18 to 24 months to train a quality accountant-examiner. KCR has worked in this office for almost 11 years and has been trained on the job during that time. Consequently, the knowledge and experience from this training would be very costly and time consuming for our office to replace.

Contributions to the Agency's Mission: As a result of his work performance as an accountant in this office, KCR has received an outstanding rating for each rating period while employed with the SEC. KCR is responsible for reviewing all financial statements by investment companies assigned to the Branch, as well as disclosure documents filed by such companies involving unique and complicated fund products and issues (e.g., stable value funds). His ability to identify, analyze and make recommendations, with nominal supervision, on all material accounting and disclosure issues found in the filings he reviews is exemplary. For example, during the past rating period, in his review of a filing, KCR found that the registrant had disclosed expense information in its fee table that was not consistent with the expense ratios shown in its audited financial statements. His efforts resulted in the registrant revising its fee table to provide investors with expense information that was not understated. During the rating period, I KCR on his own, found two funds whose financial statements showed receivables from the investment adviser and borrowings that exceeded statutory borrowing limitations. He developed the issues, reviewed the financial statements, and examined supporting documentation from several reporting periods. He then provided the information he had compiled to the staff members in the branches assigned to those funds, and he assisted the inspections office in its investigation of the funds. His quick and expert actions led to the funds receiving a refund for the excess amount of interest paid on the borrowings. In addition, KCR t has developed expertise in many areas, and his knowledge of the industry and accounting make him an indispensable asset to the SEC.

Customer Service: Almost daily, KCR represents the SEC in a professional manner in both oral and written communications with investment companies, their accountants or their attorneys. KCR t provides feedback to these companies about the financial and other information contained in annual reports, prospectuses, proxy statements and other filings, and works with these registrants and their representatives to present clear, accurate and complete documents to the public. KCR has cultivated dynamic relationships with many of these registrants, accountants and attorneys and has improved their financial statements, disclosure documents, and operations.

Leadership and Teamwork:  As an accountant-examiner, ' _KCR_ . routinely advises and assists other staff members in connection with the review of complex accounting and disclosure issues raised in various types of filings.  For example, _KCR_ has played a key role in the review of stable value funds and exchange-traded unit investment trusts. Because very few registrants have registered these types of funds, few staff members within the office have been exposed to the issues unique to these products.  In particular, these products contain very complex and novel valuation and accounting procedures, which require extensive consideration by not only this office, but by other offices both inside and outside the Division.    _KCR_ was instrumental in explaining the valuation and accounting proced\_ as to members of this office as well as other offices.  M- _KCR_ . knowledge and understanding was critical to the Division's analysis of the many issues raised by these types of funds and resolution of those issues.

Because of his qualifications and accomplishments, we believe that _KCR_ has demonstrated and met the requirements set forth in Article 25, Section 4 and should be included in the Stu\_ ant Loan Repayment Program.  We would request your attention to include him in that program.

Richard Pfordte         _____        Date _____
Branch Chief (Supervisor)

Frank J. Donaty        *Frank J Donaty*                Date _7-30-03_
Assistant Director