CERTIFICATE OF SERVICE

    I certify that a copy of defendant's motion to dismiss and motion for summary judgment, with attachments and proposed order, was served upon plaintiff by U.S. mail, addressed to:

               Mr. Randolph Koch
               7701 Woodmont Ave., Apt. 807
               Bethesda, MD 20814

on this 12th   day of October, 2006.


               MARINA UTGOFF BRASWELL, D.C. Bar #416587
               Assistant United States Attorney
               United States Attorney's Office
               Civil Division
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 514-7226