UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, )<br>)<br>Defendant. )<br>) | C.A. No. 06-0656 (PLF) |

RECEIVED
OCT 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Plaintiff's Motion for An Enlargement Of Time to November 22, 2006 in Which To File His Response to Defendant's Motion to Dismiss and For Summary Judgment

Plaintiff Randolph S. Koch hereby moves this Court for an enlargement of time to November 22, 2006, in which to file his response to Defendant's Motion to Dismiss and For Summary Judgment.

Defendant's Answer to plaintiff's complaint was due and a dispositive motion was apparently filed on October 12, 2006. Plaintiff did not receive the motion until October 16, 2006. (The label bearing the postage meter stamp was dated October 13, the apparent date of mailing to plaintiff.)

Because plaintiff is pro se in this matter, and must perform most of his activity in preparing his response on weekends and some evenings, he has had only one week to work on the response, having not received defendant's filing until after the preceding weekend.

The requested extension will provide essentially eight additional workdays which plaintiff hopes will be sufficient to complete his work. Plaintiff notes that there has been

a recent increase in his workload at the SEC, including a number of his registrants requesting expedited treatment of their filings. As a result, plaintiff has had to work additional hours beyond his regular duty hours to keep up with the work. This has reduced even further the time plaintiff can devote to preparing his response in this matter.

Plaintiff attempted to contact opposing counsel to ascertain whether there would be opposition to this request, but he was unsuccessful in reaching her.

Based on the foregoing, Plaintiff Randolph S. Koch respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

October 26, 2006
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(W) 202-551-6984

2

## CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of <u>Plaintiff's Motion for Enlargement Of Time To November 22, 2006 in Which To File His Opposition to Defendant's Motion to Dismiss and For Summary Judgment</u> to be served, by depositing it in first class mail, postage prepaid, on October 26, 2006, upon the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530


10/26/06
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814
(W) 202-551-6984
(H) 301-656-0645