UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER COX,<br><br>Defendant. | C.A. No. 06-0656 (PLF) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to November 22, 2006 to file his Opposition to Defendant's Motion to Dismiss and For Summary Judgment, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Opposition by November 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C.  20530