UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| Plaintiff ) | |
| v. ) | C.A. No. 06-0656 (PLF) |
| CHRISTOPHER COX, ) | |
| Defendant. ) | |

### Plaintiff's Motion for A Second Enlargement Of Time to December 22, 2006 in Which To File His Response to Defendant's Motion to Dismiss and For Summary Judgment

Plaintiff Randolph S. Koch hereby moves this Court for a second enlargement of time to December 22, 2006, in which to file his response to Defendant's Motion to Dismiss and For Summary Judgment.

On November 1, 2006, Plaintiff was granted an extension to November 22, 2006, in which to file his opposition to Defendant's dispositive motion.

Because plaintiff is pro se in this matter, and must perform most of his activity in preparing his response on weekends and some evenings, he needs additional time to prepare his response.

Plaintiff has experienced a dramatic increase in his normal workload at his employer—the defendant in this case-- in recent months, and has had to spend much of his personal time working on work assignments and one special project. If not for the

increased workload, plaintiff would have been able to devote more time to preparing his opposition to defendant's dispositive motion.

Plaintiff notes that the nature of defendant's response puts extra burdens on plaintiff to obtain documents necessary to oppose the motion for summary judgment. The defendant has moved for summary judgment on many disputed issues without plaintiff having the opportunity to conduct discovery. Such documents, which are not in the possession of plaintiff, and which would normally be available through discovery, require additional time to collect. Plaintiff is considering filing a number of Freedom of Information Act requests, and has already contacted third parties, such as physicians, in order to obtain the necessary documents. Defendant has the benefit of being in control of most of the relevant documentary material; plaintiff does not have the benefit of access to that material, which would include comprehensive data on the identity and ages of SEC employees who have applied for the student loan program, as well as grants and denials of loan repayments. None of this data has been provided to plaintiff.

Plaintiff, moreover, suffers from a serious heart condition as well as obstructive sleep apnea, both of which has been documented to deprive sufferers of normal levels of energy. They clearly do so in the case of Plaintiff.

Plaintiff attempted to contact opposing counsel to ascertain whether there would be opposition to this request, but he was unsuccessful in reaching her.

Based on the foregoing, Plaintiff Randolph S. Koch respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

November 22, 2006
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(W) 202-551-6984

CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of <u>Plaintiff's Motion for Second Enlargement Of Time To December 22, 2006 in Which To File His Opposition to Defendant's Motion to Dismiss and For Summary Judgment</u> to be served, by depositing it in first class mail, postage prepaid, on November 22, 2006, upon the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

11/22/06
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(H) 301-656-0645

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>CHRISTOPHER COX,  )<br>)<br>Defendant.  )<br>) | C.A. No. 06-0656 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to December 22, 2006 to file his Opposition to Defendant's Motion to Dismiss and For Summary Judgment, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Opposition by December 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530