UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RANDOLPH S. KOCH, )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>CHRISTOPHER COX, )<br> )<br>Defendant. ) | C.A. No. 06-0656 (PLF) |

### Plaintiff's Motion for A Third Enlargement Of Time to January 16, 2007 in Which To File His Response to Defendant's Motion to Dismiss and For Summary Judgment

Plaintiff Randolph S. Koch hereby moves this Court for a third enlargement of time to January 16, 2007 in which to file his response to Defendant's Motion to Dismiss and For Summary Judgment.

Plaintiff was previously granted a second extension to December 22, 2006, in which to file his opposition to Defendant's dispositive motion.

Because plaintiff is pro se in this matter, and must perform most of his activity in preparing his response on weekends and some evenings, he still needs additional time to prepare his response.

Plaintiff has experienced a dramatic increase in his normal workload at his employer—the defendant in this case-- in recent months, and has had to spend much of his personal time working on work assignments and one special project. If not for the

increased workload, plaintiff would have been able to devote more time to preparing his opposition to defendant's dispositive motion.

Plaintiff notes that the nature of defendant's response puts extra burdens on plaintiff to obtain documents necessary to oppose the motion for summary judgment. The defendant has moved for summary judgment on many disputed issues without plaintiff having the opportunity to conduct discovery. Such documents, which are not in the possession of plaintiff, and which would normally be available through discovery, require additional time to collect. Defendant has the benefit of being in control of most of the relevant documentary material. None of this data has been provided to plaintiff. Plaintiff is still trying to collect and reconstruct what he can to prepare his opposition.

Plaintiff, moreover, suffers from a serious heart condition as well as obstructive sleep apnea, both of which have been documented to deprive sufferers of normal levels of energy. They clearly do so in the case of Plaintiff.

Further, Plaintiff lost the better part of two of the four weekends he had to work on the opposition; he was ill on Sunday, December 3rd, and was injured in a bad fall on December 10th. Both caused plaintiff to lose time at work as well.

Finally, Plaintiff is preparing a Rule 60(b) (4) motion in another case. That work has limited the time he could spend on this case. He hopes to file the Rule 60 motion the week of December 26, 2006.

Plaintiff attempted to contact opposing counsel to ascertain whether there would be opposition to this request, but he was unsuccessful in reaching her.

2

Based on the foregoing, Plaintiff Randolph S. Koch respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

December 22, 2006
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814
(H) 301-656-0645
(W) 202-551-6984

## CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of <u>Plaintiff's Motion for Second Enlargement Of Time To January 16, 2007 in Which To File His Opposition to Defendant's Motion to Dismiss and For Summary Judgment</u> to be served, by depositing it in first class mail, postage prepaid, on December 22, 2006, upon the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

12-22-06
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(H) 301-656-0645