UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANDOLPH S. KOCH,<br><br>  Plaintiff<br><br>  v.<br><br>CHRISTOPHER COX,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-0656 (PLF)<br>)<br>)<br>)<br>)<br>) |

**Plaintiff's Motion for A Fourth Enlargement Of Time to January 29, 2007 in Which To File His Response to Defendant's Motion to Dismiss and For Summary Judgment**

Plaintiff Randolph S. Koch hereby moves this Court for a fourth enlargement of time to January 29, 2007 in which to file his response to Defendant's Motion to Dismiss and For Summary Judgment.

Plaintiff previously requested a third extension to January 16, 2007, in which to file his opposition to Defendant's dispositive motion.

Because plaintiff is pro se in this matter, and must perform most of his activity in preparing his response on weekends and some evenings, he still needs additional time to prepare his response.

Plaintiff anticipated that he could complete a great deal of work on this matter on two successive three day weekends, between December 23, 2006 and January 1, 2007. He also anticipated that, if work was slow between December 26 and December 29, he might be able to request a day or two of leave to complete work on the opposition

RECEIVED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

During the weekend starting December 23rd, Plaintiff became extremely ill with a serious case of gastro-enteritis, which necessitated the care of a gastro-enterologist. Plaintiff had to spend most of his time in bed, was unable to eat, and missed the entire week of work. Plaintiff did not fully recover until January 2nd, and returned to work the next day. Upon returning, Plaintiff had to catch up on work, as well as handle a new assignment that had been reassigned from an attorney in the branch. When Plaintiff received the new assignment, half of the time frame for its completion had been exhausted. This assignment was a comment letter for an exchange trade fund, which apparently is a relatively novel product for Plaintiff's branch. (Koch believes he is one of few individuals in his branch to have any experience on this type of assignment.) Consequently, Koch has had to spend some extra time on his own working on this assignment.

Plaintiff has also completed work on a motion to vacate in another case, and will be filing that motion as well. That project further delayed completion of the opposition in this case.

Plaintiff has completed considerable work on the opposition, and hopes to file it without any further delays or extensions, and may be able to do so in advance of the requested extended due date.

Plaintiff attempted to contact opposing counsel to ascertain whether there would be opposition to this request, but he was unsuccessful in reaching her.

2

Based on the foregoing, Plaintiff Randolph S. Koch respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

January 16, 2007
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(W) 202-551-6984

3

## CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of <u>Plaintiff's Motion for Fourth Enlargement Of Time To January 29, 2007 in Which To File His Opposition to Defendant's Motion to Dismiss and For Summary Judgment</u> to be served, by depositing it in first class mail, postage prepaid, on January 16, 2007 upon the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

1/16/2007
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(H) 301-656-0645

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, )<br>)<br>Defendant. )<br>) | C.A. No. 06-0656 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to January 29, 2007 to file his Opposition to Defendant's Motion to Dismiss and For Summary Judgment, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Opposition by January 29, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530