UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| Plaintiff ) | |
| v. ) | C.A. No. 06-0656 (PLF) |
| CHRISTOPHER COX, ) | |
| Defendant. ) | |

**Plaintiff's Motion for An Additional Enlargement Of Time to February 5, 2007 in Which To File His Response to Defendant's Motion to Dismiss and For Summary Judgment**

Plaintiff Randolph S. Koch hereby moves this Court for an additional enlargement of time to February 5, 2007 in which to file his response to Defendant's Motion to Dismiss and For Summary Judgment.

Plaintiff previously requested and was granted extensions to January 29, 2007, in which to file his opposition to Defendant's dispositive motion.

Plaintiff finds he still needs additional time to complete his work in this matter. Defendant's motion includes some legal issues that have proven to be relatively novel, and have required more research time than Plaintiff anticipated. In particular, Plaintiff has had to spend some considerable time researching *res judicata* and related issues which Plaintiff has not encountered in any depth since his first year in law school almost thirty years ago. In addition, Plaintiff continues to experience an extraordinarily heavy workload due to major and large-scale disclosure filings by the Legg Mason group of

mutual funds, all resulting from corporate reorganizations over the last year or so involving Legg Mason, Smith Barney and Citifunds. Of course, these work projects are performed for the Defendant Agency, and Plaintiff is trying to avoid compromising his duty to the SEC's mission in favor of this dispute. As a result, Plaintiff has routinely put in extra hours at the office in an effort to stay current in his regular SEC work even if it delays and protracts somewhat his work on this matter.

In addition, Plaintiff lost the better part of one full weekend day to work on this matter because of a bout of dizziness this past Saturday. Plaintiff believes this was caused by taking an anti-inflammatory gout medication, indomethacin, for four days in a row. Plaintiff was not able to travel to the law library as he had planned on that day, and was unable to conduct some necessary legal research.

Because Plaintiff tries to avoid distractions from this litigation during the workday, he saves all tasks, including attempts to reach opposing counsel, for the evening. As in the past, Plaintiff attempted to reach opposing counsel to ascertain whether there would be opposition to this motion. Plaintiff was not able to reach her. The Defendant has not objected in the past to routine extensions, nor would Plaintiff object to similar requests from the Defendant.

Based on the foregoing, Plaintiff respectfully requests that the Court grant the relief requested herein, and extend the due date for his response to Defendant's dispositive motion one week to February 5, 2007.

Respectfully submitted,

January 29, 2007
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(W) 202-551-6984

3

CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of <u>Plaintiff's Motion for An Additional Enlargement Of Time To February 5, 2007 in Which To File His Opposition to Defendant's Motion to Dismiss and For Summary Judgment</u> to be served, by depositing it in first class mail, postage prepaid, on January 29, 2007 upon the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

_1/29/07_
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(H) 301-656-0645

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER COX,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-0656 (PLF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to February 5, 2007 to file his Opposition to Defendant's Motion to Dismiss and For Summary Judgment, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Opposition by February 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530