UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>CHRISTOPHER COX,  )<br>Chairman, U.S.Securities  )<br>and Exchange Commission,  )<br>)<br>Defendant  )<br>) | **RECEIVED**<br>FEB 9   2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action 06-0656 (PLF) |

**Plaintiff's Motion for Extension of Time Through February 12, 2007
to File His Opposition to Defendant's Motion to Dismiss or in the Alternative for
<u>Summary Judgment</u>**

Plaintiff respectfully moves that this Court grant an additional three days from February 9, 2007 to February 12, 2007 to file his opposition to Defendant's dispositive motion.

Koch is just an hour or two from completing his work, but will miss the midnight cutoff at the Court. He essentially has to just proofread and check some additional citations. In order to avoid an untimely filing, Koch has decided to go to the courthouse and submit a timely extension request before midnight, Friday, February 9th. Because of the lateness of the hour, he will not be able to reach opposing counsel to ascertain whether there is objection. At this point, whether the filing is done before midnight on Friday, February 9th, or by Monday, would make no difference in terms of unduly prejudicing the defendant.

Plaintiff hopes to finish this before the end of the weekend and deposit it at the courthouse no later than February 12, 2007. Plaintiff does not know at this point if his previous motion for an extension *nunc pro tunc* was approved.

Based on the foregoing, plaintiff Randolph S. Koch respectfully requests that the Court granted the relief requested herein.

Respectfully submitted,

2/09/07
Date

Randolph S. Koch
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(O) (301) 656-0645
(H) (301) 551-6984

2

<u>CERTIFICATE OF SERVICE</u>

Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of <u>Plaintiff's Motion for Extension of Time hrough February 12, 2007 to File His Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment</u> to be served, by depositing it in first class mail, postage prepaid, on February 9, 2007 upon the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

2/09/07
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(H) 301-656-0645

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, )<br>)<br>Defendant. )<br>) | C.A. No. 06-0656 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to February 12, 2007 to file his Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Opposition by February 12, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530