UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 06-0656 PLF |
| CHRISTOHPER COX, CHAIRMAN, U.S. SECURITIES AND EXCHANGE COMMISSION, | ) |
| Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including March 30, 2007, in which to respond to plaintiff's opposition to defendant's dispositive motion and plaintiff's Motion under Fed. R. Civ. P. 56(f).  Defense counsel is currently in the middle of a two week trial that may last to March 2, 2007.  She has been unable to work on defendant's response in this case, due to the need to prepare multiple witnesses for this trial.  This involved trips out of town to talk with witnesses who no longer work for the federal government.  Additionally, there were numerous pretrial filings to address in connection with this trial.

After March 2d defense counsel will be in depositions for two seeks and also has a Court of Appeals' argument and a motions' hearing.  Thus, the time requested is to enable defense

counsel the time needed to complete defendant's responses in a thorough manner.

Plaintiff has consented to this motion.

Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion be granted.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Motion for Extension of Time was served upon plaintiff by U.S. mail, addressed to:

>Mr. Randolph Koch
>7701 Woodmont Ave., Apt. 807
>Bethesda, MD 20814

on this 23rd day of February, 2007.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226