## Chapter 25

## Student Loan Repayment Program

| | |
|---|---|
| 25-1 - General Policy | In accordance with Article 25 of the SEC Collective Bargaining Unit Agreement, this policy establishes the procedures for repaying employees outstanding federally insured student loans to attract and retain highly qualified professional, technical and administrative employees. |
| | Employees have no entitlement to this program and repayment is subject to budgetary considerations and is at the discretion of the agency. |
| | Payment will be for retention purposes only. Employees selected for benefits must have completed at least one (1) year of service with the SEC and have maintained an acceptable level of performance. |
| | Management will adhere to merit systems principles taking into consideration the need to maintain a balanced workforce that represents women and members of racial and ethnic minority groups when selecting employees for benefits under this program. |
| **Confidentiality** | All information regarding student loan repayment requests will be treated as confidential records and will be maintained in a secure manner, apart from the personnel files and with access restricted to designated personnel on a need to know basis. |
| **25- 2 - Covered positions** | Under 5 CFR 537.104, the following employees are eligible for benefits under this program: |
| | All bargaining unit employees except term employees with less than 3 years left on their appointment, or temporary employees whose appointments do not lead to term or permanent appointments. |

EXHIBIT D

| | |
|---|---|
| **Order of Payment** | The following order will be used to make payment of benefits under this program:<br><br>1. Bargaining unit non-professional employees;<br><br>2. Bargaining unit employees in designated target groups;<br><br>3. All other professional bargaining unit employees. |
| **25-3 - Loans Eligible for Payment** | Loans eligible for payment are those made, insured, or guaranteed under Parts B, D, or E of Title IV of the Higher Education Act of 1965 or a health education assistance loan made or insured under Part A of Title VII or Part E of Title VIII of the Public Health Service Act.<br><br>Loans made or insured under the Higher Education Act of 1965 include the following:<br>Federal Family Education Loans (FFEL)<br>    Subsidized Federal Stafford Loans<br><br>    Unsubsidized Federal Stafford Loans<br><br>    Federal PLUS Loans<br><br>    Federal Consolidation Loans<br><br>William D. Ford Direct Loan Program (Direct Loans)<br>    Direct Subsidized Stafford Loans<br><br>    Direct Unsubsidized Stafford Loans<br><br>    Direct PLUS Loans<br><br>    Direct Subsidized Consolidation Loans<br><br>    Direct Unsubsidized Consolidation Loans |

EXHIBIT D

|  |  |
|---|---|
|  | **Federal Perkins Loan Program**<br>National Defense Student Loans (made before July 1, 1972)<br>National Direct Student Loans (made between July 1, 1972, and July 1, 1987)<br>Perkins Loans (made after July 1, 1987)<br>**Loans made or insured under the Public Health Service Act include the following:**<br>Loans for Disadvantaged Students (LDS)<br>Primary Care Loans (PCL)<br>Nursing Student Loans (NSL)<br>Health Professions Student Loans (HPSL)<br>Health Education Assistance Loans (HEAL) |
| **25-4 – Payment Information** | Subject to budgetary considerations, the amount of loan repayment paid by the SEC on behalf of an employee participating in the program will be up to the yearly maximum limit (less taxes due).  If insufficient funds are allocated to the program for all selected employees to receive the yearly maximum limit or the maximum amount they are eligible for, they will receive all repayment amounts allocated to the program on a pro rata basis.  Payment will be made by December 31st of the calendar year.<br><br>1.   Payments are limited to $10,000 (less taxes due) per employee per calendar year.  Employees can receive a total of $60,000 (before taxes) under this program.<br><br>1.   The SEC must verify employee loan balances with the lender before payment will be made.  Payment will be |

      remitted to the lender **only** on behalf of the employee.

2. Payment will be as a lump sum for the authorized gross amount less any applicable employment taxes. The gross amount authorized will be reported as income for tax purposes.

3. Payments authorized under this program must be used for <u>current</u> outstanding student loans and cannot be used to reimburse the employee for student loan payments already made by the employee. The SEC may repay more than one eligible type of loan for an employee not to exceed the $10,000 per year limit or the $60,000 total limit.

