UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,<br>    Plaintiff,<br><br>    v.<br><br>CHRISTOHPER COX,<br>  CHAIRMAN,<br>  U.S. SECURITIES AND<br>  EXCHANGE COMMISSION,<br><br>    Defendant. | Civil No. 06-0656 PLF |

## DEFENDANT'S ERRATA

Defendant hereby refiles a copy of Attachment 7 to Defendant's Exhibit A, filed on October 12, 2006, at Docket No. 6. Attachment 7 filed on that date has a blank page in the middle of it, which made the document incomplete. Attached is a complete copy of Attachment A.

Because plaintiff is pro se and was served with a hard copy of this filing on October 12, 2006, the Attachment 7 plaintiff was served with was a complete document. Apparently it became corrupted during the ECF filing process.

                        Respectfully submitted,


                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney


                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                                                              _____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Errata, with attachment, was served upon plaintiff by U.S. mail, addressed to:

>   Mr. Randolph Koch
>   7701 Woodmont Ave., Apt. 807
>   Bethesda, MD 20814

on this 9th    day of April, 2007.

>   MARINA UTGOFF BRASWELL, D.C. Bar #416587
>   Assistant United States Attorney
>   United States Attorney's Office
>   Civil Division
>   555 4th Street, N.W.
>   Washington, D.C. 20530
>   (202) 514-7226