Attachment 7

## U.S. SECURITIES AND EXCHANGE COMMISSION
## PERFORMANCE MANAGEMENT RECORD AND INSTRUCTIONS

| Name | Social Security # |
|---|---|
| Randolph S. Koch | |

| Title | Organization |
|---|---|
| Financial Analyst | IM Branch of Disclosure and Review ~~#22~~ 16 |

| Pay Plan, Series, Grade/Step |
|---|
| GS-1160-12 |

| Rating Period |
|---|
| September 24, 1999 - April 30, 2000 |

| Employee Covered by: | ■ General Schedule | ☐ Prevailing Rate | ☐ Senior Executive Service |
|---|---|---|---|

Check appropriate box: ■ Paper copy of job elements and performance standards attached.

☐ Electronic copy of job elements and performance standards were transmitted on _____ and receipt by employee was certified electronically on _____.

### SUPERVISORY POSITION CERTIFICATION AND AUTHORIZATION OF PERFORMANCE PLAN

I have reviewed the position description of record and certify that it is (check appropriate box below):

| ACCURATE | INACCURATE |
|---|---|
| ■ Less than 4 years old | ☐ Minor pen and ink changes attached. |
| ☐ Over 4 years old; send new coversheet to the Office of Administrative and Personnel Management (OAPM). | ☐ Major changes; rewrite must be submitted to the OAPM within 45 days. If this box is checked, please send a photocopy of this page to OAPM as soon as signatures are obtained. |

■ This performance plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

| Name, Title, and Signature of First Line Supervisor/Rating Official | Date |
|---|---|
| Richard Pfordte  [signature] | 9-24-99 |

APPROVAL BY REVIEWING OFFICIAL. I agree with the certification of the position description and approve the performance plan.

| Name, Title, and Signature of Reviewing Official | Date |
|---|---|
| Frank J. Donaty, Jr., Assistant Director  [signature] | 9-24-99 |

EMPLOYEE ACKNOWLEDGEMENT My signature *only acknowledges* discussion of the position description and receipt and discussion of the performance plan, and *does not necessarily signify my agreement*.

| Employee Signature | Date |
|---|---|
| Randolph S. Koch  [signature] | 9-24-99 |

### PROGRESS REVIEW At least one progress review is required. Written documentation can be attached, if appropriate. During the review, each element should be discussed.

| | | | | |
|---|---|---|---|---|
| 1st Progress Review | Employee's Initials RSK | Supervisor's Initials RP | Date 2-10-00 | |
| 2nd Progress Review (Optional) | Employee's Initials | Supervisor's Initials | Date | |
| 3rd Progress Review (Optional) | Employee's Initials | Supervisor's Initials | Date | |

PRIVACY ACT STATEMENT Disclosure of your Social Security Number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

SEC 2331 (Rev. 3/96)                                  - 1 -

Name: Randolph S. Koch               Division/Office: IM/Disclosure and Review Branch 16

| Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue. |||||
|---|---|---|---|---|
| Assigned Weight: | 25% | ☒ Critical  ☐ Non-Critical | Element No. 1 | of 7 |

**FINANCIAL ANALYST**
**GS-12**

1. **REVIEW AND ANALYSIS**

   <u>Minimally Satisfactory</u>

   Quality of review and analysis is generally adequate, but needs some improvement.

   Reviews and analyzes filings with some assistance from supervisors. On all filings, most comments are material (i.e., addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements, or policy) are infrequent.

   On routine filings, most pertinent comments are made with additional comments required by supervisors. On filings of average/moderate difficulty, most routine comments are made and a few novel comments are made; additional comments are identified by the supervisory staff.

   With some supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments. In consultation with supervisors, develops appropriate lines of inquiry for most routine filings and some difficult ones. With many exceptions and some supervisory assistance, recommends appropriate resolutions for routine disclosure issues. In close consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

   <u>Fully Successful</u>

   Quality of review and analysis is average.

