UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| RANDOLPH S. KOCH, ) | |
| Plaintiff ) | |
| v. ) | C.A. No. 06-0656 (PLF) |
| CHRISTOPHER COX, ) | |
| Defendant. ) | |

### Plaintiff's Motion for An Enlargement Of Time to April 25, 2007 in Which To File His Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion

Plaintiff Randolph S. Koch hereby moves this Court for an enlargement of time to April 25, 2007 in which to file his reply memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) motion.

Plaintiff has consulted opposing counsel Marina Braswell, Esq., who has stated that there will be no opposition to this motion.

Plaintiff is proceeding pro se and has limited time to work on this matter beyond his full-time employment. Because of a religious observance over the last week-and-a-half, the personal time that he could devote to this matter was even more limited. Plaintiff believes he can complete his work on this matter with two additional weekends.

Based on the foregoing, Plaintiff respectfully requests that the Court grant the relief requested herein, and extend the due date for his reply memorandum to April 25, 2007.

Respectfully submitted,

April 11, 2007
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(W) 202-551-6984

CERTIFICATE OF SERVICE

     Plaintiff Randolph S. Koch hereby certifies under penalty of perjury that he caused a copy of the <u>Plaintiff's Motion for An Enlargement Of Time to April 25, 2007 in Which To File His Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion</u> to be served, by depositing it in first class mail, postage prepaid, on April 11, 2007 addressed to the following individual:

Marina Utgoff Braswell, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

4/11/07
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(H) 301-656-0645