UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 06-0656 (PLF) |
| ) | |
| CHRISTOPHER COX, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to April 25, 2007 to file his Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Reply by April 25, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C.  20530