UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 06-0656 (PLF) |
| ) | |
| CHRISTOPHER COX, ) | |
| ) | |
| Defendant. ) | |

### Plaintiff's Motion for A Second Enlargement Of Time to May 7, 2007 in Which To File His Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion

Plaintiff Randolph S. Koch hereby moves this Court for an additional enlargement of time to May 7, 2007 in which to file his reply memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) motion.

Plaintiff has attempted to reach opposing counsel Marina Braswell, Esq., to determine whether there will be opposition to this motion. Plaintiff was unsuccessful in reaching her, so he does not know whether this motion will be opposed.

Plaintiff is proceeding pro se and has limited time to work on this matter beyond his full-time employment. Some personal matters unexpectedly intruded into his plans to work on his reply over the last two weekends. Plaintiff moved his residence last year but has been living with only a few pieces of furniture since that time, primarily because of financial limitations. The weekend before last, plaintiff was unexpectedly presented with the opportunity to purchase some furniture that he could afford as well as the opportunity

to receive some furniture from a family member who was making some purchases as well. Plaintiff had to spend considerable time and energy preparing for and carrying out what was, in essence, a continuation of his residential move. This came unexpectedly at a time when he originally believed he would be completing the reply. Plaintiff could not postpone or turn down the opportunity to obtain that which was necessary for a reasonable level of comfort in his home such as a sofa and other items. Prior to this, he has been living with almost no furniture other than a bed.

Plaintiff does not believe the defendant is prejudiced by this delay, which is of limited duration.

Based on the foregoing, Plaintiff respectfully requests that the Court grant the relief requested herein, and extend the due date for his reply memorandum to May 7, 2007.

Respectfully submitted,

April 25, 2007
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814
(H) 301-656-0645
(W) 202-551-6984

2

## CERTIFICATE OF SERVICE

     Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Motion for A Second Enlargement Of Time to May 7, 2007 in Which To File His Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion* by depositing same in first class mail, postage prepaid, on April 25, 2007, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530

4/25/07
Date

RANDOLPH S. KOCH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, )<br>)<br>Defendant. )<br>) | C.A. No. 06-0656 (PLF) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to May 7, 2007 to file his Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Reply by May 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530