UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDOLPH S. KOCH,            )
                             )
    Plaintiff                )
                             )
    v.                       )   C.A. No. 06-0656 (PLF)
                             )
CHRISTOPHER COX,             )
                             )
    Defendant.               )

**Plaintiff's Motion for A Third Enlargement Of Time to May 11, 2007 in Which To File His Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion**

Plaintiff Randolph S. Koch hereby moves this Court for an additional enlargement of time to May 11, 2007 in which to file his reply memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) motion.

Plaintiff has attempted to reach opposing counsel Marina Braswell, Esq., to determine whether there will be opposition to this motion. Plaintiff was unsuccessful in reaching her, so he does not know whether this motion will be opposed.

Plaintiff is proceeding pro se and has limited time to work on this matter beyond his full-time employment.

Plaintiff was unable to complete his work on the Reply this past weekend, and needs several more days. He has had to devote much of his time the last several days working on a comment letter as part of his regular work at the Securities and Exchange

Commission   Plaintiff had to do some of that work this past weekend. This took away from the time Plaintiff was able to devote to completing the Reply.

Plaintiff does not believe the defendant is prejudiced by this delay, which is of limited duration.

Based on the foregoing, Plaintiff respectfully requests that the Court grant the relief requested herein, and extend the due date for his reply memorandum to May 11, 2007.

Respectfully submitted,

May 7, 2007
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(W) 202-551-6984

2

## CERTIFICATE OF SERVICE

  Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Motion for A Third Enlargement Of Time to May 11, 2007 in Which To File His Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion* by depositing same in first class mail, postage prepaid, on May 7, 2007, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
  for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530


5/07/07
Date

RANDOLPH S. KOCH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,            )<br>)<br>Plaintiff                    )<br>)<br>v.                             )<br>)<br>CHRISTOPHER COX,              )<br>)<br>Defendant.                    )<br>_____) | C.A. No. 06-0656 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time to May 11, 2007 to file his Reply Memorandum to Defendant's Opposition to Plaintiff's Rule 56(f) Motion, it is by the Court hereby

ORDERED that the motion be and hereby is GRANTED, and plaintiff shall file his Reply by May 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:

Copies to:

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

MARINA UTGOFF BRASWELL, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530