UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDOLPH S. KOCH, )
)
    **Plaintiff** )
)
v. ) Civ. Action No. 06-0656(PLF)
)
CHRISTOPHER COX, )
)
    **Defendant.** )
_____)

### Plaintiff's Motion Pursuant to Rules 33, 34 and 36 to Extend the Time to Serve Responses to Interrogatories, Document Requests and Requests for Admissions

Plaintiff Randolph S. Koch hereby moves that this Court extend the time for his responses to Defendant's Interrogatories, Document Requests and Requests for Admissions to September 19, 2007. Defendant Christopher Cox served his requests upon Plaintiff by mail on August 1, 2007. Pursuant to the thirty day requirements of Rules 33, 34 and 36 Fed.R.Civ.Proc., plus the additional three days added by Rule 6(e), Plaintiff's responses are due today, September 4, 2007,

Plaintiff has not received a response to his August 31, 2007 email to Defendant's counsel, Marina Braswell, Esq., requesting a stipulated extension. See Plaintiff Exhibit 1.

Defendant has served Plaintiff with 25 interrogatories, plus numerous document requests and admission requests. Plaintiff has been working on these various tasks, but finds that the scope and breadth of the requests necessitates more than the usual 30 day time frame. Koch is limited in the time he can devote to this matter, since he is pro se and employed full time. Koch has been diligently reviewing documents, assembling them and drafting responses to the interrogatories and admission requests.

Koch served Defendant Cox with his initial discovery requests on July 17, 2007.

Koch served the defendant with less than half the number of interrogatory requests he received from the defendant. On August 2, 2007, Koch agreed by email with Defendant's Attorney, Marina Braswell, Esq., to an extension to August 31, 2007 for the defendant's responses. See Plaintiff's Exhibit 2.

Koch has just received Defendant's responses. Most were almost completely non-responsive, often merely asserting that the requests were burdensome and irrelevant. Such responses generally failed to explain why. Where there were substantive responses, they were minimal, and did not come close to satisfying the requirement of completeness. In some cases, the responses merely referred to documents not otherwise provided with the production request. In one instance, Defendant asserted that the information could not be provided until there was an appropriate protective order.[1]

Other than that, the only document production made by Defendant was a single document of less than ten pages in length.

By contrast, Koch intends to conscientiously provide the most complete and comprehensive responses possible. To do that, he needs additional time.

---

[1] Defendant, however, has yet to propose a protective order to Plaintiff or to the Court. At the June 9th status conference, as Plaintiff recalls, Defendant's Counsel stated that a protective order would be necessary because Defendant would provide private personnel records of other SEC employees. During a colloquy with the Judge, Ms. Braswell said that she had a copy of the protective order signed by the Court in another pending case between the parties and would propose the same for this case. She never did so. Needless to say, Ms. Braswell has delayed production of vital, relevant documents and has done nothing to advance the discovery process by submitting to Plaintiff a proposed protective order or otherwise notified him concerning her intentions in that connection.

2

Based on the foregoing, Koch respectfully request that the Court grant the requested 15 day extension to respond to the discovery requests to September 19, 2007.

Respectfully submitted,

9-04-07
Date

RANDOLPH S. KOCH
Plaintiff Pro Se
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(W) 202-551-6984
(O) 301-656-0645

# Koch, Randolph S.

**From:** Koch, Randolph S.
**Sent:** Friday, August 31, 2007 11:22 PM
**To:** 'Braswell, Marina (USADC)'
**Subject:** Discovery requests

Ms. Braswell:

I request that you agree to a fifteen day extension for my discovery responses. Because of the voluminous nature of the documents necessary to respond to your requests, I have not yet completed the process. Thank you in advance for your cooperation.

Randolph Koch

EXHIBIT 1

1

## Koch, Randolph S.

**From:** Koch, Randolph S.
**Sent:** Thursday, August 02, 2007 5:21 PM
**To:** 'Braswell, Marina (USADC)'
**Subject:** RE: Discovery requests sent to you today

I have no problem with an extension. In the event I need one at some point, I hope you will be similarly accommodating.

---

**From:** Braswell, Marina (USADC) [mailto:Marina.Braswell@usdoj.gov]
**Sent:** Thursday, August 02, 2007 1:31 PM
**To:** Koch, Randolph S.
**Subject:** FW: Discovery requests sent to you today

Mr. Koch,

Please respond to my question about an extension.

Thank you,

Marina Utgoff Braswell
Assistant U.S. Attorney

---

**From:** Braswell, Marina (USADC)
**Sent:** Wednesday, August 01, 2007 6:17 PM
**To:** 'Koch, Randolph S.'
**Subject:** Discovery requests sent to you today

Mr. Koch,

Attached are interrogatory requests and requests for production of documents served on you today by mail. I just received the discovery requests you sent to me. In the future, please also fax something like that to me at 202-514-8780, as our mail is extremely delayed in getting to us.

I am writing to seek your agreement to giving us until August 31, 2007, in which to respond to your discovery requests. I will be out of the office Aug. 6-17 and thus it will be difficult to coordinate responses with the agency during this time. Please let me know your position tomorrow if possible.

Thank you,

Marina Utgoff Braswell
Assistant U.S. Attorney

<<interrs.req.pdf>> <<docpro.req.pdf>> <<Article 25 of the CBA.pdf>> <<Donaty Deposition.pdf>> <<final agency decision.pdf>>

EXHIBIT 2

9/4/2007

## CERTIFICATE OF SERVICE

      Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Motion Pursuant to Rules 33, 34 and 36 to Extend the Time to Serve Responses to Interrogatories, Document Requests and Requests for Admissions* by depositing same in first class mail, postage prepaid, on September 4, 2007, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
      for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530


9-04-07
Date

                                                RANDOLPH S. KOCH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH,         )<br>                           )<br>     Plaintiff             )<br>                           )<br>     v.                    )<br>                           )<br>CHRISTOPHER COX,           )<br>                           )<br>     Defendant.            )<br>_____) | Civ. Action No. 06-0656(PLF) |

## ORDER

Upon consideration of Plaintiff's Motion Pursuant to Rules 33, 34 and 36 to Extend the Time to Serve Responses to Interrogatories, Document Requests and Requests for Admissions, and the record herein, it is this _____ day of _____,

ORDERED that plaintiff's Motion be GRANTED, and it is further

ORDERED that Plaintiff's Responses to Defendant's Discovery Requests will be due on September 19, 2007.

_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Randolph S. Koch
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

Marina Braswell, Esq.
Office of the United States Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530