UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civ. Action No. 06-0656(PLF) |
| ) | |
| CHRISTOPHER COX, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

RECEIVED
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff's Motion Pursuant to Rules 33, 34 and 36 for a Second Extension of the Time to Serve Responses to Interrogatories, Document Requests and Requests for Admissions**

Plaintiff Randolph S. Koch hereby moves that this Court grant Plaintiff an additional extension of the time for his responses to Defendant's Interrogatories, Document Requests and Requests for Admissions to September 28, 2007. Defendant sought and was granted an extension to today, September 19, 2007 to file his responses.

Plaintiff attempted to reach Defendant's counsel, Marina Braswell, by email seeking a stipulated new deadline, but has not received a reply.

Defendant's discovery requests are substantial and have demanded a great deal of time and effort. Plaintiff, despite his best efforts, still has not completed the task.

Defendant, who is pro se and employed by the defendant, must do most of this work on weekends. Two weekends ago, on September 8th and 9th, plaintiff lost an entire weekend of work when his apartment's air conditioning went out in temperatures hovering near 90 degrees. Plaintiff tried to work for a time in the heat, but had to leave his apartment and stay with relatives for most of the weekend.

Plaintiff has also sent a copy of the protective order issued by the Court in the related case between the parties so that this issue does not further delay discovery. See Plaintiff's exhibit 3, attached.

Based on the foregoing, Koch respectfully request that the Court grant the requested 15 day extension to respond to the discovery requests to September 28, 2007.

Respectfully submitted,

9/19/2007
Date

RANDOLPH S. KOCH
Plaintiff Pro Se
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814
(W) 202-551-6984
(O) 301-656-0645

**Koch, Randolph S.**

| | |
|---|---|
| **From:** | Koch, Randolph S. |
| **Sent:** | Wednesday, September 19, 2007 4:55 PM |
| **To:** | 'Braswell, Marina (USADC)' |
| **Subject:** | Discovery Requests and Protective Order |
| **Attachments:** | KochvCoxProtectiveOrder021492.pdf |

Dear Ms. Braswell:

I am still working on your discovery requests. I find that I will need a little more time. Although I have completed much of the work, there are still some documents that have to be copied and additional work needs to be done on the interrogatories and admission requests.

Also, because of the nature of some the requests, I, too, would like a protective order.

I ask for your agreement for an extension to a week from Friday, or September 28th. I believe I can finish everything by then and hopefully we can get a protective order in place.

I have not heard from you regarding the order, so I retrieved a pdf copy of the order that was entered in the other Koch v. Cox case and which seemed to be preferred by the Court.

I have been trying to convert this into a document readable by a word processing program, but without success. I might have to scan it and run it through optical character recognition. That would take some time, since I would then have to go through the text to correct manually what the OCR software didn't convert properly.

Please let me know if you have a better copy of this document that we could modify and adapt for use in this case. Otherwise, I will go ahead and try to get this one into a form we can use.

Thank you in advance for your cooperation in the extension request and in getting the protective order done.

Randolph Koch



KochvCoxProtectiv
eOrder021492....

**EXHIBIT 3**

## CERTIFICATE OF SERVICE

      Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Motion Pursuant to Rules 33, 34 and 36 for a Second Extension of the Time to Serve Responses to Interrogatories, Document Requests and Requests for Admissions* by depositing same in first class mail, postage prepaid, on September 19, 2007, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
      for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

9/19/2007
Date

RANDOLPH S. KOCH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER COX, ) <br> ) <br> Defendant. ) <br> _____) | Civ. Action No. 06-0656(PLF) |

## ORDER

Upon consideration of Plaintiff's Motion Pursuant to Rules 33, 34 and 36 for a Second Extension of the Time to Serve Responses to Interrogatories, Document Requests and Requests for Admissions, and the record herein, it is this _____ day of _____,

ORDERED that plaintiff's Motion be GRANTED, and it is further

ORDERED that Plaintiff's Responses to Defendant's Discovery Requests will be due on September 28, 2007.

_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Randolph S. Koch
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814

Marina Braswell, Esq.
Office of the United States Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530