UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| RANDOLPH S. KOCH,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER COX,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-0656 (PLF)<br>)<br>)<br>)<br>)<br>) |

### Plaintiff's Motion for Protective Order

Plaintiff Randolph S. Koch hereby moves that this Court issue a protective order to protect certain documents and other information which may be disclosed by either party to this case. The issuance of a protective order should advance the discovery process in this case.

Plaintiff has been unsuccessful in achieving agreement with Defendant's Counsel on a stipulated protective order. Plaintiff, therefore, asks that this Court issue an order that is almost identical to the order issued by this Court in the related case between the parties, *Koch v. Cox*, C.A. No. 02-1492 (PLF). Because Defendant's Counsel, Marina Braswell, Esq. has not responded to Koch's request that they agree on a composite order incorporating provisions of an order she suggested and the order in C.A. 02-1492, Koch must assume that the Defendant may oppose this motion. Koch attempted to obtain Ms. Braswell's consent but has not heard back from her.

## Chronology

Defendant's Counsel previously expressed her client's intention to seek a protective order so that records subject to the Privacy Act could be provided in discovery. Plaintiff also recalls a conversation between Ms. Braswell and the Court at the June status conference in which the Court expressed its wish that the parties agree to a protective order like the order issued by the Court in C.A. 02-1492. Ms. Braswell said she had a copy of that order and would seek Plaintiff's agreement before submitting it to the Court.

Over the months, Plaintiff has repeatedly requested that Ms. Braswell agree to a protective order either identical to or an appropriate composite incorporating certain provisions of the order in place in C.A. 02-1492.

On September 19, 2007, Plaintiff sent Ms. Braswell an adobe acrobat version of the order from C.A. 02-1492, suggesting that the parties modify it for use in this case. *Pl. Exh. 1.* On September 28th, Plaintiff again asked for Ms. Braswell to respond concerning the protective order. *Pl. Exh. 2.*

On October 9, 2007, Ms. Braswell sent Plaintiff an entirely different version of a proposed protective order. Plaintiff first saw the version on October 10th. *Pl. Exh. 4.* On October 24, 2007, Plaintiff sent a revised protective order draft to Ms. Braswell, which was a composite of the version Ms. Braswell sent to Plaintiff on October 9th, and the version adopted by the Court in C.A. 02-1492. *Pl. Exh. 7.* Plaintiff did so in order to comply with the Court's expressed preference for the protective order in the earlier case.

Ms. Braswell did not respond for over three weeks. On November 14, 2007, Plaintiff emailed Ms. Braswell requesting her response to the revision proposed on October 24th. *Pl. Exh. 8.* On November 15th, Ms. Braswell emailed Koch and stated that

she would be back in touch on November 19th. *Pl. Exh. 9.* It is now November 23rd, and Plaintiff has not heard from Ms. Braswell.

As a result of this delay of over two months in getting a protective order in place, discovery has effectively ground to a halt. Plaintiff was only responsible for two weeks of this, and this was because he had to spend a considerable period of time scanning the printout from PACER of the protective order from C.A. 02-1492. (He was not able to convert it into a modifiable word processing document.) Plaintiff had to run the scan through an optical character recognition program, make a large number of edits and do considerable retyping, all of which could have been avoided had Ms. Braswell obtained the Word or WordPerfect version from her office's computer system. Finally, Plaintiff spent even more hours carefully incorporating the appropriate portions of the protective order from C.A. 02-1492 into the version proposed by Ms. Braswell on October 9th. To accommodate the wishes of the Defendant and the Court, Plaintiff developed a composite document incorporating the important provisions from the 02-1492 order into Ms. Braswell's proposed order.

This unnecessary delay of over two months has seriously eaten into the time allotted for discovery. While Plaintiff still has some discovery obligations to meet[1], at

---

[1] Plaintiff provided 38 pages of interrogatory responses in September. The answers were responsive and substantive to the extent Plaintiff had information. Plaintiff could have provided even more comprehensive responses had Defendant provided meaningful and complete responses to Plaintiff's document requests. Defendant has an overwhelming monopoly on the documentary information which Plaintiff finds necessary to respond completely and to develop his case. Plaintiff is putting the finishing touches on the responses to Defendant's request for admissions. Plaintiff could have complied with his document production obligations already had the Defendant agreed to a protective order. Plaintiff intends to do so anyway, but had hoped to avoid doing the document production piecemeal because the documents are bates-stamped, and protected or confidential [continues]

3

least he has provided substantive and meaningful responses to the Defendant's interrogatories. Defendant, by contrast, has provided virtually no meaningful responses to Plaintiff's interrogatories and only a few pages of documents. Generally, Defendant has asserted a number of privileges and other objections, or has stated that Defendant cannot answer or produce without a protective order. Defendant has provided almost no meaningful information in its discovery responses to this date.

Plaintiff hopes that quick approval by the Court of a satisfactory protective order will remove at least this roadblock. Plaintiff will be preparing a letter concerning the deficiencies in Defendant's responses and hopes that such action, plus quick resolution of the protective order issue, will enable discovery to proceed expeditiously.

