UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RANDOLPH S. KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-0656 PLF |
| | ) | |
| CHRISTOHPER COX, | ) | |
| CHAIRMAN, | ) | |
| U.S. SECURITIES AND | ) | |
| EXCHANGE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT MOTION TO EXTEND DISCOVERY AND
<u>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties respectfully request an extension of time, to and including February 29, 2008, in which to conduct discovery in this case.  The parties' efforts to conduct discovery have been hampered in part by the deposition schedule of defense counsel in another class action case, in which the plaintiffs took over 30 depositions between September and mid-November. As defense counsel in this case covered most of those depositions, she was absent for the office for extended periods of time. Additionally, at Thanksgiving defense counsel's 90-year old mother became critically ill.  Defense counsel has needed to be out of the office, and out of town, to take her mother to numerous doctor and hospital visits, and diagnostic testing has not yet been completed.

The issue of a protective order to be entered in this case,

the briefing of which has not yet been completed, still needs to be resolved, and after that additional discovery must be exchanged between the parties before depositions can occur.

Therefore, in light of the foregoing, the parties jointly request an extension of discovery to February 29, 2008.

Additionally, in light of the foregoing, and the fact that defense counsel had a lengthy Court hearing December 10th and had to be out of town again December 11th to take her mother to the hospital, defendant requests an extension of time, to and including December 14, 2007, in which to respond to plaintiff's motion for a protective order.  Plaintiff has consented to this motion.

Executed this 12th day of December, 2007

Respectfully submitted,

_____/s/_____            _____/s/_____
RANDOLPH S. KOCH                    JEFFREY A. TAYLOR
7701 Woodmont Ave., Apt. 807        D.C. BAR # 498610
Bethesda, MD 20814
202-551-6984 (O)                    _____/s/_____
301-656-0645 (H)                    RUDOLPH CONTRERAS
                                    D.C. BAR #434122
                                    Assistant United States Attorney


                                    _____/s/_____
                                    MARINA UTGOFF BRASWELL
                                    D.C. BAR #416587
                                    Assistant U.S. Attorney
                                    U.S. Attorney's Office
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7226

Plaintiff Pro Se                    Counsel for Defendant

- 2 -

SO ORDERED:

_____        _____
DATE                                    UNITED STATES DISTRICT JUDGE