```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0656 PLF |
| ) | |
| CHRISTOPHER COX, ) | |
|   CHAIRMAN, ) | |
|   U.S. SECURITIES AND ) | |
|   EXCHANGE COMMISSION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S CONSENT MOTION TO EXTEND DISCOVERY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, up to and including April 30, 2008, in which to conduct discovery in this case. Since defendant filed his last motion to extend discovery, lead defense counsel has had virtually no time to work on this case. Defense counsel's mother remained critically ill and subsequently died January 12, 2008. Defense counsel has been out of the office for extended periods, out of town, to deal with issues surrounding her mother's death and the funeral, scheduled for February 29th. When in the office, defense counsel has had to be in court for numerous days of an evidentiary hearing in a putative class action case, and in preparation for those court days.

Plaintiff has graciously consented to the relief being sought in this motion.

Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for extension of time be granted.

Dated: February 29, 2008.

                Respectfully submitted,

                _____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                _____
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                  /s/
                _____
                MARINA UTGOFF BRASWELL, D.C. BAR #416587
                Assistant United States Attorney
                U.S. Attorney's Office
                555 4th Street, N.W. - Civil Division
                Washington, D.C. 20530
                (202) 514-7226

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of February, 2008, I caused a true and correct copy of the above and foregoing DEFENDANT'S CONSENT MOTION TO EXTEND DISCOVERY to be sent by first class United States mail, postage prepaid, to:

RANDOLPH S. KOCH
7701 Woodmont Avenue
Apartment 807
Bethesda, MD 20814

```
                              /s/_____
                              JANE M. LYONS
                              Assistant United States Attorney
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANDOLPH S. KOCH,<br>      Plaintiff,<br><br>      v.<br><br>CHRISTOPHER COX,<br>   CHAIRMAN,<br>   U.S. SECURITIES AND<br>   EXCHANGE COMMISSION,<br><br>      Defendant. | Civil No. 06-0656 PLF |

ORDER

Upon consideration of defendant's consent motion for extension of time for the completion of discovery, and it appearing to the Court that the granting of this unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this day of _____, 2008,

ORDERED that defendant's motion be, and it is, granted, and it is further

ORDERED that the time in which the parties must complete discovery in this case be extended to and including April 30, 2008.

_____
UNITED STATES DISTRICT JUDGE

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

RANDOLPH S. KOCH
7701 Woodmont Avenue
Apartment 807
Bethesda, MD 20814