UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDOLPH S. KOCH,      )
                       )
    Plaintiff          )
                       )
    v.                 )   C.A. No. 06-0656 (PLF)
                       )
CHRISTOPHER COX,       )
                       )
    Defendant.         )

**Plaintiff's Consent Motion to Extend
Deadline for Completion of Discovery to June 30, 2008**

Plaintiff Randolph S. Koch hereby moves that this Court extend the completion date for discovery to June 30, 2008. Plaintiff has consulted with opposing counsel, Marina Utgoff Braswell, Esq., who consents to this motion on the condition that Koch and Ms. Braswell agree by April 30, 2008 on a date for Koch's deposition in the month of May. Koch has already sent Ms. Braswell an email expressing a preference for any day during the last week in May, starting May 27th. Although Koch prefers that week because of other pressing deadlines earlier in the month, he will work with Ms. Braswell to find another date in May should that week be unacceptable.

Koch requests this short extension because he has been dealing with the press of some litigation in several matters in another court. Also, during part of the month of March, he was spending approximately 12-15 hours per week participating in a cardiac rehabilitation program ordered by his cardiologist at Suburban Hospital in Bethesda. Because of the demands of the rehabilitation program, he often had to spend additional

time on his own in his office to keep current in his job assignments. Through the second half of March and into April, his employment required additional time in the office to get caught up. The additional time required at his job reduced the time he could devote to this matter.

Koch needs to schedule several officials from the Securities and Exchange Commission for depositions and also must work out some remaining discovery issues with opposing counsel. Koch believes that most of these tasks can be accomplished with dispatch and will make every effort to complete all discovery by June 30, 2008.

Based on the foregoing, and the record in this case, Koch respectfully requests that the Court grant the relief requested herein.

                                                  Respectfully submitted,

4/29/2008
Date

Randolph S. Koch
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814
(O) 202-551-6984
(W) 301-656-0645

2

## CERTIFICATE OF SERVICE

Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Consent Motion to Extend Deadline for Completion of Discovery to June 30, 2008* by depositing same in first class mail, postage prepaid, on April 29, 2008, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
    for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530

4/29/08
Date

RANDOLPH S. KOCH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH S. KOCH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 06-0656 (PLF) |
| ) | |
| CHRISTOPHER COX, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's consent motion for extension of time for the completion of discovery, and it appearing to the Court that the granting of this unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this day of _____, 2008,

ORDERED that Plaintiff's motion be, and it is, granted, and it is further

ORDERED that the time in which the parties must complete discovery in this case be extended to and including June 30, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530


Randolph S. Koch
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814