UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDOLPH S. KOCH,            )
                             )
     Plaintiff               )
                             )
v.                           )   C.A. No. 06-0656 (PLF)
                             )
CHRISTOPHER COX,             )
                             )
     Defendant.              )
                             )

RECEIVED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff's Motion to Extend Deadline
for Completion of Discovery to September 30, 2008**

Plaintiff Randolph S. Koch hereby moves this Court for an extension of the deadline for the completion of discovery to September 30, 2008.

Plaintiff has not been able to secure consent to this extension from opposing counsel. Therefore, the defendant may oppose this motion.

On or about June 30, 2008, Plaintiff filed a motion to extend discovery for 45 days, to August 15, 2008. This Court granted the motion.

On July 1, 2008, Plaintiff suffered a severe leg and pelvis injury, severely tearing his hamstring where it attaches to the pelvis, at the bone called the ischial tuberosity. The result has been periods of severe pain and discomfort. For many weeks, Plaintiff has suffered significant pain and discomfort when sitting for any length of period. Sitting at work for long periods has, at times, been agonizing, making it difficult to do work for any length of time. Plaintiff has been under the care of Orthopedist Richard Grossman, M.D. and has been undergoing physical therapy at SmartTherapy in Chevy Chase, Maryland.

Although Plaintiff has experienced some improvement, and can sit for longer periods, he still experiences episodes of pain and discomfort which necessitate moving around, standing or walking for long periods, or lying down. As a result, Plaintiff had to inform opposing counsel that he would have great difficulty sitting for a deposition which was expected to last approximately an entire day. Thus, the deposition scheduled for late July was canceled.

Defense Counsel Marina Braswell suggested an additional extension through about the end of August. Koch never formally agreed to this, because he was so uncertain about the length of recovery and was more concerned with the ongoing and ever-present pain or discomfort.

The discomfort, which has disrupted his ability to sit and concentrate on work, has meant he has not been able to devote the necessary time moving forward with his discovery. Further, Koch has had to devote approximately 8 or 9 hours per week to physical therapy. In order to complete work assignments, he has had to spend additional time at work, time which could have otherwise been spent working on discovery matters.

Plaintiff was virtually tied up with medical care the last two days, so he has not been able to contact Ms. Braswell in an attempt to work out a resolution of the differences in discovery deadlines. Two nights ago, Plaintiff experienced severe stiffness and pain in his hip upon standing and walking which was certainly related to his injury. As a consequence, Plaintiff could not go into work in the morning, and arrived at the office at approximately 5:00 p.m after undergoing physical therapy. Because of the press of work assignments, Plaintiff worked until near midnight and was not able to attend to contacting Ms. Braswell. Today, Koch had a medical appointment with another

orthopedist, Richard Cooper, M.D., concerning a serious foot deformity. Because of the long delays in the foot and ankle clinic, Koch was not able to arrive at work until approximately 5:30 p.m. Once again, he was not able to contact Ms. Braswell, but can only email her to inform her of the lack of agreement on the deadline so that she will be prepared to file an opposition to this motion should she choose to do so.

Nevertheless, Koch does not believe the SEC is unduly prejudiced by another limited extension of discovery. We have only had a protective order for a few weeks and document production by both sides is still going on. Koch anticipates that the parties have a disagreement about discovery, which still requires resolution, either between the parties or with the Court's involvement.

Based on the foregoing, Koch requests that the Court grant the relief requested herein.

Respectfully submitted,

8/15/2008
Date

_____
RANDOLPH S. KOCH
Plaintiff
7701 Woodmont Avenue, Apt. 807
Bethesda, MD  20814

## CERTIFICATE OF SERVICE

      Plaintiff Randolph S. Koch hereby certifies that he caused to be served the attached *Plaintiff's Motion to Extend Deadline for Completion of Discovery to September 30, 2008* by depositing same in first class mail, postage prepaid, on August 15, 2008, addressed to the following person:

Marina Braswell, Esq.
Office of the U.S. Attorney
      for the District of Columbia
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530

8/15/08
Date

RANDOLPH S. KOCH

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDOLPH S. KOCH, )
                  )
    Plaintiff     )
                  )
    v.            )   C.A. No. 06-0656 (PLF)
                  )
CHRISTOPHER COX,  )
                  )
    Defendant.    )

## ORDER

Upon consideration of Plaintiff's motion for extension of time for the completion of discovery, and it appearing to the Court that the granting of this motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this day of _____, 2008,

ORDERED that Plaintiff's motion be, and it is, granted, and it is further

ORDERED that the time in which the parties must complete discovery in this case be extended to and including September 30, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530


Randolph S. Koch
7701 Woodmont Avenue, Apt. 807
Bethesda, MD 20814