4. Loan repayments by the SEC do not exempt the employee from his/her responsibility or liability for payment. Loans that are delinquent, in default, or not current are not eligible for repayment under this program.

5. The SEC will strive to honor any request made by an employee regarding the form and timing of any tax withholdings, however, the SEC does not have the discretion to make tax payments outside of IRS regulations.

6. The SEC will not be responsible for any late fees assessed by the holder of the student loan if payment is not received by the due date.

7. Student loan payments are paid to the loan holder on behalf of the employee, and are not subject to the aggregate limitation on pay under 5 U.S.C. 5307.

8. In accordance with the Federal Debt Collection Procedures Act of 1990, employees receiving benefits under this

|  |  |  |
|---|---|---|
|  |  | policy will be required to certify that they do not have a judgment lien against their real property arising from a debt to the United States before any student loan repayment benefits will be authorized. |
|  | 9. | Employees must provide OHRAS with confirmation of receipt of payment to the loan holder after such payments have been credited to the employee's account. |
| **25-5 – Service Agreements** | 1. | Employees selected for benefits under this program will be required to complete a service agreement of three (3) years for the first yearly payment and one (1) additional year for any subsequent yearly payment. |
|  | 2. | If an employee is involuntarily separated for reasons other than misconduct or performance, the employee is exempt from completion of the service obligation. |
|  | 3. | A service agreement made under this program in no way constitutes a right, promise, or entitlement for continued employment or noncompetitive conversion to the competitive service. |
| **25-6 – Conditions Requiring Reimbursement** | 1. | If an employee leaves the Federal Service voluntarily or is separated due to misconduct or performance prior to completion of the service agreement, the employee must pay the SEC ***the total amount of any student loan repayment benefit received under this program.  Amounts owed <u>cannot</u> be prorated***. |
|  | 2. | For those employees whose appointments are contingent upon |

|   |   |
|---|---|
|   | completion of a set time period for conversion to a permanent position (e.g., law clerks, and student or worker-trainee positions), reimbursement will be required if the employee fails to meet the requirements for conversion to the target permanent position. |
| 3. | If an employee is involuntarily separated for reasons other than misconduct or performance, the employee is exempt from repayment of funds paid on his/her behalf. |
| 4. | If an employee voluntarily transfers to another federal agency, the employee will not be required to reimburse the SEC for the amount of student loan repayment benefits received. |
| 5. | A right of recovery of an employee's debt may be waived, in whole or in part, if an employee demonstrates to the SEC that recovery would be against equity and good conscience or against public interest. |
| 6. | Amounts owed by an employee will be recovered under normal agency procedures by the Office of Financial Management, in accordance with 5 U.S.C. 5514 and Subpart K of 5 CFR Part 550 or through appropriate provisions governing debt collection, if the employee is no longer a federal employee. |

**25-7 - How to Apply**

**Non-Target Group**

Once a year, OHRAS will announce an open period for receipt of applications for benefits under this segment of the program. The open period will last one month. At that time, managers may nominate employees wishing to be considered for benefits under this segment of the program, or employees may nominate themselves. Employees will complete Form

SEC 2497, Student Loan Repayment Recommendation and Approval, and forward it to their supervisor for review and approval.

The supervisor must subsequently review the employee's request and prepare a written determination that, in the absence of student loan repayment benefits, the SEC would have difficulty in retaining this highly qualified employee.  Evidence to support such justification would be:

1. The unique or high qualifications of the employee or the special need for the employee's services that makes it essential to retain him/her;

2. The likelihood the employee would leave for employment outside the <u>Federal Service</u> if he/she does not receive student loan repayment benefits;

3. The extent to which the employee's departure would affect the SEC's ability to carry out an activity or perform a function that is deemed essential to the SEC's mission.