   Reviews and analyzes filings with little assistance from supervisors. On all filings comments are material (i.e., examiner addresses substance of disclosure rather than just the style) and inappropriate comments (i.e., comments which do not have a basis in the filing, statute, form requirements or policy) are infrequent.

   On routine filings, nearly all pertinent comments are made and some additional comments are required by supervisors. On difficult filings most routine and some novel comments are made by the examiner; additional comments may be identified by the supervisory staff.

   With little supervision, identifies, obtains, and verifies facts necessary to evaluate issues relevant to assignments. Develops appropriate lines of inquiry for all routine issues with limited supervisory assistance. In consultation with supervisors, develops appropriate lines of inquiry for nearly all complex and novel issues.

   With some exceptions, recommends appropriate resolutions for routine disclosure issues with limited supervisory assistance. In consultation with supervisors, recommends appropriate resolutions for complex and novel issues.

SEC 2331 (Rev. 3/96)                         - A -

2

Name: Randolph S. Koch     Division/Office: IM/Disclosure and Review Branch 16

**Section I — JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)**

Element No. __1__ of __7__

**Exceeds Fully Successful**

Fully Successful plus - Quality of review and analysis is above-average. Identifies many complex or novel issues raised by assignments. Generally develops appropriate lines of inquiry with little supervisory assistance for complex and novel issues. Recognizes instances where Commission precedent conflicts, identifies possible means to resolve such conflict, and where resolution is not satisfactory, sometimes suggests new approaches to problem, consistent with statutory and Commission policy. Presents recommendations on disclosure issues that are generally well-reasoned, cogent and helpful in reaching conclusions.

SEC 2331 (Rev. 3/96)     - A2 -

3

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue. |||||
|---|---|---|---|---|
| **Assigned Weight:** | 15% | ☒ Critical  ☐ Non-Critical | Element No. 2 | of 7 |

2. **WRITTEN COMMUNICATIONS**

   <u>Minimally Satisfactory</u>

   Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

   After a discussion of the filing with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of moderate quality as to substance and style. Comment letters that relate to novel issues require several revisions by supervisors to improve their substance and style.

   Draft memoranda generally are well-reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With many exceptions, memoranda are clear and accurate but sometimes require extensive revising and editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

   <u>Fully Successful</u>

   Written work product generally demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents usually conform to Office and Commission technical requirements. Factual statements in work product generally are supported by the record.

   After a discussion of filings with supervisor(s) that confirms employee's understanding, generally prepares a comment concerning a routine issue that is of above-average quality as to substance and moderate quality as to style so that the changes are primarily of style. After a discussion of a novel issue with supervisor(s), frequently prepares a comment that is of above-average quality as to substance and moderate quality as to style that requires some revision by the supervisor(s).

   Draft memoranda generally are well-reasoned. With supervisory assistance, exposition of issues and possible solutions usually are logical and complete. With some exceptions, memoranda are clear and accurate, but sometimes require some revising or editing. Generally uses language appropriate to the nature of the work product and its intended reader. Revisions to documents usually reflect supervisors' comments. Assumes primary responsibility for ensuring that final product is adequately proofread.

SEC 2331 (Rev. 3/96)                                    - A -

-4

Name: Randolph S. Koch        Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued) |
| --- |
| Element No.  2  of  7 |

### Exceeds Fully Successful

Written work product consistently demonstrates good writing skills, including command of grammar, punctuation, and ability to express thoughts in an effective manner. Memoranda and other documents conform to Office and Commission technical requirements. Factual statements in work product are supported by the record.

As directed, with some discussion of the filing, prepares a comment concerning a routine issue, that is of high quality, as to substance and moderate quality as to style so that the few changes are primarily of style. After a discussion with the supervisor(s) which confirms the employee's understanding of a novel issue, prepares a written product which is of high quality as to substance and moderate quality as to style so that the few changes are primarily of style.