Based on the foregoing, Plaintiff requests that the Court grant the relief requested herein.

Respectfully submitted,

11-23-2007
Date

RANDOLPH S. KOCH
Plaintiff Pro Se
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(O) 202-551-6984

---

material is interspersed with non-protected material. Piecemeal production is more burdensome. Nevertheless, Plaintiff's response to discovery has been far more forthcoming than that provided by the SEC.

4

## CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Motion for A Protective Order* by depositing same in first class mail, postage prepaid, on November 23, 2007, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530


11-23-2007
_____
Date

RANDOLPH S. KOCH
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814
(H) 301-656-0645
(O) 202-551-6984

5

## Koch, Randolph S.

**From:** Braswell, Marina (USADC) [Marina.Braswell@usdoj.gov]
**Sent:** Thursday, September 20, 2007 5:37 PM
**To:** Koch, Randolph S.
**Subject:** RE: Discovery Requests and Protective Order

Dear Mr Koch,

I do not oppose your request for a further extension of time. Next time please ask with more lead time if possible. I was at a deposition all day yesterday.

I will get back to you tomorrow regarding the protective order. We have a standard one in our office that we now use, and I do not know if it is significantly different than the one you have sent.


Marina Utgoff Braswell
Assistant U.S. Attorney

---

**From:** Koch, Randolph S. [mailto:KochR@SEC.GOV]
**Sent:** Wednesday, September 19, 2007 4:55 PM
**To:** Braswell, Marina (USADC)
**Subject:** Discovery Requests and Protective Order

Dear Ms. Braswell:

I am still working on your discovery requests. I find that I will need a little more time. Although I have completed much of the work, there are still some documents that have to be copied and additional work needs to be done on the interrogatories and admission requests.

Also, because of the nature of some the requests, I, too, would like a protective order.

I ask for your agreement for an extension to a week from Friday, or September 28th. I believe I can finish everything by then and hopefully we can get a protective order in place.

I have not heard from you regarding the order, so I retrieved a pdf copy of the order that was entered in the other Koch v. Cox case and which seemed to be preferred by the Court.

I have been trying to convert this into a document readable by a word processing program, but without success. I might have to scan it and run it through optical character recognition. That would take some time, since I would then have to go through the text to correct manually what the OCR software didn't convert properly.

Please let me know if you have a better copy of this document that we could modify and adapt for use in this case. Otherwise, I will go ahead and try to get this one into a form we can use.

Thank you in advance for your cooperation in the extension request and in getting the protective order done.

Randolph Koch

<<KochvCoxProtectiveOrder021492.pdf>>



11/21/2007

## Koch, Randolph S.

**From:** Koch, Randolph S.
**Sent:** Friday, September 28, 2007 11:50 PM
**To:** 'Braswell, Marina (USADC)'
**Subject:** Interrogatory Responses

**Attachments:** PlAnsCoxInterr092807 (2).pdf

Dear Ms. Braswell:

I am enclosing my responses to your first set of interrogatories on behalf of the SEC.

Several days ago, I asked if you could send me an electronic copy of the requests for admissions. I seem to have misplaced the hard copy, and you did not send an electronic copy with the original discovery requests. If I can find the hard copy over the weekend, I will respond to it and forward it within the next couple of days.

I haven't heard from you concerning the protective order and I cannot send the bundle of documents, which totals hundreds of pages, without one in place. I don't know if you tried to send an email to me today—apparently I received some large attachments and my inbox filled up, perhaps blocking other incoming emails. If you sent an email and it was returned, I apologize.

Although only some of the documents would be subject to the protective order, namely medical and financial records, it would be extremely difficult and cumbersome to extract those pages subject to the order, send the rest and then reassemble the package which is already bates stamped. I would like to send the bundle in one piece as soon as we get a protective order issued by the court.

If you have a draft of a protective order, please send it as soon as possible. I have downloaded and scanned the order the judge signed in C.A. 02-1492, but it needs some additional typing and proofreading.

I hope you will agree to a short extension on the request for admissions and the document production until I can get another copy of the former and
the protective order for the latter. Thank you.

Randolph Koch



PlAnsCoxInterr092
807 (2).pdf (...



1

## Koch, Randolph S.

| | |
|---|---|
| **From:** | Braswell, Marina (USADC) [Marina.Braswell@usdoj.gov] |
| **Sent:** | Monday, October 01, 2007 10:19 PM |
| **To:** | Koch, Randolph S. |
| **Subject:** | Your discovery responses and protective order |
| **Attachments:** | admissions.req.pdf |

Mr. Koch,

This is in response to your September 28th e-mail, as I was out of town that day.

I am enclosing a pdf version of our requests for admissions.

I will try and get a draft protective order to you Wednesday. I know I have said I would get it to you earlier, but the last few weeks I have either been in depositions, addressing emergency matters in other cases, or working on a putative class action case that involved Court hearings and several filings.

We will agree to another short extension for your admission responses and document production.