If employees are not in a designated target group, the written determination must address how the employee meets 1 or more of the following criteria:

1. Contribution to the Agency's Mission – unusually high or unique qualifications contributing to the SEC's mission to protect investors and maintain integrity of the securities markets;

2. Customer Service – providing unusually high or unique quality service to internal and external customers;

3. Leadership – unusually high or unique influence or guidance of others in achieving or surpassing the SEC's goals;

EXHIBIT D

4. Teamwork – unusually high or unique efforts to advance team goals towards the SEC's mission, supporting the team and individual team members or supporting organizational units.

Once the required paperwork is prepared, the request should be forwarded to the next higher-level supervisor for review and approval. Approved request should be forwarded to the employee's Administrative Contact for submission to the Student Loan Repayment Program Coordinators in OHRAS.

If a manager receives an application for benefits and does not feel that he/she can recommend the employee for payment and prepare the memo certifying to the items required above, the manager must provide a written notice to the employee explaining the reason(s) the request is being denied and forward the copy of the employee's application and the denial memo to the Student Loan Repayment Program Coordinators in OHRAS. OHRAS will review all denied requests to ensure that all employee's requests are being considered fairly and equitably.

| | |
|---|---|
| **25-8 - How to Apply**<br><br>**Target Group** | Management and OHRAS will determine if any group of employees is to be designated as a target group eligible for benefits under this program based upon assessment of hard to retain positions.  The assessment will be made based upon the following factors:<br><br>1. The unique or high qualifications of employees in the target group or the special need for the target group's services that makes it essential to retain them;<br><br>2. The likelihood that employees in the target group would leave for employment outside the <u>Federal Service</u> |

if student loan repayment benefits are not offered;

3. The extent to which the departure of employees in the target group would affect the SEC's ability to carry out an activity or perform a function that is deemed essential to the SEC's mission.

Subsequently, OHRAS will announce an open period for receipt of applications for benefits under this segment of the program. This open period will be simultaneous with the open period referenced under "How to Apply for Non-Target Group Employees" and will remain open for one month. Managers may nominate employees for benefits under this segment of the program or employees may nominate themselves. Employees will complete Form SEC 2497 Student Loan Repayment Recommendation and Approval, and forward it to the supervisor for review and approval.

Once the required paperwork is prepared, the request should be forwarded to the next higher-level supervisor for review and approval. Approved request should be forwarded to the employee's Administrative Contact for submission to the Student Loan Repayment Program Coordinator in OHRAS.

**25-9 - Initial Review Process**   OHRAS will review all applications received to determine initial eligibility. The Student Loan Repayment Program Coordinator will:

Date stamp each application and record date of receipt.

Review requests to determine that eligibility requirements for payment are met. This includes verifying that all required documentation and written determinations have been provided, and that employees have a qualifying student loan(s).

|  | Request employee to complete Form SEC 2499, Loan Data Verification Form, and submit it with supporting documentation for each loan to be paid to OHRAS |
|---|---|
|  | In accordance with the order of payment listed in Section 25-2, determine that funds are available to make the repayment, and allocate the amounts to be paid to each eligible requestor. |
|  | Once all applications are reviewed, if a request is disapproved for any reason, or if the total amount requested cannot be paid (i.e., due to budgetary reasons), OHRAS will notify the employee of the status of the application within 10 workdays of the determination. |
| **25-10 - Approval of Requests** | The Student Loan Repayment Program Coordinator will: |
|  | Forward the Form SEC 2499, Loan Verification Form, to the lender to verify the outstanding balance and to obtain payment instructions. |
|  | Once **all** documentation from the lender has been received and verified, forward Form SEC 2498A, Student Loan Repayment Program Service Agreement, to be signed by the employee outlining the terms and conditions of the Student Loan Repayment Program. |
|  | Once the signed Student Loan Repayment Program Service Agreement is received in OHRAS, approved Student Loan Repayment requests will be forwarded to DOI for payment in accordance with DOI and OFM guidelines and procedures. |
| **25-11 – Reporting Requirements** | By December 31st of each year, OHRAS will submit a report to OPM in accordance with |

reporting requirements for the Student Loan Repayment Program under 5CFR 537.110 and 5 U.S.C.5379(h)(1).

Revised 03-18-04

EXHIBIT D