Draft memoranda are generally well-reasoned and organized. With some supervisory assistance, exposition of issues, recommended courses of action, and alternatives generally are logical and complete. With few exceptions, memoranda are clear, accurate, and concise, but sometimes may require some revising or editing. Documents generally reflect sensitivity to the manner in which issues are presented in light of the intended reader. Demonstrates ability to revise work in response to general, as well as specific, comments by supervisors. Assumes responsibility for ensuring that final product is adequately proofread.

Name: Randolph S. Koch　　　　　　　Division/Office: IM/Disclosure and Review Branch 16

**Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue.**

| Assigned Weight: 15% | ☒ Critical ☐ Non-Critical | Element No. 3 of 7 |

3. **NEGOTIATION/RESOLUTION OF ISSUES/COMMENTS**

   <u>Minimally Satisfactory</u>

   Negotiation and resolution of issues and/or comments is generally of below average quality.

   Regularly, with supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that substantially resolve Branch comments. Sometimes knows when and to whom to refer comments and how to obtain response that is required.

   <u>Fully Successful</u>

   Negotiation and resolution of issues and/or comments is generally of average quality.

   With little supervision and direction, exercises professional judgment in dealing with outside counsel and other SEC staff in giving comments; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With some exceptions, knows when and to whom to refer comments and how to obtain response that is required.

   <u>Exceeds Fully Successful</u>

   Quality of negotiation and resolution of issues and/or comments is generally above-average.

   With very little supervision, exercises professional judgment in dealing with outside counsel and other SEC staff; clearly relates staff comments and positions to correct deficiencies discovered in examination of filings; and, obtains responses that completely resolve Branch comments. With few exceptions, knows when and to whom to refer comments/issues and how to get back what is required.

SEC 2331 (Rev. 3/96)　　　　　　- A -

6

Name: Randolph S. Koch    Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET Use one form for each element. Use reverse side to continue. | | | |
|---|---|---|---|
| Assigned Weight:   15% | ☒ Critical   ☐ Non-Critical | Element No.  4 | of  7 |

**4.   ORAL COMMUNICATION**

<u>Minimally Satisfactory</u>

Quality of oral communication is generally adequate, but needs improvement.

Attends and participates in staff and Commission meetings, meetings with registrants and private counsel, and conferences as required. In discussions and meetings, adequately discusses most routine and some complex or novel issues raised by assignments. Generally discusses relevant precedent and how assignments differ from precedent. Adequately responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Generally makes appropriate written records of oral communications. Responds to public inquiries accurately and in a timely fashion or, when appropriate, directs inquirer to appropriate source of assistance.

<u>Fully Successful</u>

In addition to Minimally Satisfactory, effectively discusses many complex or novel issues raised by assignments and usually suggests possible alternative courses of action. Thoroughly discusses relevant precedent and how assignments differ from precedent. Clearly and effectively responds to inquiries concerning facts, form requirements, issues presented, and recommended solutions. Effectively represents the Commission in discussions with registrants and their counsel on all routine and some complex or novel matters. Oral communication is generally of average quality.

<u>Exceeds Fully Successful</u>

In addition to Fully Successful, persuasively and effectively discusses the vast majority of complex and novel issues raised by assignments. Demonstrates the ability to articulately and persuasively address issues raised by complex and novel proposals and to suggest possible solutions to such issues by reference to analogous precedent. Clearly and effectively represents the Commission in discussions with registrants and their counsel on all routine and many complex or novel matters. The quality of oral communication is generally above-average.

SEC 2331 (Rev. 3/96)    - A -

7.

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue. |||
|---|---|---|
| Assigned Weight:  10% | ☒ Critical   ☐ Non-Critical | Element No.  5  of  7 |

5. **PERSONAL INTERACTIONS**

   <u>Minimally Satisfactory</u>

   Generally responds constructively to supervisors' editorial comments and criticisms. With direction from supervisor, coordinates work assignments with other essential staff and makes use of agency resources. Under supervision, provides follow-through on work assignments. For example, after problem is identified, employee determines appropriate office to which problem should be referred; gathers necessary background information; and, submits recommendation to Branch Chief for disposition. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Generally gives clear and reasonable guidance to support staff and is willing to coordinate needs for support staff time with those of other members of the staff. When requested, assists in review of filings assigned to other Branches and Offices.

   Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

   <u>Fully Successful</u>

   Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With some supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and shows initiative in the coordination of the needs for their time with members of the staff. Develops contacts within the Division and the Commission (<u>e.g.</u>, Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

   Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays professional demeanor and courtesy when dealing with Commission personnel, other government agencies, and the public.

SEC 2331 (Rev. 3/96)                    -A-

8

Name: Randolph S. Koch          Division/Office: IM/Disclosure and Review Branch 16

**Section I — JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET (Continued)**

Element No. __5__ of __7__

<u>Exceeds Fully Successful</u>

Responds constructively to supervisors' editorial comments and criticisms. Shows initiative in the coordination of work assignments with other essential staff and makes use of agency resources. With very little supervision, provides follow-through on work assignments. Works courteously with other staff on all assignments, including high priority projects and assignments with short deadlines. Gives clear and reasonable guidance to support staff and, where appropriate, coordinates the needs for their time with other members of the staff. Develops contacts within the Division and the Commission (<u>e.g.</u>, Division of Corporation Finance, Office of the General Counsel, etc.) that facilitate work of the office. Willingly assists in review of filings assigned to other Branches and Offices.

Conduct in the office comports with generally recognized standards for profession and with Commission Equal Employment Opportunity guidelines. Displays tact and sensitivity, in addition to professional demeanor and courtesy, when dealing with Commission personnel, other government agencies, and the public.

Name: Randolph S. Koch                    Division/Office: IM/Disclosure and Review Branch 16

| Section I – JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET Use one form for each element. Use reverse side to continue. ||||
|---|---|---|---|
| Assigned Weight: 15% | ☒ Critical  ☐ Non-Critical | Element No. 6 | of 7 |

6.  **TIME/PROJECT MANAGEMENT**

   <u>Minimally Satisfactory</u>

   With supervision, manages the timeliness of the comment process so that resolution generally falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/ Generally allocates time so that special assignments are completed within established deadlines. Generally completes assignments with no established deadlines within a reasonable amount of time. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

   <u>Fully Successful</u>

   With some supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution nearly always falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/ Usually allocates time so that special assignments are completed within established deadlines. Nearly always completes assignments with no established deadlines within a reasonable amount of time. With supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion.

   <u>Exceeds Fully Successful</u>

   With little supervision, manages the timeliness of the entire comment process, including the referral of accounting issues and financial statements to the appropriate staff for review, so that resolution falls within the time standards set forth in regulation, Division and Office policy or other due dates set by supervisor(s).1/ Nearly always allocates time so that special assignments are completed within established deadlines. Absent unusual difficulties, completes assignments with no established deadlines within a reasonable amount of time. With some supervisory assistance, adjusts workload priorities to accomplish multiple tasks within deadlines. Assists supervisors in advancing progress of work, advising them of matters that need their attention, difficulties that might impede progress, or events that may impact completion. Projects subject to short deadlines nearly always are completed on time.

1/ Currently the Division's policy is to give comments on (1) new registration statements within 30 days of filing; (2) post-effective amendments within 45 days of filing; (3) proxies within 10 days of filing; and, profiles, not filed with new funds, within 20 days of filing.

SEC 2331 (Rev. 3/96)                                           - A -

10

Name: Randolph S. Koch                Division/Office: IM/Disclosure and Review Branch 16

| Section I—JOB ELEMENTS AND PERFORMANCE STANDARDS WORKSHEET. Use one form for each element. Use reverse side to continue. |||
|---|---|---|
| Assigned Weight: 5% | ☒ Critical  ☐ Non-Critical | Element No. 7 of 7 |

7. **INTERNAL PROCEDURES AND CONTROLS**

   <u>Minimally Satisfactory</u>

   Demonstrates a working knowledge of Commission and office systems, such as employee time records, STATS, EDGAR, and the Disclosure Tracking System. Accurately prepares and submits reports in accordance with established procedures and deadlines. Generally updates Tracking and EDGAR Systems every week (or more often as requested by supervisors) to reflect progress of assignments. Completed travel vouchers are submitted within two weeks of traveler's return.