Marina Utgoff Braswell

<<admissions.req.pdf>>



11/21/2007

## Koch, Randolph S.

**From:** Braswell, Marina (USADC) [Marina.Braswell@usdoj.gov]
**Sent:** Thursday, October 11, 2007 1:43 PM
**To:** Koch, Randolph S.
**Subject:** RE: Draft protective order

This is the standard protective order this office uses, adapted to the fact that you are pro se and have information you want to keep confidential, as opposed to just addressing the government's need to keep Privacy Act protected material confidential.

---

**From:** Koch, Randolph S. [mailto:KochR@SEC.GOV]
**Sent:** Wednesday, October 10, 2007 9:47 PM
**To:** Braswell, Marina (USADC)
**Subject:** RE: Draft protective order

I have received it and need a little time to look it over. It is considerably different from the order issued by the Court in 02-1492.

---

**From:** Braswell, Marina (USADC) [mailto:Marina.Braswell@usdoj.gov]
**Sent:** Tuesday, October 09, 2007 7:27 PM
**To:** Koch, Randolph S.
**Subject:** Draft protective order


Mr. Koch,

I thought the attached draft had been sent to you last Friday but apparently my computer did not do as instructed. I trust this draft protective order gets to you this time. Please acknowledge receipt.

Thank you,

Marina Utgoff Braswell
Assistant U.S. Attorney

<<protective.order.wpd>>



## Koch, Randolph S.

**From:** Koch, Randolph S.
**Sent:** Monday, October 22, 2007 6:05 PM
**To:** 'Braswell, Marina (USADC)'
**Subject:** RE: Draft protective order

Ms. Braswell,

I need a little more time. I do expect to have some proposed edits. I'll try to get back to you tomorrow.

Randolph Koch

**From:** Braswell, Marina (USADC) [mailto:Marina.Braswell@usdoj.gov]
**Sent:** Wednesday, October 17, 2007 9:08 PM
**To:** Koch, Randolph S.
**Subject:** Draft protective order

Mr. Koch,

Please let me know if you have any suggested edits to the draft protective order I sent to you. I would like to get it filed by this Monday.

Thank you,

Marina Utgoff Braswell
Assistant U.S. Attorney



Case 1:06-cv-00656-PLF   Document 30   Filed 11/23/2007   Page 11 of 14

**Koch, Randolph S.**

| | |
|---|---|
| **From:** | Koch, Randolph S. |
| **Sent:** | Tuesday, October 23, 2007 11:09 PM |
| **To:** | 'Braswell, Marina (USADC)' |
| **Subject:** | Protective Order |

Ms. Braswell,

I am not quite done with my suggested revisions. It will probably be one more day.

Randolph Koch



# Koch, Randolph S.

**From:** Koch, Randolph S.
**Sent:** Wednesday, October 24, 2007 9:38 PM
**To:** 'Braswell, Marina (USADC)'
**Subject:** Revised protective order

**Attachments:** KochvCoxProtOrder.wpd

Ms. Braswell:

I have revised your proposed protective order to incorporate language from the protective order approved by the court in the other Koch v. Cox case. At the status conference, the Judge expressed a strong preference for an order along those lines. I have tried to make certain that all revisions are italicized so that you can identify them.

Specifically, I have added language similar to that in the other order with respect to procedures concerning court filings, depositions, producing entities (such as health care providers) and an acknowledgment to be signed by certain categories of other persons, e.g., contractors, experts, consultants, and stenographers.

Once we decide on the final language, it should be simple enough to remove the italicization and add in pagination, which I have not done.

Randolph Koch



KochvCoxProtOrder
.wpd (53 KB)



1

**Koch, Randolph S.**

**From:** Koch, Randolph S.
**Sent:** Wednesday, November 14, 2007 11:37 PM
**To:** 'Braswell, Marina (USADC)'
**Subject:** Koch v. Cox -- C.A. 06-0656

Ms. Braswell:

It's been some time since I sent you a revised proposed protective order. Please let me know if that one was acceptable. A great deal of time has gone by and I would like to move forward. I will not have access to this email tomorrow but perhaps we can resolve this on Friday. Thank you.

Randolph Koch



1

## Koch, Randolph S.

**From:** Braswell, Marina (USADC) [Marina.Braswell@usdoj.gov]
**Sent:** Thursday, November 15, 2007 6:31 PM
**To:** Koch, Randolph S.
**Subject:** RE: Koch v. Cox -- C.A. 06-0656

Mr. Koch,

I am in a deposition tomorrow so I will get back to you Monday.

Thank you,

Marina Utgoff Braswell
Assistant U.S. Attorney

---

**From:** Koch, Randolph S. [mailto:KochR@SEC.GOV]
**Sent:** Wednesday, November 14, 2007 11:37 PM
**To:** Braswell, Marina (USADC)
**Subject:** Koch v. Cox -- C.A. 06-0656

Ms. Braswell:

It's been some time since I sent you a revised proposed protective order. Please let me know if that one was acceptable. A great deal of time has gone by and I would like to move forward. I will not have access to this email tomorrow but perhaps we can resolve this on Friday. Thank you.

Randolph Koch