   <u>Fully Successful</u>

   In addition to Minimally Satisfactory, prepares and submits accurate and timely reports on own initiative and with little supervision. Familiarity with Commission procedures is used successfully to resolve disclosure issues.

   <u>Exceeds Fully Successful</u>

   Fully Satisfactory plus demonstrates a thorough knowledge of control procedures and office reporting systems and performs duties with little or no supervision on his/her own initiative.

SEC 2331 (Rev. 3/96)                         - A -

Section II—PERFORMANCE ACCOMPLISHMENTS  Please discuss employee's accomplishments in terms of each element. Continue on reverse and attach additional sheets if necessary. A completed copy of this page must be sent to the OAPM at the end of the rating period along with the completed page C.

1. **Review and Analysis**

   The quality of Mr. Koch's review and analysis during the rating period was not consistent. For example, in a filing made by the Firsthand Funds on July 16, 1999, Mr. Koch missed some routine comments and he was advised of it at the time. On other filings, for example a registration statement filed by the Discover Brokerage Index Series on June 16, 1999, and the Jacob Internet Fund, Mr. Koch's review was more complete. At the very end of the rating period, when Mr. Koch appeared to have a better understanding of the objectives and requirements of the new Form N-1A, the branch chief saw an improvement in Mr. Koch's ability to review and analyze filings under the new form.

   With regard to matters not relating to the new Form, Mr. Koch identified most routine issues in filings. Mr. Koch typically required some supervision to identify, evaluate and develop appropriate lines of inquiry. At the beginning of the rating period, Mr. Koch would write many questions on the filings he reviewed instead of identifying the issues and recommending appropriate resolution of the routine disclosure issues. After Mr. Koch was advised by the branch chief of this matter, Mr. Koch showed some improvement in this regard.

   While Mr. Koch generally knows the rules, releases and precedents under the Investment Company Act of 1940, he did not keep appraised of new developments and changes in staff positions. For example, he was not aware of the new requirement for funds to file a code of ethics. Mr. Koch's could improve the quality of his review if he consulted more with his branch chief and other staff members regarding new staff positions and current developments. In this regard, the branch chief established bi-weekly meetings with Mr. Koch in order to discuss his filings and other work. During those meetings, various issues were discussed and lines of inquiry were developed. Discussing the requirements of the new Form N-1A also enhanced his abilities to apply the requirements of the new Form.

   With limited assistance from the branch chief, he generally makes referrals of legal and accounting issues to appropriate members of the staff.

2. **Written Communications**

   Mr. Koch's comment letters generally demonstrate good writing skills, however, they required some revisions and corrections by the branch chief. At the beginning of the rating period, the branch chief found errors in Mr. Koch's comment letters that could have been avoided by better proofreading. For example, in a draft comment letter for the Jacob Internet Fund, it appeared that Mr. Koch did not assume the primary responsibility for ensuring that the letter was adequately proofread. Towards the end of the rating period, Mr. Koch applied himself more and the number of proofreading errors decreased.

   Mr. Koch's comment letters could be improved if he consulted more with his branch chief before writing a comment letter.

SEC 2331 (Rev. 3/96)    - B1 -

12

Name:  Randolph Koch     Division/Office:  Investment Management/Office of Disclosure & Review # 1

| Section II—PERFORMANCE ACCOMPLISHMENTS (Continued) |
| --- |

3. **Negotiation/Resolution of Issues/Comments**

    With very little supervision, Mr. Koch exercised professional judgment in dealing with outside counsel and other members of the staff. Mr. Koch clearly relates staff comments and positions to correct deficiencies found in filings. With only moderate supervision, Mr. Koch exercised sound judgment in negotiating satisfactory resolutions of routine comments. After negotiating a resolution, however, he did not ordinarily follow up the process and verify that a registrant complied with the comments. During the rating period the branch chief directed Mr. Koch to obtain drafts from the registrants of the revised disclosure. After directing Mr. Koch to get and review revised disclosure, the branch chief did not see much improvement in this regard. Mr. Koch needs to follow through on his comments to see that the responses by registrants are those sought by the staff.

    Mr. Koch generally knows when and to whom to refer these issues and how to obtain the needed information. There were instances, however, when the branch chief directed Mr. Koch to consult with certain staff members on technical issues, such as prior performance.

4. **Oral Communication**

    Mr. Koch is articulate and can present issues clearly and succinctly. With little or no supervision, in his comments to registrants Mr. Koch represented the Commission effectively on routine matters.
    Mr. Koch can respond to public inquiries, however, he needs to work more on promptly responding to telephone calls. The branch chief did receive during the rating period complaints from registrants on the difficulty of reaching Mr. Koch, or on his delay in responding to telephone calls. The branch chief believes Mr. Koch needs to work on more promptly responding to telephone calls from registrants.

    When he attends meetings, Mr. Koch can effectively discuss issues with his branch chief, other supervisors and staff.

5. **Personal Interactions**

    During the rating period, the branch chief saw Mr. Koch remain isolated in his office for extended periods of time. He rarely worked with other members of the office, except when instructed to do so. On several occasions, the branch chief directed Mr. Koch not to engage in day-to-day branch business by emails. Mr. Koch resisted that directive and continued to send long emails regarding routine issues. In an attempt to help correct this problem, the branch chief established a schedule of regular meetings with Mr. Koch in order to discuss work. Mr. Koch was informed at his progress review on February 10, 2000, of his need for improvement in this area. After the progress review, the branch chief did not notice any significant improvement in this regard.

    Mr. Koch could improve his skills and knowledge needed to perform at a higher level if he interacted more with his branch chief, assistant branch chief, and other staff members. The regularly scheduled meetings with the branch chief helped, but they are only a first step. Mr. Koch needs to demonstrate more initiative in coordinating his assignments with, and gathering necessary background information from, other members of the staff.

SEC 2331 (Rev. 3/96)                         - B2 -

13

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure & Review # 1

**Section II—PERFORMANCE ACCOMPLISHMENTS (Continued)**

6. **Time/Project Management**

   Mr. Koch continued to mismanage the timeliness of deadlines and his comments on filings were too often far beyond the time standards set forth by the Office of Disclosure and Review. Currently, the Office's policy is to give comments on new registration statements and on post-effective amendments in 30 and 45 days, respectively. According to the internal tracking records of the Office, during the period Sept. 24, 1999, to April 30, 2000, Mr. Koch gave comments on only 3 new registration statements, one of which was a limited or selective review. His average time to give comments was 70 days. For post-effective amendments, during this period Mr. Koch received a total of 32 filings, of which he gave comments on only 7, 3 of which he gave only limited review. His average time to give comments was 60 days. For the period May 1, 1999, to April 30, 2000, Mr. Koch's average time to give comments on new registration statements was 76 days, and 59 days for post-effective amendments.

   Mr. Koch regularly submitted filings to his branch chief late and failed to keep the branch chief apprised of his inability to meet the office deadlines. In order to remedy the excessive number of late filings, the branch chief took the extraordinary step of giving a due date on EDGAR to each filing assigned to Mr. Koch. During the rating period it was necessary for the branch chief to take the extraordinary step of transferring a registration statement from Mr. Koch to another member of the branch because Mr. Koch had not started his review before the due date given to him.

   Mr. Koch was informed at his progress review on February 10, 2000, of his need for improvement in this area. The branch chief did not notice any significant improvement in this area after the progress review. Mr. Koch needs to work at improving his skills of setting priorities and completing work on time. The branch chief has recommended to Mr. Koch that he take courses offered by the SEC in order to improve his skills, and a course on time management is in order.

7. **Internal Procedures and Controls**

   While Mr. Koch knows the Commission's and Office internal procedures and control systems, he does not timely update his records. Mr. Koch has a responsibility to keep the EDGAR system current with the dates he gives comments and the dates filings go effective ("disposition codes"). On many occasions the branch chief urged Mr. Koch to keep current with his EDGAR responsibilities, particularly disposition codes. These codes are critical because they are immediately reflected on the Commission's primary filing computer system. The public has access to the computer system and failure to enter a disposition code after a filing has gone effective would make it appear that the filing had not gone effective.

   Because Mr. Koch did not enter EDGAR disposition codes on a timely basis, and because Mr. Koch's EDGAR inbox had far too many old filings to be manageable, the branch chief took the extraordinary step of requiring Mr. Koch to complete out and enter disposition codes for a certain number of filings each week. Only after this plan was implemented did Mr. Koch's EDGAR inbox have a manageable number of filings.

   Another system Mr. Koch did not keep current was the Office's tracking system. During the rating period Mr. Koch was told of this problem and was given "error reports" from the tracking system.

   Mr. Koch was informed at his progress review on February 10, 2000, of his need for significant improvement with respect to tracking and EDGAR disposition codes. Mr. Koch needs to devote more time and effort towards keeping EDGAR and the tracking system current.

Name: Randolph Koch    Division/Office: Investment Management/Office of Disclosure and Review

## SECTION III—PERFORMANCE SUMMARY AND RATING

| Job Element (Identify title) | Critical or Non-Critical (C or NC) | Priority Weight | Element Rating (1-5) | Score |
|---|---|---|---|---|
| 1. Review and Analysis | C | 25% | 3 | 75 |
| 2. Written Communications | C | 15% | 4 | ~~90~~ 60 |
| 3. Negotiation/Resolution of Issues/Comments | C | 15% | 3 | 45 |
| 4. Oral Communication | C | 15% | 4 | 60 |
| 5. Personal Interactions | C | 10% | 2 | 20 |
| 6. Time/Project Management | C | 15% | 1 | 15 |
| 7. Internal Procedures and Controls | C | 5% | 1 | 5 |

The PERFORMANCE RATING is based on your total score except if a critical element is Unsatisfactory, the overall rating is Unsatisfactory.

TOTAL SCORE: 280 ~~310~~

### OVERALL PERFORMANCE RATING

☐ Outstanding (450—500)   ☐ Exceeds Fully Successful (380—449)   ☐ Fully Successful (285—379)   ☐ Minimally Satisfactory (200—284)   ☒ Unsatisfactory (100—199)

Rating Official's Signature and Title: Richard Pfordte, Branch Chief    Date: Sept 18, 2000

Reviewing Official's Signature and Title: Frank J. Donaty, Jr., Assistant Director    Date: Sept. 18, 2000

Employee's Signature (Indicates appraisal meeting held.): Randolph Koch    Date: 9-18-00    Employee Comments Attached ☐ Yes ☒ No

### SECTION IV—PERFORMANCE RECOGNITION (See Section V on reverse side for SES employees.)

☐ Recommended Quality Step Increase (QSI) (Outstanding rating required) Applies only to GS employees. I expect employee's performance to continue at this level.

☐ Recommended Performance Award. Applies to GS and PR employees.
$ _____ or % _____

Has the employee been promoted within the last 4 months?  ☐ Yes  ☐ No  If yes, the rating official should contact the servicing personnel specialist in the Office of Administrative and Personnel Management.

Rating Official's Signature and Title    Date

Reviewing Official's Signature and Title    Date

Division Director/Office Head/Regional Administrator's Signature    Date

OAPM/Executive Director/Chairman Approval (as appropriate)    Date

Payment authorized by Office of Administrative and Personnel Management    Date    OAPM Code

SEC 2331 (Rev. 3/96)    - C -

15.